1  James F. Clapp, Esq., SBN 145814
   DOSTART CLAPP GORDON & COVENEY
2  4370 La Jolla Village Drive, Suite 970
   San Diego, CA 92122
3  Telephone:   (858) 623-4200
4  Facsimile:   (858) 623-4299

5  Kevin J. McInerney, Esq., SBN 46941
   Kelly McInerney, Esq., SBN 200017
6  Charles A. Jones, Esq., SBN 224915
   MCINERNEY & JONES
7  18124 Wedge Parkway #503
   Reno, NV 89511
8  Telephone:   (775) 849-3811
9  Facsimile:   (775) 849-3866

10  Attorneys for Plaintiff          E-filing

11              UNITED STATES DISTRICT COURT

12            NORTHERN DISTRICT OF CALIFORNIA          *BZ*

13

14  **LINDA YOUNG,** individually and on behalf of   Case No.
    all others similarly situated,

15                    Plaintiff,          **COLLECTIVE ACTION FOR OVERTIME PURSUANT TO SECTION 216(b) OF THE FAIR LABOR STANDARDS ACT**

16

17  v.

18  **CHARLES SCHWAB & CO., INC.**

19                    Defendant.

20
                    **THIS IS A COLLECTIVE ACTION**
21

22                              **I.**
23
                           **JURISDICTION**
24
25      1.      This Court has jurisdiction because the Plaintiff Linda Young sues under a

26  federal statute, the Fair Labor Standards Act (29 U.S.C. §201 et. seq.).  Venue is appropriate

27  because the Defendant is a corporation headquartered in and doing business in San Francisco.

28                                    1
    **COLLECTIVE ACTION FOR OVERTIME PURSUANT TO SECTION 216(b)
    OF THE FAIR LABOR STANDARDS ACT**

1

## II.

2

## FACTS

3
4
5
6

2.    Plaintiff Linda Young at all times relevant has been a resident of Reno, Nevada and during the past four years was employed as a Customer Service Specialist in Reno, Nevada by Defendant Charles Schwab & Co., Inc.

7

8
9
10
11
12

3.    The Defendant Charles Schwab & Co., Inc. (hereinafter referred to as "Defendant") is a corporation engaged in the securities brokerage business and other related activities. Its corporate headquarters is at 101 Montgomery Street in San Francisco, California. Its place of incorporation is Delaware.

13
14
15
16
17
18

4.    For many years up to and including the present, the Defendant has employed persons with the job title of Customer Service Specialist. Throughout the United States the Defendant has maintained several hundred brokerage offices and each of these has been staffed by one or more Customer Service Specialists ("CSS").

19
20
21
22
23
24

5.    The primary duty of all CSSs has been assisting the brokers employed by the Defendant (who are called "Financial Consultants") in securities and investment transactions or in directly assisting such customers with their accounts and investments or in making transactions for them.

25
26
27

6.    At no time during her employment as a Customer Service Specialist was the Plaintiff exempt from the protection of the overtime provisions of the Fair Labor Standards Act

28

2

## COLLECTIVE ACTION FOR OVERTIME PURSUANT TO SECTION 216(b) OF THE FAIR LABOR STANDARDS ACT

1   (Title 29 United States Code §201 et. seq.). Although the Plaintiff and other Customer Service

2   Specialists employed by the defendant regularly worked well in excess of forty hours per week

3   they were not paid overtime as required by the Fair Labor Standards Act. The failure of the

4   Defendant to pay the Plaintiff and other CSSs overtime was willful.

5

6

7       7.      Up until fairly recently the Defendant classified its Customer Service Specialists,

8   including the Plaintiff, as exempt employees. However, approximately eighteen months ago, the

9   Defendant informed its Customer Service Specialists that there was a change in policy and that

10  they would henceforth be eligible to receive overtime.

11

12      8.      Although the Defendant announced that it was changing its treatment of the

13  Customer Service Specialists from exempt to non-exempt, there was no change in the actual job

14  description or the duties and activities performed by the Plaintiff and other Customer Service

15  description or the duties and activities performed by the Plaintiff and other Customer Service

16  Specialists.

17

18      9.      Despite this announced policy change, the Defendant failed to actually pay the

19  Plaintiff and other Customer Service Specialists overtime although she and the other Customer

20  Service Specialists routinely continued to work in excess of forty hours per week.

21

22

23                                              III.

24                                      RELIEF SOUGHT

25      10.     By this complaint, the Plaintiff seeks to recover overtime pay that is due to her,

26  plus liquidated damages, for the period commencing three years prior to this complaint. The

27

28  ─────────────────────────────────────────────
                                    3
    **COLLECTIVE ACTION FOR OVERTIME PURSUANT TO SECTION 216(b)**
                 **OF THE FAIR LABOR STANDARDS ACT**

1  Plaintiff also seeks to recover reasonable attorneys' fees and costs under the Fair Labor

2  Standards Act.

3

4      11.      Because all Customer Service Specialists employed by the Defendant are

5
   similarly situated, the Plaintiff brings this action not only individually but also on behalf of all
6
7  other Customer Service Specialists who may later join her action.

8

9      12.      The Plaintiff will accordingly request that this Court send notice to all other

10  Customer Service Specialists employed by the Defendant throughout the United States and its

11  territories so those employees may consent to join this collective action.

12

13
      13.      Attached as Exhibit A to this complaint is the Plaintiff's Consent To Sue under
14
15  the Fair Labor Standards Act.

16

17  DATED:      May 31, 2007                    Respectfully submitted,

18                                             McInerney & Jones

19                                             By: _____
20                                                 Attorneys For Plaintiff
                                                   And Others Similarly Situated
21

22

23

24

25

26

27

28                                    4
         **COLLECTIVE ACTION FOR OVERTIME PURSUANT TO SECTION 216(b)**
                      **OF THE FAIR LABOR STANDARDS ACT**

**EXHIBIT  A**

1  Kevin J. McInerney, Esq., SBN 46941
   Kelly McInerney, Esq., SBN 200017
2  Charles A. Jones, Esq., SBN 224915
   MCINERNEY & JONES
3  18124 Wedge Parkway #503
   Reno, NV 89511
4  Telephone:    (775) 849-3811
5  Facsimile:    (775) 849-3866

6  James F. Clapp, Esq., SBN 145814
   DOSTART CLAPP GORDON & COVENEY
7  4370 La Jolla Village Drive, Suite 970
   San Diego, CA 92122
8  Telephone:    (858) 623-4200
9  Facsimile:    (858) 623-4299

10 Attorneys for Plaintiff

11 **UNITED STATES DISTRICT COURT**

12 **NORTHERN DISTRICT OF CALIFORNIA**

13

14 **LINDA YOUNG,** individually and on behalf of    Case No. _____
   all others similarly situated,

15              Plaintiffs,

16                                                    **CONSENT TO SUE**

17         v.

18 **CHARLES SCHWAB & CO., INC.**

19              Defendants.

20

21

22    I, Linda Young, consent to sue as the Plaintiff in this action under the Fair Labor

23 Standards Act.  This Consent To Sue is executed at Reno, Nevada this $\mathscr{3}$__ day of May, 2007.

24

25                                        Linda L Young
                                          Linda Young

26

27

28
                                          1