| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| Kevin J. McInerney, 46941<br>MC INERNEY & MC INERNEY<br>18124 Wedge Parkway<br>Reno, NV  89511 | (775) 849-3811 | **ORIGINAL FILED**<br>JUN 1 5 2007<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>OAKLAND |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Schwab | |

Insert name of court, judicial district or branch court, if any:

United States District Court
1301 Clay St. #400 South
Oakland, CA 94612

PLAINTIFF:
Linda Young

DEFENDANT:
Charles Schwab & Co., Inc.

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C 07 2828 - CW |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Summons in a Civil Case

**BY FAX**

2. Party Served: Charles Schwab & Co., Inc.

3. Person Served: Vivian Imperial - Person authorized to accept service of process

4. Date & Time of Delivery: June 8, 2007   3:10 pm

5. Address, City and State: 818 WEST SEVENTH STREET
LOS ANGELES, CA  90017

6. Manner of Service: Personal Service - By personally delivering copies.

Fee for Service: $ 14.95

Registered California process server.
County: LOS ANGELES
Registration No.:4553
Expiration: October 17, 2007

One Legal, Inc.
504 Redwood Blvd #223
Novato, CA  94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on June 15, 2007 at Los Angeles, California.

Signature: _____
Jimmy Lizama

FF# 6642144