**PROOF OF SERVICE**
Linda Young v. Charles Schwab & Co., Inc.
United States District Court – Northern District of California
Case No. 07-2828 CW

---

I, the undersigned declare as follows:

I am over the age of eighteen (18) years and not a party to the within action; my business address is 18124 Wedge Parkway, #503, Reno, Nevada 89511.

On July 3, 2007 I served the foregoing document(s):

1. **NOTICE OF CASE MANAGEMENT CONFERENCE.**
2. **ALTERNATIVE DISPUTE RESOLUTION INFORMATION PACKAGE.**

Upon all interested parties in this action by placing the original or true copy thereof enclosed is a sealed envelope to the addressed as follows:

Dianna Tabacopoulos
SEYFARTH SHAW
2029 Century Park East, Suite 3300
Los Angeles, CA 90067-3063

Attorneys for Defendant

( BY MAIL) I placed a true copy of the foregoing document in a sealed envelope address to each interested party, as set forth above. I placed each such envelope, with postage thereon fully prepaid, in the United States mail at Reno, NV.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 3, 2007 at Reno, Nevada.

Mariett Luttrell