| | |
|---|---|
| 1 | DOSTART CLAPP GORDON & COVENEY |
|   | James F. Clapp (SBN 145814) |
| 2 | 4370 La Jolla Village drive, Suite 970 |
|   | San Diego, California 92122 |
| 3 | Telephone: (858) 623-4200 |
|   | Facsimile: (858) 623-4299 |
| 4 | |
|   | McINERNEY & JONES |
| 5 | Charles A. Jones (SBN 224915) |
|   | 18124 Wedge Parkway #503 |
| 6 | Reno, Nevada 89511 |
|   | Telephone: (775) 849-3811 |
| 7 | Facsimile: (775) 849-3866 |
| 8 | Attorneys for Plaintiff |
|   | LINDA YOUNG |
| 9 | |
|   | SEYFARTH SHAW LLP |
| 10 | Francis J. Ortman, III (SBN 213202) fortman@seyfarth.com |
|   | 560 Mission Street, Suite 3100 |
| 11 | San Francisco, California 94105 |
|   | Telephone: (415) 397-2823 |
| 12 | Facsimile: (415) 397-8549 |
| 13 | SEYFARTH SHAW LLP |
|   | Diana Tabacopoulos (SBN: 128238) dtabacopoulos@seyfarth.com |
| 14 | 2029 Century Park East, Suite 3300 |
|   | Los Angeles, California 90067-3063 |
| 15 | Telephone: (310) 277-7200 |
|   | Facsimile: (310) 201-5219 |
| 16 | |
|   | Attorneys for Defendant |
| 17 | CHARLES SCHWAB & CO., INC. |

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA YOUNG, individually and on behalf of all others similarly situated, | Case No. C 07-2828 BZ |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| vs. | |
| CHARLES SCHWAB & CO., INC., | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties through their respective attorneys that the time for filing a responsive pleading in this matter is extended. Defendant

1

Stipulation to Extend Time to Respond to Complaint / Case No. C 07-2828 BZ

| | |
|---|---|
| 1 | CHARLES SCHWAB & CO., INC., shall have up to and including August 8, 2007 within which |
| 2 | to file a responsive pleading to the Plaintiff's complaint. |
| 3 | IT IS SO STIPULATED. |

DATED: July 12, 2007

MCINERNEY & JONES

By: _____
Charles A. Jones
Attorneys for Plaintiff
LINDA YOUNG

DATED: July 12, 2007

SEYFARTH SHAW LLP

By: _____
Francis J. Ortman, III
Diana Tabacopoulos
Attorneys for Defendant
CHARLES SCHWAB & CO., INC.

SF1 28288290.1 / 24400-000085

2

Stipulation to Extend Time to Respond to Complaint / Case No. C 07-2828 BZ