```
DOSTART CLAPP GORDON & COVENEY
James F. Clapp (SBN 145814)
4370 La Jolla Village drive, Suite 970
San Diego, California 92122
Telephone: (858) 623-4200
Facsimile: (858) 623-4299

McINERNEY & JONES
Charles A. Jones (SBN 224915)
18124 Wedge Parkway #503
Reno, Nevada 89511
Telephone: (775) 849-3811
Facsimile: (775) 849-3866

Attorneys for Plaintiff
LINDA YOUNG

SEYFARTH SHAW LLP
Francis J. Ortman, III (SBN 213202) fortman@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

SEYFARTH SHAW LLP
Diana Tabacopoulos (SBN: 128238) dtabacopoulos@seyfarth.com
2029 Century Park East, Suite 3300
Los Angeles, California 90067-3063
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Attorneys for Defendant
CHARLES SCHWAB & CO., INC.
```

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA YOUNG, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>CHARLES SCHWAB & CO., INC.,<br><br>　　　　　　Defendant. | Case No. C 07-2828 BZ<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

　　　　IT IS HEREBY STIPULATED by and between the parties through their respective attorneys, that given the ongoing settlement discussions between the parties, the time for filing a

1

Stipulation to Extend Time to Respond to Complaint / Case No. C 07-2828 BZ

1  responsive pleading in this matter is extended. Defendant CHARLES SCHWAB & CO., INC.,
2  shall have up to and including August 15, 2007 within which to file a responsive pleading to the
3  Plaintiff's complaint.
4      IT IS SO STIPULATED.
5  DATED: July 27, 2007

MCINERNEY & JONES

By: _____
Charles A. Jones
Attorneys for Plaintiff
LINDA YOUNG

10  DATED: July 30, 2007

SEYFARTH SHAW LLP

By: _____
Francis J. Ortman, III
Diana Tabacopoulos
Attorneys for Defendant
CHARLES SCHWAB & CO., INC.

28  SF1 28288290.1 / 24400-000085

2
Stipulation to Extend Time to Respond to Complaint / Case No. C 07-2828 BZ