# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Young,<br><br>                    Plaintiff(s),<br><br>   v.<br><br>Charles Schwab & Co., Inc.,<br><br>                    Defendant(s). | 07-02828 CW<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

**Notice Re: Noncompliance With Court Order**
07-02828 CW                                    -1-

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.

4      It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur <u>before</u> the Case Management Conference.

8  Dated: August 29, 2007

                        RICHARD W. WIEKING
                        Clerk
                        by:   Timothy J. Smagacz

                        *Timothy Smagacz* (signature)
                        ADR Administrative Assistant
                        415-522-4205
                        Tim_Smagacz@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice Re: Noncompliance With Court Order**
07-02828 CW                                          -2-

PROOF OF SERVICE

Case Name:     Young v. Charles Schwab & Co., Inc.

Case Number:   07-02828 CW

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On August 29, 2007, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Kelly McInerney
> McInerney & Jones
> 18124 Wedge Parkway
> Suite 503
> Reno, Nv 89511
> kelly@mcinerneylaw.net
>
> James F. Clapp
> Dostart Clapp Gordon & Coveney, LLP
> 4370 La Jolla Village Drive, Suite 970
> San Diego, CA 92122
> jclapp@sdlaw.com
>
> Kevin J. McInerney
> McInerney & Jones
> 18124 Wedge Parkway, #503
> Reno, NV 89511
>
> Charles Aubrey Jones
> McInerney & Jones
> 18124 Wedge Parkway #503

Reno, NV 89511
caj@mcinerneylaw.net

Kevin J. McInerney
McInerney & Jones
18124 Wedge Parkway #503
Reno, NV 89511
kevin@mcinerneylaw.net

Francis J. Ortman III
Seyfarth Shaw LLP
560 Mission St., Suite 3100
San Francisco, CA 94105
fortman@seyfarth.com

Diana Tabacopoulos
Seyfarth Shaw LLP
2029 Century Park East
Ste 3300
Los Angeles, CA 90067
dtabacopoulos@seyfarth.com


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on August 29, 2007 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:    Timothy J. Smagacz

*Timothy Smagacz*

ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov