DOSTART CLAPP GORDON & COVENEY
James F. Clapp (SBN 145814)
4370 La Jolla Village Drive, Suite 970
San Diego, California 92122
Telephone: (858) 623-4200
Facsimile: (858) 623-4299

McINERNEY & JONES
Charles A. Jones (SBN 224915)
18124 Wedge Parkway #503
Reno, Nevada 89511
Telephone: (775) 849-3811
Facsimile: (775) 849-3866

Attorneys for Plaintiffs
LINDA YOUNG & MIKE SAFAIE

SEYFARTH SHAW LLP
Diana Tabacopoulos (SBN: 128238) dtabacopoulos@seyfarth.com
2029 Century Park East, Suite 3300
Los Angeles, California 90067-3063
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

SEYFARTH SHAW LLP
Francis J. Ortman, III (SBN 213202) fortman@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
CHARLES SCHWAB & CO., INC.

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA YOUNG and MIKE SAFAIE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CHARLES SCHWAB & CO., INC.,<br><br>Defendant. | Case No. C 07-2828 CW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES PENDING PRIVATE MEDIATION** |

As required by the rules of civil procedure, the parties have met and conferred regarding their initial disclosures, discovery and case management plan, as well as their preferences for

1

alternative dispute resolution. Counsel for both parties are experienced in the litigation of wage and hour putative class actions such as this matter. During the meet and confer process, the parties agreed to informally exchange discoverable information, enter into a tolling agreement with respect to the FLSA claim, and to participate in an early mediation of this matter before further litigation. Given this agreement,

IT IS HEREBY STIPULATED by and between the parties through their respective attorneys, that they will informally exchange discoverable information and participate in an early mediation of this matter with a mutually agreed upon mediator,

IT IS FURTHER STIPULATED that the parties ask the Court to continue the September 18, 2007 case management conference and the disclosure deadlines related thereto for a period of sixty (60) days to enable to parties to engage in mediation before incurring additional litigation costs,

IT IS FURTHER STIPULATED that commencing with this Court's approval of this Stipulation, the statute of limitations under the Fair Labor Standards Act will be tolled for a period of sixty (60) days or until the parties agree that their mediation efforts have been unsuccessful, whichever occurs first, for branch client service specialists as described in Young's putative collective action complaint. Defendant maintains all defenses relating to Young's standing to represent any employee other than herself, including employees who held the Branch Client Service Specialist I position.

IT IS SO STIPULATED.

DATED: September 7, 2007                                        MCINERNEY & JONES


By: /s/ Kevin McInerney
        Kevin McInerney
Attorneys for Plaintiffs
LINDA YOUNG & MIKE SAFAIE

1 | DATED: September 7, 2007                        SEYFARTH SHAW LLP

                                                   By: /s/ Diana Tabacopoulos
                                                         Diana Tabacopoulos
                                                         Francis J. Ortman, III
                                                   Attorneys for Defendant
                                                   CHARLES SCHWAB & CO., INC.

**I hereby attest that I have on file all holograph signatures for any signature indicated by a "conformed" signature (/S/) within this efiled document.**
/s/ Diana Tabacopoulos


    Given the parties' intention to enter into early mediation in an effort to resolve this matter before pursuing further litigation, IT IS HEREBY ORDERED:

    That the September 18, 2007 Case Management Conference date and the deadlines related thereto are hereby continued, and a new date is set for _____.


DATED: _____            _____
                                          UNITED STATES DISTRICT COURT,
                                          NORTHERN DISTRICT OF
                                          CALIFORNIA

# PROOF OF SERVICE

STATE OF CALIFORNIA    )
                       ) ss
COUNTY OF LOS ANGELES  )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Seyfarth Shaw LLP, 2029 Century Park East, Suite 3300, Los Angeles, California 90067-3063. On September 7, 2007, I served the within documents:

**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES PENDING PRIVATE MEDIATION**

☐ I sent such document from facsimile machine (310) 201-5219 on _____. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine (310) 201-5219 which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed Federal Express envelope with postage paid on account and deposited with Federal Express at Los Angeles, California, addressed as set forth below.

☐ by transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below.

| | |
|---|---|
| James F. Clapp, Esq.<br>DOSTART CLAPP GORDON & COVENEY<br>4370 La Jolla Village Drive, Suite 970<br>San Diego, CA  92122<br>(858) 623-4200   F:  (858) 623-4299 | Kevin J. McInerney, Esq.<br>Kelley McInerney, Esq.<br>Charles A. Jones, Esq.<br>McINERNEY & JONES<br>18124 Wedge Parkway, No. 503<br>Reno, NV  89511<br>(775) 849-3811   F:  (775) 849-3866 |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

4

Stipulation and [Proposed] Order Continuing CMC and Related Deadlines / Case No. C 07-2828 CW
LA1 6653874.1

1  I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

2

3  Executed on September 7, 2007, at Los Angeles, California.

4

                                          /s/ Lora Calma
                                            Lora Calma

Stipulation and [Proposed] Order Continuing CMC and Related Deadlines / Case No. C 07-2828 CW

LA1 6653874.1