1  DOSTART CLAPP GORDON & COVENEY
   James F. Clapp (SBN 145814)
2  4370 La Jolla Village Drive, Suite 970
   San Diego, California 92122
3  Telephone: (858) 623-4200
   Facsimile: (858) 623-4299
4
   McINERNEY & JONES
5  Charles A. Jones (SBN 224915)
   18124 Wedge Parkway #503
6  Reno, Nevada 89511
   Telephone: (775) 849-3811
7  Facsimile: (775) 849-3866

8  Attorneys for Plaintiffs
   LINDA YOUNG & MIKE SAFAIE
9
   SEYFARTH SHAW LLP
10 Diana Tabacopoulos (SBN: 128238) dtabacopoulos@seyfarth.com
   2029 Century Park East, Suite 3300
11 Los Angeles, California 90067-3063
   Telephone: (310) 277-7200
12 Facsimile: (310) 201-5219

13 SEYFARTH SHAW LLP
   Francis J. Ortman, III (SBN 213202) fortman@seyfarth.com
14 560 Mission Street, Suite 3100
   San Francisco, California 94105
15 Telephone: (415) 397-2823
   Facsimile: (415) 397-8549
16
   Attorneys for Defendant
17 CHARLES SCHWAB & CO., INC.

18                    UNITED STATES DISTRICT COURT

19             IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 20 LINDA YOUNG and MIKE SAFAIE, individually and on behalf of all others similarly situated, | Case No. C 07-2828 CW |
| 22 Plaintiff, | **STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES PENDING PRIVATE MEDIATION** |
| 23 vs. | |
| 24 CHARLES SCHWAB & CO., INC., | |
| 25 Defendant. | |

27       As required by the rules of civil procedure, the parties have met and conferred regarding

28 their initial disclosures, discovery and case management plan, as well as their preferences for

1

1 alternative dispute resolution. Counsel for both parties are experienced in the litigation of wage
2 and hour putative class actions such as this matter. During the meet and confer process, the
3 parties agreed to informally exchange discoverable information, enter into a tolling agreement
4 with respect to the FLSA claim, and to participate in an early mediation of this matter before
5 further litigation. Given this agreement,

6     IT IS HEREBY STIPULATED by and between the parties through their respective
7 attorneys, that they will informally exchange discoverable information and participate in an early
8 mediation of this matter with a mutually agreed upon mediator,

9     IT IS FURTHER STIPULATED that the parties ask the Court to continue the September
10 18, 2007 case management conference and the disclosure deadlines related thereto for a period of
11 sixty (60) days to enable to parties to engage in mediation before incurring additional litigation
12 costs,

13     IT IS FURTHER STIPULATED that commencing with this Court's approval of this
14 Stipulation, the statute of limitations under the Fair Labor Standards Act will be tolled for a
15 period of sixty (60) days or until the parties agree that their mediation efforts have been
16 unsuccessful, whichever occurs first, for branch client service specialists as described in Young's
17 putative collective action complaint. Defendant maintains all defenses relating to Young's
18 standing to represent any employee other than herself, including employees who held the Branch
19 Client Service Specialist I position.

20     IT IS SO STIPULATED.

21 DATED: September 7, 2007                                       MCINERNEY & JONES

22

23                                                 By: /s/ Kevin McInerney
24                                                         Kevin McInerney
                                                Attorneys for Plaintiffs
25                                                 LINDA YOUNG & MIKE SAFAIE

26

27

28

Stipulation and [Proposed] Order Continuing CMC and Related Deadlines / Case No. C 07-2828 CW
LA1 6653874.1

DATED: September 7, 2007                                  SEYFARTH SHAW LLP


By: /s/ Diana Tabacopoulos
    Diana Tabacopoulos
    Francis J. Ortman, III
Attorneys for Defendant
CHARLES SCHWAB & CO., INC.

**I hereby attest that I have on file all holograph signatures for any signature indicated by a "conformed" signature (/S/) within this efiled document.**
/s/ Diana Tabacopoulos

    Given the parties' intention to enter into early mediation in an effort to resolve this matter before pursuing further litigation, IT IS HEREBY ORDERED:

    That the September 18, 2007 Case Management Conference date and the deadlines related thereto are hereby continued, and a new date is set for **November 20, 2007, at 2:00 p.m..**

DATED: 9/10/07                                             _____
                                                                   UNITED STATES DISTRICT COURT,
                                                                   NORTHERN DISTRICT OF CALIFORNIA