KEVIN J. MCINERNEY (46941)
MCINERNEY & JONES
18124 Wedge Parkway #503
Reno, NV 89511
Tel. (775) 849-3811
Fax. (775) 849-3866

JAMES F. CLAPP (145814)
J. KIRK DONNELLY (179401)
MARITA MURPHY LAUINGER (199242)
DOSTART CLAPP GORDON & COVENEY, LLP
4370 La Jolla Village Dr. Ste. 970
San Diego, CA 92122
Tel. (858) 623-4200
Fax. (858) 623-4299

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA YOUNG, and MIKE SAFAIE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CHARLES SCHWAB & CO., INC.,<br><br>Defendants. | CASE NO. C-07-2828 CW<br><br>PLAINTIFFS' ADR CERTIFICATION |

1 | SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

2 |     Pursuant to Civ. L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them

Dated: 9/14/07

LINDA YOUNG
Plaintiff

Dated: _____

MIKE SAFAIE
Plaintiff

McINERNEY & JONES

Dated: 9/18/07

KEVIN J. McINERNEY
Attorneys for Plaintiffs

1  SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

2  Pursuant to Civ. L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or
3  she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of
4  California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>,
5  discussed the available dispute resolution options provided by the court and private entities, and
6  considered whether this case might benefit from any of them.

Dated: _____

LINDA YOUNG
Plaintiff

Dated: 9-17-2007

*/s/ Mike Safaie*

MIKE SAFAIE
Plaintiff


McINERNEY & JONES

Dated: _____

KEVIN J. McINERNEY
Attorneys for Plaintiffs

## PROOF OF SERVICE

I am employed in the county of San Diego, State of California. I am over the age of eighteen and am not a party to this case. I am employed in, or am a resident of, the County of San Diego, California, where the mailing occurs; and my business address is: DOSTART CLAPP GORDON & COVENEY, LLP, 4370 La Jolla Village Dr., Ste. 970, San Diego, CA 92122.

On September 18, 2007, I served the foregoing document(s) described as:

- PLAINTIFFS' ADR CERTIFICATION

on the interested parties in this action addressed to the addressee as follows:

Diana Tabacopoulos
Seyfarth Shaw LLP
One Century Plaza, Suite 3300
2029 Century Park East
Los Angeles, CA  90067-3063
dtabacopoulos@seyfarth.com

Kevin J. McInerney
McInerney & Jones
18124 Wedge Parkway, #503
Reno, NV 89511
kevin@mcinerneylaw.net
caj@mcinerneylaw.net
kelly@mcinerneylaw.net

Francis J. Ortman, III
Seyfarth Shaw LLP
560 Mission Street, Suite 3100
San Francisco, CA 94105
fortman@seyfarth.com

☒    (BY E-FILE) and causing a true copy thereof to be filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Executed on <u>September 18, 2007</u>, at San Diego, California.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

_____
TERI L. ZAAYER