

560 Mission Street, Suite 3100

San Francisco, California 94105

(415) 397-2823

fax (415) 397-8549

www.seyfarth.com

Writer's direct phone
415-544-1021

Writer's e-mail
EAnderson@seyfarth.com

November 9, 2007

**E-FILING, E-MAIL AND U.S. MAIL**

Sheilah Cahill, Courtroom Deputy
 To The Honorable Claudia Wilken
United States District Court Judge
Northern District of California
1301 Clay Street, Department 2
Oakland, CA 94612

    Re:   *Young v. Charles Schwab & Co.*
           Case No. C 07-2828 CW

Dear Ms. Cahill:

    A Case Management Conference is set for Tuesday, November 20, 2007 at 2:00 p.m. in the above referenced matter. We are writing to request that lead counsel for Defendant Charles Schwab & Co., Inc., Diana Tabacopoulos, who resides in Los Angeles, be permitted to appear by telephone at this conference. In the event this request is granted and the Court initiates the call, Ms. Tabacopoulos' direct line is (310) 201-5255.

    Please contact Ms. Tabacopoulos or myself with any questions or instructions.

    Thank you.

                                      Very truly yours,

                                      SEYFARTH SHAW LLP

                                      Eden Andersen
                                      Eden Anderson

EA:pkm
cc:    James F. Clapp, Esq. (via e-filing and U.S. Mail)
       Kevin McInerney, Esq. (via e-filing and U.S. Mail)
       Diana Tabacopoulos

BRUSSELS  WASHINGTON, D.C.  SAN FRANCISCO  SACRAMENTO  NEW YORK  LOS ANGELES  HOUSTON  CHICAGO  BOSTON  ATLANTA

SF1 28307382.1 / 24400-000085