DOSTART CLAPP GORDON & COVENEY
James F. Clapp (SBN 145814) jclapp@sdlaw.com
4370 La Jolla Village Drive, Suite 970
San Diego, California 92122
Telephone: (858) 623-4200
Facsimile: (858) 623-4299

McINERNEY & JONES
Kevin J. McInerney (SBN 46941) Kevin@mcinerneylaw.net
Charles A. Jones (SBN 224915) caj@mcinerneylaw.net
18124 Wedge Parkway #503
Reno, Nevada 89511
Telephone: (775) 849-3811
Facsimile: (775) 849-3866

Attorneys for Plaintiffs
LINDA YOUNG & MIKE SAFAIE

SEYFARTH SHAW LLP
Diana Tabacopoulos (SBN: 128238) dtabacopoulos@seyfarth.com
2029 Century Park East, Suite 3300
Los Angeles, California 90067-3063
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

SEYFARTH SHAW LLP
Francis J. Ortman, III (SBN 213202) fortman@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
CHARLES SCHWAB & CO., INC.

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA YOUNG and MIKE SAFAIE, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>CHARLES SCHWAB & CO., INC.,<br><br>    Defendant. | Case No. C 07-2828 CW<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE OR CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES; (PROPOSED) ORDER** |

1

Notice of Settlement and Request to Vacate or Continue CMC and Related Deadlines / Case No. C 07-2828 CW

1  On November 12, 2007, the parties participated in a private mediation with mediator
2  David Rotman of Gregorio, Haldeman, Piazza, Rotman Frank & Feder. The parties have agreed
3  in principle to settle this matter in its entirety. The parties continue to work on resolving certain
4  issues and need additional time to finalize a Memorandum of Understanding.

5  Accordingly, the parties hereby request that the Court vacate the November 20, 2007
6  Case Management Conference and related deadlines, or continue them for a minimum of 30
7  days.

8  DATED: November ___, 2007                MCINERNEY & JONES

10                                          By: _____
11                                              Kevin McInerney
                                                Attorneys for Plaintiffs
12                                              LINDA YOUNG & MIKE SAFAIE

13  DATED: November ___, 2007                SEYFARTH SHAW LLP

15                                          By: _____
16                                              Diana Tabacopoulos
                                                Francis J. Ortman, III
17                                              Attorneys for Defendant
                                                CHARLES SCHWAB & CO., INC.

18  **I hereby attest that I have on file all holograph signatures for any signature indicated by a "conformed" signature (/S/) within this efiled document.**
19  /s/ Diana Tabacopoulos

20  Given the parties' notice of settlement through early mediation, IT IS HEREBY
21  ORDERED:

22  That the November 20, 2007 Case Management Conference date and related deadlines
23  are VACATED [CONTINUED to _____].

25  DATED: _____          _____
                                          UNITED STATES DISTRICT COURT,
26                                        NORTHERN DISTRICT OF
                                          CALIFORNIA

28  SF1 28307617.1 / 24400-000085