```
 1   DOSTART CLAPP GORDON & COVENEY
     James F. Clapp (SBN 145814) jclapp@sdlaw.com
 2   4370 La Jolla Village Drive, Suite 970
     San Diego, California 92122
 3   Telephone: (858) 623-4200
     Facsimile: (858) 623-4299
 4
     McINERNEY & JONES
 5   Kevin J. McInerney (SBN 46941) Kevin@mcinerneylaw.net
     Charles A. Jones (SBN 224915) caj@mcinerneylaw.net
 6   18124 Wedge Parkway #503
     Reno, Nevada 89511
 7   Telephone: (775) 849-3811
     Facsimile: (775) 849-3866
 8
     Attorneys for Plaintiffs
 9   LINDA YOUNG & MIKE SAFAIE

10   SEYFARTH SHAW LLP
     Diana Tabacopoulos (SBN: 128238) dtabacopoulos@seyfarth.com
11   2029 Century Park East, Suite 3300
     Los Angeles, California 90067-3063
12   Telephone: (310) 277-7200
     Facsimile: (310) 201-5219
13
     SEYFARTH SHAW LLP
14   Francis J. Ortman, III (SBN 213202) fortman@seyfarth.com
     560 Mission Street, Suite 3100
15   San Francisco, California 94105
     Telephone: (415) 397-2823
16   Facsimile: (415) 397-8549

17   Attorneys for Defendant
     CHARLES SCHWAB & CO., INC.
18
```

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA YOUNG and MIKE SAFAIE, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>vs.<br><br>CHARLES SCHWAB & CO., INC.,<br><br>      Defendant. | Case No. C 07-2828 CW<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE OR CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES; (PROPOSED) ORDER** |

1  On November 12, 2007, the parties participated in a private mediation with mediator David Rotman of Gregorio, Haldeman, Piazza, Rotman Frank & Feder.  The parties have agreed in principle to settle this matter in its entirety.  The parties continue to work on resolving certain issues and need additional time to finalize a Memorandum of Understanding.

Accordingly, the parties hereby request that the Court vacate the November 20, 2007 Case Management Conference and related deadlines, or continue them for a minimum of 30 days.

DATED: November ___, 2007                    MCINERNEY & JONES


                                              By: _____/S/_____
                                                   Kevin McInerney
                                              Attorneys for Plaintiffs
                                              LINDA YOUNG & MIKE SAFAIE


DATED: November ___, 2007                    SEYFARTH SHAW LLP


                                              By: _____/S/_____
                                                   Diana Tabacopoulos
                                                   Francis J. Ortman, III
                                              Attorneys for Defendant
                                              CHARLES SCHWAB & CO., INC.

**I hereby attest that I have on file all holograph signatures for any signature indicated by a "conformed" signature (/S/) within this efiled document.**
/s/ Diana Tabacopoulos

Given the parties' notice of settlement through early mediation, IT IS HEREBY ORDERED:

That the November 20, 2007 Case Management Conference date and related deadlines are VACATED [CONTINUED to _____].


DATED: _____          _____
                                       UNITED STATES DISTRICT COURT,
                                       NORTHERN DISTRICT OF
                                       CALIFORNIA

SF1 28307617.1 / 24400-000085

2

Notice of Settlement and Request to Vacate or Continue CMC and Related Deadlines / Case No. C 07-2828 CW