```
 1  DOSTART CLAPP GORDON & COVENEY
    James F. Clapp (SBN 145814) jclapp@sdlaw.com
 2  4370 La Jolla Village Drive, Suite 970
    San Diego, California 92122
 3  Telephone: (858) 623-4200
    Facsimile: (858) 623-4299
 4
    McINERNEY & JONES
 5  Kevin J. McInerney (SBN 46941) Kevin@mcinerneylaw.net
    Charles A. Jones (SBN 224915) caj@mcinerneylaw.net
 6  18124 Wedge Parkway #503
    Reno, Nevada 89511
 7  Telephone: (775) 849-3811
    Facsimile: (775) 849-3866
 8
    Attorneys for Plaintiffs
 9  LINDA YOUNG & MIKE SAFAIE

10  SEYFARTH SHAW LLP
    Diana Tabacopoulos (SBN: 128238) dtabacopoulos@seyfarth.com
11  2029 Century Park East, Suite 3300
    Los Angeles, California 90067-3063
12  Telephone: (310) 277-7200
    Facsimile: (310) 201-5219
13
    SEYFARTH SHAW LLP
14  Francis J. Ortman, III (SBN 213202) fortman@seyfarth.com
    560 Mission Street, Suite 3100
15  San Francisco, California 94105
    Telephone: (415) 397-2823
16  Facsimile: (415) 397-8549

17  Attorneys for Defendant
    CHARLES SCHWAB & CO., INC.
18
```



FILED
NOV 20 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA YOUNG and MIKE SAFAIE, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    vs.<br><br>CHARLES SCHWAB & CO., INC.,<br><br>        Defendant. | Case No. C 07-2828 CW<br><br>NOTICE OF SETTLEMENT AND REQUEST TO VACATE OR CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES; (~~PROPOSED~~) ORDER |

1  On November 12, 2007, the parties participated in a private mediation with mediator David Rotman of Gregorio, Haldeman, Piazza, Rotman Frank & Feder. The parties have agreed in principle to settle this matter in its entirety. The parties continue to work on resolving certain issues and need additional time to finalize a Memorandum of Understanding.

Accordingly, the parties hereby request that the Court vacate the November 20, 2007 Case Management Conference and related deadlines, or continue them for a minimum of 30 days.

DATED: November ___, 2007                     MCINERNEY & JONES


                                              By:  _____/S/_____
                                                   Kevin McInerney
                                              Attorneys for Plaintiffs
                                              LINDA YOUNG & MIKE SAFAIE


DATED: November ___, 2007                     SEYFARTH SHAW LLP


                                              By:  _____/S/_____
                                                   Diana Tabacopoulos
                                                   Francis J. Ortman, III
                                              Attorneys for Defendant
                                              CHARLES SCHWAB & CO., INC.

I hereby attest that I have on file all holograph signatures for any signature indicated by a "conformed" signature (/S/) within this efiled document.
/s/ Diana Tabacopoulos

Given the parties' notice of settlement through early mediation, IT IS HEREBY ORDERED:

That the November 20, 2007 Case Management Conference date and related deadlines are VACATED [CONTINUED to Jan 8, 2008 2pm

DATED: NOV 20 2007                            _____
                                              UNITED STATES DISTRICT COURT,
                                              NORTHERN DISTRICT OF
                                              CALIFORNIA

SF1 28307617.1 / 24400-000085