Kevin J. McInerney, Esq., SBN 46941
Kelly McInerney, Esq., SBN 200017
Charles A. Jones, Esq., SBN 224915
McINERNEY & JONES
18124 Wedge Parkway #503
Reno, NV 89511
Telephone: (775) 849-3811
Facsimile: (775) 849-3866
kevin@mcinerneylaw.net
kelly@mcinerneylaw.net
caj@mcinerneylaw.net
*Attorneys for Plaintiffs*

Diana Tabacopoulos
SEYFARTH SHAW
One Century Plaza, Suite 3300
2029 Century Park East
Los Angeles, CA 90067-3063
Telephone: (310) 201-5255
Facsimile: (310) 201-5219
DTabacopoulos@seyfarth.com
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**LINDA YOUNG,** and **MIKE SAFAIE,** individually and on behalf of all others similarly situated,

Plaintiff,

v.

**CHARLES SCHWAB & CO., INC.**

Defendant.

Case No. C 07:2828 CW

**STIPULATION AND [PROPOSED] ORDER RE PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT, APPOINTMENT OF SPECIAL MASTER, AND CONTINUANCE OF CMC**

The parties have reached an agreement in principle to settle this action in its entirety. The parties are finalizing documents for submittal to the Court in connection with a Motion for

1

**STIPULATION AND [PROPOSED] ORDER RE PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT, APPOINTMENT OF SPECIAL MASTER, AND CONTINUANCE OF CMC**
**Case No. C 07:2828 CW**

Preliminary Approval of the proposed settlement. The parties are also attempting to finalize a plan of distribution that would allocate the proceeds of the proposed settlement among the employees of different states.

With respect to this latter point, the parties wish to have this Court appoint Retired Judge Charles Legge to serve as a Special Master to review the proposed allocation prior to a preliminary approval hearing held before this Court. To accomplish the foregoing, the parties, through their undersigned counsel, stipulate to seek proposed Orders from this Court as follows:

1. That Retired Judge Charles Legge be appointed as a Special Master pursuant to FRCP 53 to preliminarily review the proposed settlement allocation on or before February 13, 2008, and file a written report with this District Court on or before February 22, 2008. The parties are not aware of any ground for disqualification under 28 U.S.C. §455 and, in any event, waive any such disqualification.

2. That the parties file with this Court their Motion for Preliminary Approval not later than January 22, 2008.

3. That the parties request that this Court schedule a hearing regarding Preliminary Approval on February 28, 2008 at 2:00 p.m. and continue the Case Management Conference, currently calendared for January 8, 2008 at 2:00 p.m., to the date of the Preliminary Approval hearing.

DATED: December 26, 2007        McInerney & Jones
                                Attorneys For Plaintiffs

                                /s/ Kevin McInerney
                                Kevin J. McInerney

DATED:      December 26, 2007          Seyfarth Shaw
                                       Attorneys for Defendant

                                       /s/ Diana Tabacopoulos
                                       Diana Tabacopoulos

IT IS HEREBY ORDERED:

1. Retired Judge Charles Legge is appointed as a Special Master pursuant to FRCP 53 to preliminarily review the proposed settlement allocation on or before February 13, 2008 and file a written report with this District Court on or before February 22, 2008. In this regard, the master shall proceed with all reasonable diligence and he shall:

    A.    Review the parties proposed plan of settlement allocation for reasonableness and fairness and shall file his report with the court on or before February 22, 2008;

    B.    Be free to communicate ex parte with this Court or either party;

    C.    Preserve all briefs and data provided by the parties and a copy of any report filed with this Court;

    D.    File his report with this Court publicly and serve the parties. The Court will review his report independently, and

    E.    His compensation shall be his normal charges as a member of JAMS and shall be paid by the plaintiffs.

2. The parties will file with this Court their Motion for Preliminary Approval not later than January 22, 2008.

3. The Motion for Preliminary Approval will be heard on February 28, 2008 at 2:00 p.m..

4. The Case Management Conference, currently calendared for January 8, 2008 at 2:00 p.m., is continued to the date and time of the Preliminary Approval hearing.

Dated: ______________________ ______________________________

Honorable Claudia Wilkin

4

STIPULATION AND [PROPOSED] ORDER RE PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT, APPOINTMENT OF SPECIAL MASTER, AND CONTINUANCE OF CMC
Case No. C 07:2828 CW