SEYFARTH SHAW LLP
Diana Tabacopoulos (SBN: 128238) dtabacopoulos@seyfarth.com
2029 Century Park East, Suite 3300
Los Angeles, California 90067-3063
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

SEYFARTH SHAW LLP
Eden E. Anderson (SBN 233464) eanderson@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
CHARLES SCHWAB & CO., INC.

DOSTART CLAPP GORDON & COVENEY
James F. Clapp (SBN 145814)
4370 La Jolla Village drive, Suite 970
San Diego, California 92122
Telephone: (858) 623-4200
Facsimile: (858) 623-4299

McINERNEY & JONES
Charles A. Jones (SBN 224915)
18124 Wedge Parkway #503
Reno, Nevada 89511
Telephone: (775) 849-3811
Facsimile: (775) 849-3866

Attorneys for Plaintiff
LINDA YOUNG

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA YOUNG, and MIKE SAFAIE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CHARLES SCHWAB & CO., INC.,<br><br>Defendant. | Case No. C 07-2828 CW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT AND FILING DEADLINE FOR SAME** |

Plaintiffs Linda Young and Mike Safaie ("Plaintiffs") and Defendant Charles Schwab & Co. ("Defendant") (jointly "the Parties"), by and through their undersigned counsel, enter into the following Stipulation:

WHEREAS, the Parties have reached an agreement in principle to settle this action in its entirety.

WHEREAS, the Parties are finalizing documents for submittal to the Court in connection with a Motion for Preliminary Approval of a proposed settlement.

WHEREAS, the Parties are also attempting to finalize a plan of distribution that would allocate the proceeds of the proposed settlement among the employees of different states.

WHEREAS, a hearing on a Motion for Preliminary Approval of a proposed settlement is presently set for February 28, 2008.

WHEREAS, pursuant to prior stipulation, the Court previously ordered the Parties to file a Motion for Preliminary Approval of a proposed settlement on or before January 22, 2008.

WHEREAS, the Parties continue to collect relevant data in connection with the above mentioned settlement efforts and require additional time to prepare settlement documents for submission to the Court.

NOW, THEREFORE, the Parties hereby stipulate to extend the hearing date on a Motion for Preliminary Approval of a proposed settlement to March 13, 2008 at 2:00 p.m. The Parties will file a Motion for Preliminary Approval of a proposed settlement not later than February 7, 2008.

IT IS SO STIPULATED.

DATED: January 22, 2008                                     MCINERNEY & JONES

                                      By: /s/ Charles A. Jones
                                                Charles A. Jones
                                      Attorneys for Plaintiff
                                      LINDA YOUNG

Stipulation and [Proposed] Order Continuing Hearing on Motion for Preliminary Approval of Proposed Settlement and Filing Deadline for Same; Case No. C 07-2828 CW

DATED: January 22, 2008                                    SEYFARTH SHAW LLP

By: /s/ _____
    Diana Tabacopoulos
    Eden E. Anderson
Attorneys for Defendant
CHARLES SCHWAB & CO., INC.

IT IS HERBY ORDERED:

1. That Motion for Preliminary Approval will be heard on March 13, 2008 at 2:00 p.m.

2. The Parties will file with this Court their Motion for Preliminary Approval not later than February 7, 2008.

Dated: _____                   _____
    Claudia Wilken
    U.S. District Court Judge

SF1 28313285.1 / 24400-000085

Stipulation and [Proposed] Order Continuing Hearing on Motion for Preliminary Approval of Proposed Settlement and Filing Deadline for Same; Case No. C 07-2828 CW