SEYFARTH SHAW LLP
Diana Tabacopoulos (SBN: 128238) dtabacopoulos@seyfarth.com
2029 Century Park East, Suite 3300
Los Angeles, California 90067-3063
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

SEYFARTH SHAW LLP
Eden E. Anderson (SBN 233464) eanderson@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
CHARLES SCHWAB & CO., INC.

DOSTART CLAPP GORDON & COVENEY
James F. Clapp (SBN 145814)
4370 La Jolla Village drive, Suite 970
San Diego, California 92122
Telephone: (858) 623-4200
Facsimile: (858) 623-4299

McINERNEY & JONES
Charles A. Jones (SBN 224915)
18124 Wedge Parkway #503
Reno, Nevada 89511
Telephone: (775) 849-3811
Facsimile: (775) 849-3866

Attorneys for Plaintiff
LINDA YOUNG

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA YOUNG, and MIKE SAFAIE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CHARLES SCHWAB & CO., INC.,<br><br>Defendant. | Case No. C 07-2828 CW<br><br>**STIPULATION AND ORDER CONTINUING HEARING ON MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT AND FILING DEADLINE FOR SAME** |

1  Plaintiffs Linda Young and Mike Safaie ("Plaintiffs") and Defendant Charles Schwab &
2  Co. ("Defendant") (jointly "the Parties"), by and through their undersigned counsel, enter into
3  the following Stipulation:

4  WHEREAS, the Parties have reached an agreement in principle to settle this action in its
5  entirety.

6  WHEREAS, the Parties are finalizing documents for submittal to the Court in connection
7  with a Motion for Preliminary Approval of a proposed settlement.

8  WHEREAS, the Parties are also attempting to finalize a plan of distribution that would
9  allocate the proceeds of the proposed settlement among the employees of different states.

10  WHEREAS, a hearing on a Motion for Preliminary Approval of a proposed settlement is
11  presently set for February 28, 2008.

12  WHEREAS, pursuant to prior stipulation, the Court previously ordered the Parties to file
13  a Motion for Preliminary Approval of a proposed settlement on or before January 22, 2008.

14  WHEREAS, the Parties continue to collect relevant data in connection with the above
15  mentioned settlement efforts and require additional time to prepare settlement documents for
16  submission to the Court.

17  NOW, THEREFORE, the Parties hereby stipulate to extend the hearing date on a Motion
18  for Preliminary Approval of a proposed settlement to March 13, 2008 at 2:00 p.m.  The Parties
19  will file a Motion for Preliminary Approval of a proposed settlement not later than February 7,
20  2008.

21  IT IS SO STIPULATED.

22
23  DATED: January 22, 2008                              MCINERNEY & JONES
24
25                                                       By: /s/ Charles A. Jones
                                                              Charles A. Jones
26                                                       Attorneys for Plaintiff
                                                         LINDA YOUNG
27
28

2

1 | DATED: January 22, 2008                                    SEYFARTH SHAW LLP

2

3                                                                          By: /s/
                                                                                   Diana Tabacopoulos
4                                                                                  Eden E. Anderson
                                                                           Attorneys for Defendant
5                                                                          CHARLES SCHWAB & CO., INC.

6         IT IS HERBY ORDERED:

7         1.      That Motion for Preliminary Approval will be heard on March 13, 2008 at 2:00

8   p.m.

9         2.      The Parties will file with this Court their Motion for Preliminary Approval not

10  later than February 7, 2008.

11

12  Dated: 1/23/08                                                         _____

13                                                                         Claudia Wilken
                                                                           U.S. District Court Judge

25  SF1 28313285.1 / 24400-000085

---

3

Stipulation and [Proposed] Order Continuing Hearing on Motion for Preliminary Approval of Proposed Settlement
and Filing Deadline for Same; Case No. C 07-2828 CW