```
James F. Clapp, Esq., SBN 145814
DOSTART CLAPP GORDON & COVENEY
4370 La Jolla Village Drive, Suite 970
San Diego, CA 92122
Telephone:    (858) 623-4200
Facsimile:    (858) 623-4299
jclapp@sdlaw.com

Kevin J. McInerney, Esq., SBN 46941
Kelly McInerney, Esq., SBN 200017
Charles A. Jones, Esq., SBN 224915
MCINERNEY & JONES
18124 Wedge Parkway #503
Reno, NV 89511
Telephone:    (775) 849-3811
Facsimile:    (775) 849-3866
kevin@mcinerneylaw.net
kelly@mcinerneylaw.net
caj@mcinerneylaw.net
```

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA YOUNG, MIKE SAFAIE, and JANICE KEVARI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CHARLES SCHWAB & CO., INC.<br><br>Defendant. | Case No. C 07:2828 CW<br><br>**UNOPPOSED NOTICE OF MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date: March 13, 2008<br>Time: 2:00 p.m.<br>Judge: Hon. Claudia Wilken |

TO ALL PARTIES AND THEIR COUNSEL, PLEASE TAKE NOTICE than an unopposed motion for preliminary approval for settlement of this class and collective action will be heard before the Honorable Claudia Wilken at the United States Courthouse located at 1301 Clay Street in Oakland, California 94612 on Thursday, March 13, 2008 at 2:00 p.m. or as soon thereafter as this matter may be heard.

The Plaintiffs move for preliminary approval based upon the concurrently filed Stipulation of Settlement, Memorandum of Points and Authorities, and Declaration of Kevin J. McInerney. The Defendant does and at all times relevant has contended that it has properly classified and compensated all its employees, but does not oppose the Motion for Preliminary Approval.

The issue of the allocation of settlement proceeds will be referred to retired Judge Charles Legge for his recommendations to this Court. A hearing before Judge Legge is currently scheduled for February 12, 2008. Following that hearing and Judge Legge's report, the parties intend to submit supplemental documents including but not limited to a proposed form of class notice and a proposed order relative to preliminary approval of their proposed settlement.

Dated: February 7, 2008                    Respectfully submitted,

                                           MCINERNEY & JONES


                                           By:  /s/ Kevin J. McInerney
                                                Kevin J. McInerney, Esq.
                                                *Attorneys for Plaintiff*

2

UNOPPOSED NOTICE OF MOTION AND UNOPPOSED MOTION FOR                    Case No.
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT                        C 07:2828 CW

**PROOF OF SERVICE**
Linda Young and Mike Safaie, et al. v. Charles Schwab & Co., Inc
United States District Court, Northern District of California
Case No. C-07:2828 CW

I, the undersigned, declare as follows:

I am employed in the County of Washoe, State of Nevada.

I am over the age of eighteen (18) years and not a party to the within action; my business address is 18124 Wedge Parkway, #503, Reno Nevada, 89511.

On February 7, 2008, I served the foregoing document(s) described as:

1. UNOPPOSED NOTICE OF MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT
2. MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT
3. DECLARATION OF KEVIN J. McINERNEY IN SUPPORT OF PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

on all interested parties in this action addressed to the addressee as follows:

Diana Tabacopolous
SEYFARTH SHAW LLP
One Century Plaza, Suite 3300
2029 Century Park East
Los Angeles, CA 90067-3063

XX  By CM/ECF. I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the above CM/ECF registrant(s).

   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

   Executed on February 7, 2008, at Reno, Nevada.


                                        /s/ Jennifer Smith
                                        Jennifer Smith