James F. Clapp, Esq., SBN 145814
DOSTART CLAPP GORDON & COVENEY
4370 La Jolla Village Drive, Suite 970
San Diego, CA 92122
Telephone: (858) 623-4200
Facsimile: (858) 623-4299
jclapp@sdlaw.com

Kevin J. McInerney, Esq., SBN 46941
Kelly McInerney, Esq., SBN 200017
Charles A. Jones, Esq., SBN 224915
MCINERNEY & JONES
18124 Wedge Parkway #503
Reno, NV 89511
Telephone: (775) 849-3811
Facsimile: (775) 849-3866
kevin@mcinerneylaw.net
kelly@mcinerneylaw.net
caj@mcinerneylaw.net

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA YOUNG, MIKE SAFAIE, and JANICE KEVARI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CHARLES SCHWAB & CO., INC.<br><br>Defendant. | Case No. C 07:2828 CW<br><br>**DECLARATION OF KEVIN J. McINERNEY IN SUPPORT OF PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

I, Kevin J. McInerney, declare:

1. I make this declaration in support of preliminary approval for the settlement which has been proposed to this Court. I have been serving as co-counsel in this action and am familiar with the factual and legal aspects of the case. I make this declaration based upon personal knowledge and could competently testify in court regarding its recitals.

2. I am a 1967 graduate of Yale Law School. I was admitted to the New York State Bar in 1968 and joined the United States Attorney's Office in the Southern District of New York. Several years later I transferred to the United States Attorney's Office in San Diego and became a member of the California Bar in 1970. I have tried over 300 cases and handled in excess of fifty appeals in the Ninth and Second Circuits and in the California Courts of Appeal.

3. I support preliminary approval of this proposed settlement based on my knowledge of this case and my experience in this area. Since 1988 my practice has been limited almost exclusively to class actions. I practice with my daughter and my son-in-law and their practice is similarly limited to class actions.

4. Initially I was involved in class actions involving consumer fraud; however, over the past eight years the majority of cases that we have handled have been wage and hour class actions brought on behalf of employees. My firm has been involved in excess of fifty class actions in state and federal courts where it has been alleged that the employees were improperly misclassified as exempt from the protection of the overtime laws. In the great majority of these cases I have served as either lead or co-lead counsel.

5. I am familiar not only with the discovery necessary in wage and hour class actions but I have considerable experience in developing and utilizing methodologies for their trial. Approximately thirteen years ago I tried to judgment a national class action in the San Francisco Superior Court before the Honorable Carlos Bea, now of the Ninth Circuit. That case was tried utilizing random statistical sampling of the class and my firm thereafter adapted that methodology to a number of wage and hour class actions.

6. Approximately four years ago I arbitrated, along with my current co-counsel James Clapp, a large wage and hour case before the Honorable William F. McDonald, retired judge of the Orange County Superior Court. That case, involving four categories of managers and assistant managers from Pep Boys, resulted in an award of 31.5 million dollars. In that case class member surveys were utilized to allow statistical conclusions. More recently I was involved in a case involving assistant managers from Office Depot in the Denver District Court. That case literally settled on the morning of trial. There we had developed a trial methodology that again used random statistical sampling. Most recently, an overtime action brought on behalf of insurance adjusters at Fireman's Fund settled for 18 million dollars after the plaintiffs prevailed on liability in the first phase of the trial in the Marin Superior Court. My firm has demonstrated a willingness to not only file class actions but to fully litigate them. We believe our litigation experience enhances our ability to assess a settlement such as the one now proposed.

7. The instant settlement is a $2,125,000 total payout to approximately 600 employees. The employees involved provided support to the Financial Advisors working in Schwab's branches nationwide.

8. My firm has, over the past two years, been involved in several class actions on behalf of stockbrokers who have sought overtime pay and recoupment for deductions made from their wages. We served as lead counsel in one such case, <u>Glass v. UBS Financial Services</u>, Case No. C-06-4068 MMC, where a nationwide settlement was granted final approval on January 26, 2007 by Judge Maxine M. Chesney of the Northern District of California. In addition to that case I am familiar with the details of settlements and pending settlements with other security broker houses including Merrill Lynch, Citigroup (Smith Barney), Morgan Stanley, and Banc of America. In particular I know how much money a broker class member would receive from every month worked at the respective brokerage house. Those other settlements involved mainline brokers who earned considerably more than the support specialists at Schwab. The earlier broker cases often involved the issue of wage deductions. The instant proposed settlement with Charles Schwab & Co. compares favorably with those other settlements. For example, the class members employed in California will receive over $200 net per month for work performed prior to their reclassification if the proposed allocation is granted approval. That assumes that all eligible members submit claims; to the extent this does not occur the individual payouts will increase.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed this 7 day of February, 2008 in Reno, Nevada.

/s/ Kevin J. McInerney
Kevin J. McInerney, Esq.
*Attorney for Plaintiff*

DECLARATION OF KEVIN J. McINERNEY IN SUPPORT OF
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Case No.
C 07:2828 CW