# EXHIBIT B

**TO JOINT STIPULATION OF SETTLEMENT AND RELEASE**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LINDA YOUNG and MIKE SAFAIE**, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>**CHARLES SCHWAB & CO., INC.**<br><br>　　　　Defendant. | Case No. C 07 2828 CW<br><br>**CONSENT TO JOIN SETTLEMENT** |

IF YOU WANT TO PARTICIPATE IN THE SETTLEMENT WITH RESPECT TO THE FAIR LABOR STANDARDS ACT CLAIM, COMPLETE THIS FORM IN ITS ENTIRETY, AND SIGN THE FORM AND RETURN IT TO THE ADDRESS BELOW, POSTMARKED ON OR BEFORE [90 DAYS AFTER MAILING OF NOTICE], ALONG WITH YOUR CLAIM FORM (GREEN)

Schwab Claims Administrator
Rust Consulting Inc.
625 Marquette Avenue, Suite 880
Minneapolis, MN 55402-2469

**YOUR PARTICIPATION IN THE SETTLEMENT WILL HAVE NO EFFECT ON YOUR EMPLOYMENT WITH SCHWAB**

I declare as follows:

I consent to participate in this above Action pursuant to the Fair Labor Standards Act.

///

///

///

LA1 6669240.1

1       Executed on _____, 2008, at _____, _____.
                                          (city)                (state)

_____
(signature)

_____
(Typed or Printed Name)

LA1 6669240.1