# EXHIBIT C

**TO JOINT STIPULATION OF SETTLEMENT AND RELEASE**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LINDA YOUNG and MIKE SAFAIE**, individually and on behalf of all others similarly situated,<br><br>         Plaintiff,<br><br>    vs.<br><br>**CHARLES SCHWAB & CO., INC.**<br><br>         Defendant. | Case No. C 072828 CW<br><br>**CLAIM FORM** |

IF YOU WANT TO RECEIVE YOUR SHARE OF THIS SETTLEMENT, COMPLETE THIS FORM IN ITS ENTIRETY, SIGN THIS FORM, AND RETURN IT TO THE ADDRESS BELOW, POSTMARKED ON OR BEFORE [90 DAYS AFTER MAILING OF NOTICE], ALONG WITH YOUR CONSENT TO JOIN SETTLEMENT FORM (WHITE).

Schwab Claims Administrator
Rust Consulting, Inc.
625 Marquette Avenue, Suite 880
Minneapolis, MN 55402-2469

**YOUR PARTICIPATION IN THE SETTLEMENT WILL HAVE NO EFFECT ON YOUR EMPLOYMENT WITH SCHWAB**

I declare as follows:

(1)    I received notice the Notice of Pendency of Class Action and I wish to receive my share of the proposed Settlement.

(2)    During all or part of the applicable period set forth in Exhibit A of the Notice of Pendency of Class Action, I was employed by Charles Schwab & Co., Inc. ("Schwab") as a

LA1 6669240.1

Branch Client Service Specialist I and/or Branch Client Service Specialist II and/or in a non-exempt client service specialist role in the following state(s) and or territories: _____.

    (3)    Please check only one:

☐ I <u>agree</u> with Schwab's records that I worked a total of _____ full or partial weeks as a Branch Client Service Specialist I and/or Branch Client Service Specialist II and/or in a non-exempt client service specialist role during the applicable time period(s) for the state(s) and/or territories in which I was employed.

☐ I <u>disagree</u> with Schwab's records and instead contend that I worked a total of _____ full or partial weeks as a Branch Client Service Specialist I and/or Branch Client Service Specialist II and/or in a non-exempt client service specialist role during the applicable time period(s) for the state(s)and/or territories in which I was employed.

Executed on _____, 2008, at _____, _____.
                                                          (city)                (state)

_____
(Signature)

_____
(Typed or Printed Name)

_____
(Address)

_____
(City, State, Zip Code)

_____
(Telephone Number, Including Area Code)

_____
(Social Security Number)

LA1 6669240.1