# EXHIBIT D

**TO JOINT STIPULATION OF SETTLEMENT AND RELEASE**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LINDA YOUNG and MIKE SAFAIE**, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>**CHARLES SCHWAB & CO., INC.**<br><br>　　　　Defendant. | Case No. C 07 2828 CW<br><br>**EXCLUSION FORM** |

IF YOU DO *NOT* WANT TO BE INCLUDED IN THIS SETTLEMENT, COMPLETE THIS FORM IN ITS ENTIRETY, SIGN THE FORM UNDER PENALTY OF PERJURY, AND RETURN IT VIA REGISTERED OR CERTIFIED MAIL, RETURN RECEIPT REQUESTED, TO THE ADDRESS BELOW, POSTMARKED ON OR BEFORE [90 DAYS AFTER MAILING OF NOTICE].

Schwab Claims Administrator
Rust Consulting, Inc.
625 Marquette Avenue, Suite 880
Minneapolis, MN 55402-2469

NOTE: IF YOU TIMELY SUBMIT A CONSENT TO JOIN SETTLEMENT FORM, AND CLAIM FORM, AND AN EXCLUSION FORM, THE EXCLUSION FORM WILL BE INVALID AND YOU WILL BE INCLUDED IN THE SETTLEMENT AND WILL BE BOUND BY THE TERMS OF THE SETTLEMENT.

I declare as follows:

I was employed by Charles Schwab & Co., Inc. ("Schwab") as a Branch Client Service Specialist I and/or Branch Client Service Specialist II and/or in a non-exempt client service specialist role during all or part of the applicable time period set forth in Exhibit A of the Notice

LA1 6669240.1

1  of Pendency of Class Action for the state(s) and/or territories in which I was employed by
2  Schwab.
3      I received the Notice of Pendency of Class Action, and I wish to be excluded from the
4  class and *not* to participate in the proposed Settlement.
5      I declare under penalty of perjury that the foregoing and the information provided below
6  is true and correct.

7
8      Executed on _____, 2008, at _____, _____.
                                               (city)              (state)

9
10                          _____
                        (Signature)

11                          _____
12                          (Typed or Printed Name)

13                          _____
                        (Address)

14                          _____
15                          (City, State, Zip Code)

16                          _____
                        (Telephone Number, Including Area Code)

17                          _____
18                          (Social Security Number)

19
20
21
22
23
24
25
26
27
28

LA1 6669240.1