UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

YOUNG,

        Plaintiff,

  v.

CHARLES SCHWAB & CO., INC.,

        Defendant.

NO. C 07-02828 CW

**MINUTE ORDER**
Date: 3/13/08

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**   **Court Reporter:** Raynee Mercado

**Appearances for Plaintiff:**
Kevin McInerney

**Appearances for Defendant:**
Diana Tabacopoulos

**Motions:**

| | | |
|---|---|---|
| Plaintiff | Mo. for preliminary approval of class action settlement | Granted |

Further briefing due:
Order to be prepared by:  Plaintiff to resubmit proposed order

**Case Management Conference Held?:**  Moot

Notes:   Court grants motion; plaintiff to look at claim forms again and see if they can be explained more clearly to class members.  Plaintiff to resubmit proposed order after proof reading and correcting typos. **Final Approval Hearing set for 8/21/08 at 2:00 p.m.**

Copies to:  Chambers