**EXHIBIT A – Class Members**

| State of Employment with Schwab in Covered Position | Dates of Employment with Schwab in Covered Position |
| --- | --- |
| Alabama<br>Arizona<br>Colorado<br>Connecticut<br>Georgia<br>Indiana<br>Iowa<br>Missouri<br>New Mexico<br>Pennsylvania<br>Virginia | May 31, 2005 -[date of preliminary approval] |
| Alaska<br>Arkansas<br>Delaware<br>District of Columbia<br>Idaho<br>Kansas<br>Louisiana<br>Maryland<br>Massachusetts<br>Michigan<br>Minnesota<br>Mississippi<br>Nevada<br>Hawaii<br>New Hampshire<br>North Carolina<br>Oklahoma<br>Puerto Rico<br>Rhode Island<br>South Carolina<br>Tennessee<br>Washington<br>West Virginia | May 31, 2004 -[date of preliminary approval] |
| California<br>Florida<br>Nebraska<br>Texas | May 31, 2003 -[date of preliminary approval] |

| | |
|---|---|
| Utah | |
| Illinois<br>Kentucky | May 31, 2002 -[date of preliminary approval] |
| Maine<br>New Jersey<br>New York<br>Ohio<br>Oregon<br>Vermont<br>Wisconsin | May 31, 2001 -[date of preliminary approval] |