1  DOSTART CLAPP GORDON & COVENEY
   James F. Clapp (SBN 145814) jclapp@sdlaw.com
2  4370 La Jolla Village Drive, Suite 970
   San Diego, California 92122
3  Telephone: (858) 623-4200
   Facsimile: (858) 623-4299
4
   McINERNEY & JONES
5  Kevin J. McInerney (SBN 46941) Kevin@mcinerneylaw.net
   Charles A. Jones (SBN 224915) caj@mcinerneylaw.net
6  18124 Wedge Parkway #503
   Reno, Nevada 89511
7  Telephone: (775) 849-3811
   Facsimile: (775) 849-3866
8
   Attorneys for Plaintiffs
9  LINDA YOUNG, MIKE SAFAIE, and JANICE KEVARI

10 SEYFARTH SHAW LLP
   Diana Tabacopoulos (SBN: 128238) dtabacopoulos@seyfarth.com
11 2029 Century Park East, Suite 3300
   Los Angeles, California 90067-3063
12 Telephone: (310) 277-7200
   Facsimile: (310) 201-5219
13
   Attorneys for Defendant
14 CHARLES SCHWAB & CO., INC.

15                UNITED STATES DISTRICT COURT

16                NORTHERN DISTRICT OF CALIFORNIA

17

| | |
|---|---|
| **LINDA YOUNG, MIKE SAFAIE** and **JANICE KEVARI,** individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>**CHARLES SCHWAB & CO., INC.**<br><br>Defendant. | Case No. C 07 2828 CW<br><br>**[REVISED PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; ADOPTING THE SPECIAL MASTER'S REPORT, FINDINGS AND RECOMMENDATIONS; AND SETTING FINAL APPROVAL HEARING**<br><br>DATE:  March 13, 2008<br>TIME:  2:00 P.M.<br>PLACE: CTRM 2<br>JUDGE: Honorable Claudia Wilken |

The Motion for Preliminary Approval of Class Action Settlement came on regularly for hearing on March 13, 2008. The Court has considered the Joint Stipulation of Settlement and Release (the "Settlement"), the [Proposed] Notice of Pendency of Class Action and Opportunity to Opt-In, Proposed Settlement, and Hearing Date of Court Approval (and attached exhibits) (the Notice of Pendency), the Joint Submission of Report, Findings, and Recommendations of the Special Master (the "Master's Report"), and all others papers filed in this Action. The matter having been submitted and good cause appearing:

The Court finds as follows:

1. All defined terms contained herein shall have the same meanings as set forth in the Settlement executed by the parties and filed with this Court.

2. Plaintiffs Linda Young, Mike Safaie and Janice Kevari ("Class Representatives") and Defendant Charles Schwab & Co., Inc. ("Schwab"), through their counsel of record in the Action, have reached an agreement to settle all claims in the Action.

3. The Court conditionally finds that, for the purposes of approving the Settlement only and for no other purpose and with no other effect on the Action, including no effect on the Action should the Settlement not ultimately be approved or should the Settlement Effective Date not occur, the proposed Class meets the requirements for certification under Rule 23 of the Federal Rules of Civil Procedure and under section 16(b) of the Fair Labor Standards Act, 29 U.S.C. §216(b) ("FLSA"). With respect to Rule 23[1]: (a) the proposed Class is ascertainable and so numerous that joinder of all members of the Class is impracticable; (b) there are questions of law or fact common to the proposed Class with respect to the subject matter of the Action; (c) the claims of Class Representatives are typical of the claims of the members of the proposed Class; (d) the Class Representatives will fairly and adequately protect the interests of the proposed Class; (e) a class action is superior to other available methods for an efficient adjudication of this

---

[1] Plaintiffs' motion seeks approval of the Settlement, which includes claims brought pursuant to Rule 23 of the Federal Rules of Civil Procedure to vindicate rights under state law. Settlement of the FLSA claims of those class Members who have consented to join the Settlement, although not requiring the same showing for notice purposes, is also approved.

[PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL OF SETTLEMENT
Case No.: C 07 2828 CW

LA1 6684010.1                2

controversy; and (f) Class Counsel are qualified to serve as counsel for the Class Representatives in their own capacities as well as their representative capacities and for the Class. With respect to section 16(b) of the FLSA, the members of the proposed Class are "similarly situated" with respect to the claims in the Action.

4. The Settlement is within the range of reasonableness and meets the requirements for preliminary approval.

5. The Settlement is not deemed to be filed for purposes of providing Class Action Fairness Act ("CAFA") notice to the appropriate federal and state officials until the Notice of Pendency attached hereto is approved by the Court's execution of this order.

6. The moving papers presented to the Court provide notice to the proposed Class of the terms of the Settlement and the options facing the Class including, *inter alia*: to consent to join the Class; to be excluded from the Action; to be represented by counsel of their choosing; to remain in the Class, and/or to be a participating claimant. The parties jointly have submitted to the Court a Notice of Pendency incorporating the recommendations of Special Master Judge Charles A. Legge. Subject to the Court's approval, the Notice of Pendency will be mailed to all Class Members at their last known address, as confirmed by the Claims Administrator through a change-of-address search prior to the mailing. The notice proposed by the parties is the best practical under the circumstances.

7. Class Counsel have submitted to this Court for approval the "Master's Report" which contains: (a) findings of fact, and (b) legal conclusions, and (c) recommendations regarding the value of a Compensable Work Week and allocation of Settlement proceeds.

8. The Court has reviewed the factual findings and legal conclusions contained in Master's Report's as required under Rule 53 of the Federal rules of Civil Procedure.

Good cause appearing therefore, **IT IS HEREBY ORDERED** that:

1. Pursuant to Rule 23 of the Federal Rules of Civil Procedure and Section 16(b) of the FLSA, the Settlement is preliminarily approved and the Class is provisionally certified;

2. The Court hereby adopts and affirms the Master's Report in its entirety;

[PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL OF SETTLEMENT
Case No.: C 07 2828 CW

LA1 6684010.1                    3

3. The Court hereby approves the form of Notice of Pendency.

4. The notice of proposed Settlement, and the rights of Class Members to consent to join the Settlement, to opt-out of the Settlement, or become a claimant, shall be given by mailing of the Notice of Pendency by first class, postage prepaid, to all Class Members pursuant to the applicable provisions in the Settlement. Schwab shall provide the Claims Administrator with the information necessary to conduct this mailing as set forth in the Settlement.

5. A hearing shall be held before this Court on August 21, 2008 at 2:00 p.m. to consider whether the Settlement should be given final approval by the Court.

   (a) Written objections by Class Members to the proposed Settlement will be considered if received by the Court and the parties on or before sixty (60) days after the mailing of the Notice of Pendency;

   (b) At the final approval hearing, Class Members may be heard orally in support of the Settlement, or in opposition to the Settlement, provided they have submitted a timely written objection to the Settlement; and

   (c) Class Counsel and counsel for Schwab should be prepared at the hearing to respond to objections filed by Class Members and to provide other information as appropriate, bearing on whether or not the Settlement should be approved.

6. In the event the Settlement Effective Date occurs, all Class Members who file a Consent to Join Form will be deemed to have forever released and discharged the Class Members' Release Federal Law Claims and the Class Members' Released State Law claims as set forth in the Settlement. In the event the Settlement Effective Date does not occur for any reason whatsoever, the Settlement shall be deemed null and void and shall have no effect whatsoever.

7. Within 10 days of notice of the Court's execution of this order approving the Notice of Pendency, Schwab shall serve upon the appropriate state official of each state in which a Class Member resides and the Attorney General of the United States a notice of the proposed Settlement in compliance with the requirements of CAFA, 28 U.S.C. § 1715.

[PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL OF SETTLEMENT
Case No.: C 07 2828 CW

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____
　　　　　　　　　　　　　　The Honorable Claudia Wilken
　　　　　　　　　　　　　　United States District Judge

Respectfully submitted:

DATED: March ___, 2008　　　SEYFARTH SHAW LLP


　　　　　　　　　　　　　　By:　　　/s/ Diana Tabacopoulos
　　　　　　　　　　　　　　　　　　DIANA TABACOPOULOS

　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　CHARLES SCHWAB & CO., INC.




DATED: March ___, 2008　　　MCINERNEY & JONES


　　　　　　　　　　　　　　By:　　　/s/ Kevin McInerney
　　　　　　　　　　　　　　　　　　KEVIN MCINERNEY

　　　　　　　　　　　　　　Attorneys for Plaintiffs
　　　　　　　　　　　　　　LINDA YOUNG, MIKE SAFAIE, AND JANICE
　　　　　　　　　　　　　　KEVARI

[PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL OF SETTLEMENT
Case No.: C 07 2828 CW

LA1 6684010.1　　　　　　　　5

1 | DATED: March ___, 2008            DOSTART CLAPP GORDON & COVENEY, LLP

                                     By:_____/s/ James Clapp_____
                                                JAMES CLAPP

                                     Attorneys for Plaintiffs
                                     LINDA YOUNG, MIKE SAFAIE, AND JANICE KEVARI

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

[PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL OF SETTLEMENT
Case No.:  C 07 2828 CW

LA1 6684010.1                              6