UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LINDA YOUNG and MIKE SAFAIE**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>**CHARLES SCHWAB & CO., INC.**<br><br>Defendant. | Case No. C 07 2828 CW<br><br>**CONSENT TO JOIN<br>AND<br>CLAIM FORM** |

IF YOU WANT TO PARTICIPATE IN THE SETTLEMENT WITH RESPECT TO THE FAIR LABOR STANDARDS ACT CLAIM AND RECEIVE YOUR SHARE OF THIS SETTLEMENT, COMPLETE THIS FORM IN ITS ENTIRETY, SIGN THE FORM AND RETURN IT TO THE ADDRESS BELOW, POSTMARKED ON OR BEFORE [90 DAYS AFTER MAILING OF NOTICE]

Schwab Claims Administrator
Rust Consulting Inc.
625 Marquette Avenue, Suite 880
Minneapolis, MN 55402-2469

**YOUR PARTICIPATION IN THE SETTLEMENT WILL HAVE NO EFFECT ON YOUR EMPLOYMENT WITH SCHWAB**

1
**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**
Case No. C 07 2828 CW

LA1 6686133.1

I declare as follows:

(1)  I received notice the Notice of Pendency of Class Action and I wish to receive my share of the proposed Settlement.

(2)  During all or part of the applicable period set forth in Exhibit A of the Notice of Pendency of Class Action, I was employed by Charles Schwab & Co., Inc. ("Schwab") as a Branch Client Service Specialist I and/or Branch Client Service Specialist II and/or in a non-exempt client service specialist role in the following state(s) and or territories: _____.

(3)  Please check only one:

☐ I <u>agree</u> with Schwab's records that I worked a total of _____ full or partial weeks as a Branch Client Service Specialist I and/or Branch Client Service Specialist II and/or in a non-exempt client service specialist role during the applicable time period(s) for the state(s) and/or territories in which I was employed.

☐ I <u>disagree</u> with Schwab's records and instead contend that I worked a total of _____ full or partial weeks as a Branch Client Service Specialist I and/or Branch Client Service Specialist II and/or in a non-exempt client service specialist role during the applicable time period(s) for the state(s)and/or territories in which I was employed.

1       Further, I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action
2 pursuant to the Fair Labor Standards Act.

3

4       Executed on _____, 2008, at _____, _____.
                                                                 (city)                    (state)
5

6                                       _____
                                      (Signature)

7                                       _____
8                                       [Printed Name to be inserted prior to mailing by Rust Consulting.]

9
10                                       **BARCODE**

11 [This page and cover page to be filed with court only]

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---
3
**CONSENT TO JOINT SETTLEMENT**
                                                                                       Case No. C 07 2828 CW

LA1 6686133.1