1  DOSTART CLAPP GORDON & COVENEY
   James F. Clapp (SBN 145814) jclapp@sdlaw.com
2  4370 La Jolla Village drive, Suite 970
   San Diego, California 92122
3  Telephone: (858) 623-4200
   Facsimile: (858) 623-4299
4
   McINERNEY & JONES
5  Kevin J. McInerney (SBN 46941) Kevin@mcinerneylaw.com
   Charles A. Jones (SBN 224915) caj@mcinerneylaw.com
6  18124 Wedge Parkway #503
   Reno, Nevada 89511
7  Telephone: (775) 849-3811
   Facsimile: (775) 849-3866
8
   Attorneys for Plaintiffs
9
   SEYFARTH SHAW LLP
10 Diana Tabacopoulos (SBN: 128238) dtabacopoulos@seyfarth.com
   2029 Century Park East, Suite 3300
11 Los Angeles, California 90067-3063
   Telephone: (310) 277-7200
12 Facsimile: (310) 201-5219

13 Attorneys for Defendant
   CHARLES SCHWAB & CO., INC.
14

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA YOUNG, MIKE SAFAIE, and JANICE KEVARI, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> CHARLES SCHWAB & CO., INC., <br><br> Defendant. | Case No. C 07-2828 CW <br><br> **STIPULATION AND [PROPOSED] ORDER APPROVING RE-SENDING OF CLASS NOTICE AND APPROVING OF LANGUAGE FOR COVER LETTER TO ACCOMPANY SAME** |

Plaintiffs Linda Young and Mike Safaie ("Plaintiffs") and Defendant Charles Schwab & Co. ("Defendant") (jointly "the Parties"), by and through their undersigned counsel, enter into the following Stipulation:

1

Stipulation and [Proposed] Order Approving of Re-Sending of Class Notice and Approving of Language for Cover Letter to Accompany Same  / Case No. C 07-2828 CW

LA1 6703573.1 / 24400-000085

1

2   WHEREAS, on March 13, 2008, the Court approved of the language for, and sending of,
3   Notices of Pendency of Class Action and Opportunity to Opt-In ("Notice") to Class Members in
4   the above captioned case.

5   WHEREAS, said Notices were initially mailed to Class Members on or about May 2,
6   2008 by settlement administrator Rust Consulting, Inc.

7   WHEREAS, to date, approximately 58 percent of Class Members have not yet responded
8   to the Notice.

9   WHEREAS, the deadline for submitting a Consent to Join and Claim Form or an
10  Exclusion Form is July 31, 2008.

11  WHEREAS, the Parties would like to ensure that all Class Members received copies of
12  said Notices and are aware of their rights under the settlement.

13  NOW, THEREFORE, the Parties hereby stipulate to re-send identical copies of Notices
14  to Class Members to be accompanied by a cover letter, the language for which is set forth in
15  Exhibit A hereto.

16  IT IS SO STIPULATED.

17

18  DATED: July 1, 2008                    DOSTART CLAPP GORDON
                                            & COVENEY

19

20                                          By:       /S/
                                                  James F. Clapp
21                                              Attorneys for Plaintiffs

22

23  DATED: July 1, 2008                    MCINERNEY & JONES

24

25                                          By:       /S/
                                                  Kevin J. McInerney
26                                              Attorneys for Plaintiffs

27

28

2

Stipulation and [Proposed] Order Approving of Re-Sending of Class Notice and Approving of Language for Cover Letter to Accompany Same / Case No. C 07-2828 CW

LA1 6703573.1 / 24400-000085

| | | |
|---|---|---|
| 1 | DATED: July 1, 2008 | SEYFARTH SHAW LLP |

By: ___/S/___
    Diana Tabacopoulos
Attorneys for Defendant
CHARLES SCHWAB & CO., INC.

(I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.)

    IT IS HERBY ORDERED:

    1.    The Parties are permitted to re-send identical Notices of Pendency of Class Action and Opportunity to Opt-In to Class Members who have not yet responded to the Notice.

    2.    Notices may be accompanied by a cover letter, the language for which is set forth in Exhibit A to this Order.

Dated: _____

    Claudia Wilken
    U.S. District Court Judge

3

Stipulation and [Proposed] Order Approving of Re-Sending of Class Notice and Approving of Language for Cover Letter to Accompany Same / Case No. C 07-2828 CW

LA1 6703573.1 / 24400-000085

**Exhibit A:**
**Cover Letter Language**

Dear _____:

As we have not yet received a response from you, we are re-sending the enclosed Notice of Pendency of Class Action and Opportunity to Opt-In and related documents. These same documents were initially mailed to you on or about May 2, 2008.

Please be reminded that if you wish to receive payment under the Settlement, you must submit your Consent to Join Settlement and Claim Form via U.S. mail postmarked no later than **July 31, 2008** to Schwab Claims Administrator, c/o Rust Consulting, Inc., P.O. Box 9442, Minneapolis, MN 55440-9442.

Please note that it is your right to submit a claim and Schwab encourages your participation, although it is your choice whether or not to submit a claim. Whether or not you make a claim will have no impact on your employment with Schwab. All settlement funds will be distributed to eligible Class Members who submit claims, with no funds reverting to Schwab. Therefore, if you do not make a claim, your portion of the settlement funds will be distributed pro rata to those employees who do make a claim.

Thank you.

Rust Consulting, Inc.

LA1 6703572.1