DOSTART CLAPP GORDON & COVENEY
James F. Clapp (SBN 145814) jclapp@sdlaw.com
4370 La Jolla Village drive, Suite 970
San Diego, California 92122
Telephone: (858) 623-4200
Facsimile: (858) 623-4299

McINERNEY & JONES
Kevin J. McInerney (SBN 46941) Kevin@mcinerneylaw.com
Charles A. Jones (SBN 224915) caj@mcinerneylaw.com
18124 Wedge Parkway #503
Reno, Nevada 89511
Telephone: (775) 849-3811
Facsimile: (775) 849-3866

Attorneys for Plaintiffs

SEYFARTH SHAW LLP
Diana Tabacopoulos (SBN: 128238) dtabacopoulos@seyfarth.com
2029 Century Park East, Suite 3300
Los Angeles, California 90067-3063
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Attorneys for Defendant
CHARLES SCHWAB & CO., INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA YOUNG, MIKE SAFAIE, and JANICE KEVARI, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> CHARLES SCHWAB & CO., INC., <br><br> Defendant. | Case No. C 07-2828 CW <br><br> **STIPULATION AND ORDER APPROVING RE-SENDING OF CLASS NOTICE AND APPROVING OF LANGUAGE FOR COVER LETTER TO ACCOMPANY SAME** |

Plaintiffs Linda Young and Mike Safaie ("Plaintiffs") and Defendant Charles Schwab & Co. ("Defendant") (jointly "the Parties"), by and through their undersigned counsel, enter into the following Stipulation:

1

Stipulation and [Proposed] Order Approving of Re-Sending of Class Notice and Approving of Language for Cover Letter to Accompany Same / Case No. C 07-2828 CW

LA1 6703573.1 / 24400-000085

1

2  WHEREAS, on March 13, 2008, the Court approved of the language for, and sending of,
3  Notices of Pendency of Class Action and Opportunity to Opt-In ("Notice") to Class Members in
4  the above captioned case.

5  WHEREAS, said Notices were initially mailed to Class Members on or about May 2,
6  2008 by settlement administrator Rust Consulting, Inc.

7  WHEREAS, to date, approximately 58 percent of Class Members have not yet responded
8  to the Notice.

9  WHEREAS, the deadline for submitting a Consent to Join and Claim Form or an
10  Exclusion Form is July 31, 2008.

11  WHEREAS, the Parties would like to ensure that all Class Members received copies of
12  said Notices and are aware of their rights under the settlement.

13  NOW, THEREFORE, the Parties hereby stipulate to re-send identical copies of Notices
14  to Class Members to be accompanied by a cover letter, the language for which is set forth in
15  Exhibit A hereto.

16  IT IS SO STIPULATED.

17

18  DATED: July 1, 2008                DOSTART CLAPP GORDON
                                        & COVENEY
19

20                                      By:      /S/
21                                           James F. Clapp
                                             Attorneys for Plaintiffs
22

23  DATED: July 1, 2008                MCINERNEY & JONES

24

25                                      By:      /S/
                                             Kevin J. McInerney
26                                           Attorneys for Plaintiffs

27

28                                          2

Stipulation and [Proposed] Order Approving of Re-Sending of Class Notice and Approving of Language for Cover Letter to Accompany Same / Case No. C 07-2828 CW

LA1 6703573.1 / 24400-000085

| | |
|---|---|
| DATED: July 1, 2008 | SEYFARTH SHAW LLP |
| | |
| | By: ___/S/_____ |
| | Diana Tabacopoulos |
| | Attorneys for Defendant |
| | CHARLES SCHWAB & CO., INC. |

(I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.)


    IT IS HERBY ORDERED:

    1.    The Parties are permitted to re-send identical Notices of Pendency of Class Action and Opportunity to Opt-In to Class Members who have not yet responded to the Notice.

    2.    Notices may be accompanied by a cover letter, the language for which is set forth in Exhibit A to this Order.

7/2/08

Dated: _____      _____

    Claudia Wilken
    U.S. District Court Judge

3

Stipulation and [Proposed] Order Approving of Re-Sending of Class Notice and Approving of Language for Cover Letter to Accompany Same  / Case No. C 07-2828 CW

LA1 6703573.1 / 24400-000085