# EXHIBIT A

| LAST | FIRST | RUST_ID | CF_NUMBER |
|---|---|---|---|
| ABDUL | ISHMAEL T. | 00005500 | CF000319 |
| ABOUD | DANA | 00005517 | CF000259 |
| ABRAHAM | RUTH K | 00000017 | CF000292 |
| ACARD | BRIAN D. | 00000024 | CF000297 |
| ACKLER | JEFFREY | 00000031 | CF000121 |
| AIDAM | AFETSI E | 00005579 | CF000239 |
| AIDARA | CHERIF S | 00005586 | CF000134 |
| AIKEN-BREWSTER | ADEL M | 00005593 | CF000251 |
| ALESSANDRI | MARIA E | 00000055 | CF000329 |
| APPLE | MARTHA C. | 00000109 | CF000233 |
| ARELLANES | GUADALUPE | 00000116 | CF000254 |
| ARIZZO | ROBIN M | 00000130 | CF000223 |
| BALDWIN | ELIZABETH L | 00000161 | CF000004 |
| BALL | CYNTHIA K | 00005807 | CF000182 |
| BALLARD | MASON C | 00000185 | CF000278 |
| BARNES | CHRISTINE L | 00000222 | CF000033 |
| BARNES | NICOLE S | 00000239 | CF000050 |
| BARRY | KATHRYN A. | 00000260 | CF000196 |
| BARTOLOME | RAY R. | 00000277 | CF000079 |
| BASQUE | CHRIS A | 00005876 | CF000163 |
| BEASLEY | THOMAS L. | 00000307 | CF000047 |
| BELLACOSA | DIANNE S. | 00000321 | CF000192 |
| BELLORA | TIMOTHY J. | 00005968 | CF000088 |
| BERRY | NANCY T | 00006026 | CF000268 |
| BILELLO | THERESA A | 00000376 | CF000285 |
| BLAKE | JENNIFER LYNN | 00000383 | CF000133 |
| BOMERSBACK | RYAN | 00000406 | CF000293 |
| BONNER | SONSARAY S | 00006132 | CF000181 |
| BOUDREAUX | MICHELLE | 00000413 | CF000072 |
| BOYD | SHARON C | 00006163 | CF000244 |
| BOYLE | JENNIFER L | 00000437 | CF000198 |
| BROUILLETTE | CHRISTINE B. | 00000468 | CF000256 |
| BROWN | JENNIFER L | 00006231 | CF000118 |
| BRUDERMAN | JOSEPH | 00006248 | CF000120 |
| BRYANT | KIMBERLY A | 00006279 | CF000130 |
| BUBARIS | JOAN | 00000499 | CF000206 |
| BUCHANAN | STACEY A | 00000505 | CF000235 |
| BUCKLER | KATIE | 00006309 | CF000095 |
| BUDD | EDWARD | 00000529 | CF000074 |
| BUTLER | LAURA | 00000550 | CF000157 |
| CAGLIOTI | LORA C. | 00000567 | CF000084 |
| CALLAHAN | CATHERINE M | 00000574 | CF000252 |
| CANE | FLORDELIZA | 00006422 | CF000090 |
| CARDLE | DANIEL MARCUM | 00000604 | CF000227 |
| CARRERA | LUIS | 00006439 | CF000032 |
| CASTILLO | EVA A. | 00000666 | CF000183 |
| CASTILLO | RHONDA M | 00006477 | CF000305 |
| CASTLESON | LINDA A | 00000673 | CF000283 |
| CASTRO | MAYRA H. | 00000680 | CF000333 |
| CHACON | FRANCES | 00006521 | CF000148 |
| CHALLONER | SHELLEY VALETTE | 00000741 | CF000216 |

| | | | |
|---|---|---|---|
| CHAN | JOHN | 00000765 | CF000242 |
| CHAUVIN | BRANDI D | 00000789 | CF000122 |
| CHILDRESS | JOBY R | 00000833 | CF000083 |
| CHING | ELLEN Y | 00006637 | CF000140 |
| CHIROS | BELINDA V | 00006651 | CF000255 |
| CHIRRICK | LISA J | 00006668 | CF000213 |
| CHOW | CHARMAINE WAI MING | 00006675 | CF000234 |
| CHUNG | SUMIKO Y | 00000857 | CF000191 |
| CIAMPI | JENNIFER JEAN | 00006705 | CF000017 |
| CIARELLA | JOSEPH V. | 00000888 | CF000146 |
| CLEARY | GEORGE ANTHONY | 00006743 | CF000168 |
| COLLINGWOOD | MIRANDA D | 00006774 | CF000200 |
| COLLINS | TIFFANY CHENG | 00000895 | CF000284 |
| COLOCADO | SUZANNE M | 00000918 | CF000287 |
| COMBS | GEOFFREY A | 00000925 | CF000049 |
| CORDOVA | MARISOL | 00000956 | CF000340 |
| COTE | JEFFREY D | 00000994 | CF000110 |
| COURTER | LISA JEAN | 00001007 | CF000274 |
| COUTEE | GEORGIA Y. | 00001014 | CF000186 |
| COVINGTON | JASON B | 00001021 | CF000195 |
| CRAWFORD | LISA L | 00006934 | CF000150 |
| CRAWFORD | JAMES MICHAEL | 00001038 | CF000310 |
| DAIN | STEPHANIE D | 00001052 | CF000035 |
| DAMER | JOHN E | 00001076 | CF000064 |
| DANEMAN | THERESA L | 00006958 | CF000201 |
| DAVIS | ELYN M. | 00001106 | CF000131 |
| DE FAZIO | YOLANDA E. | 00001120 | CF000099 |
| DELHAYE | VICKY R. | 00001151 | CF000312 |
| DELISO | ANTHONY | 00001168 | CF000217 |
| D'ESPOSITO | SALVATORE | 00007054 | CF000240 |
| DETRICK | LEE S | 00001175 | CF000023 |
| DEVINE | TERRANCE T. | 00001182 | CF000042 |
| DOHERTY | KATHLEEN | 00001212 | CF000225 |
| DONEGAN | MIGNON P. | 00001229 | CF000328 |
| DORSEY | JILL M | 00001236 | CF000311 |
| DOWNEY | MICHAEL | 00001250 | CF000226 |
| DRAPER | PAULA | 00001267 | CF000304 |
| DRISKELL | RONALD WAYNE | 00001274 | CF000144 |
| DULL | KIMBERLY M | 00001281 | CF000125 |
| DUNPHY | TERRELL C. | 00001298 | CF000194 |
| EARP | PETER A. | 00007221 | CF000001 |
| ELLIOTT | MELISSA I. | 00001335 | CF000051 |
| ENGELBRECHT | ROBIN K. | 00001359 | CF000039 |
| EPLER | JASON E | 00007276 | CF000061 |
| ESCALONA | MARIA DEL MAR | 00001366 | CF000279 |
| FENDON | TUCKER G | 00007368 | CF000158 |
| FENG | GRACE J | 00001403 | CF000300 |
| FERGUSON | KATHRYN S | 00001427 | CF000338 |
| FISHER | JANA LYN | 00007399 | CF000187 |
| FONG | KAREN A. | 00007412 | CF000082 |
| FRANTZ | STEVEN COLE | 00007429 | CF000218 |
| FRISCIA | JOSEPH | 00001458 | CF000107 |

| | | | |
|---|---|---|---|
| GAROMON | WILLIAM J | 00001526 | CF000243 |
| GAUL | ELISABETH | 00007542 | CF000193 |
| GAULKE | JAMES C | 00001533 | CF000205 |
| GETZ | ROBERT E | 00001557 | CF000177 |
| GHOLSON | KAREN RAE | 00007580 | CF000257 |
| GIGLIO | DAWN | 00001564 | CF000248 |
| GILL | GAIL | 00007603 | CF000222 |
| GLOSHEN | BRAEDI J | 00007641 | CF000002 |
| GORSUCH | MARK ALAN | 00007696 | CF000135 |
| GOSS | AMY E | 00001663 | CF000261 |
| GRANEY | JODI N. | 00001670 | CF000318 |
| GRECO | RONALD J | 00001687 | CF000269 |
| GREEN | CAROL A. | 00001694 | CF000199 |
| GREY | JILL L. | 00001700 | CF000303 |
| GUNN | TEON T | 00007757 | CF000189 |
| GUNTER | BETSEY B | 00007764 | CF000253 |
| GUPTA | SHAILY | 00001748 | CF000104 |
| HAILE | MONICA E. | 00001779 | CF000231 |
| HALL | MARK J. | 00007801 | CF000337 |
| HANNEMANN | TASSY A | 00001786 | CF000289 |
| HANUS JR | CHARLES Z | 00007832 | CF000179 |
| HARDWICK | DEANA M. | 00007849 | CF000228 |
| HARNEY | ANN F | 00001809 | CF000327 |
| HARRIGER | LAURIE A. | 00001816 | CF000018 |
| HASTINGS | MATTHEW R | 00007900 | CF000098 |
| HAVENS | TRACI B | 00001854 | CF000220 |
| HAYES | ANDREW PHILIP | 00007948 | CF000247 |
| HAYWOOD | DEBRA LYNN | 00001861 | CF000014 |
| HEBERT | DIANE A. | 00001885 | CF000341 |
| HELGESEN | WINSTON P | 00001892 | CF000006 |
| HENDRICKSON | MICHAEL A | 00001908 | CF000106 |
| HEPFL | VERA ANNE | 00007986 | CF000302 |
| HILL | RITA SUE | 00008044 | CF000008 |
| HILL | NIKKI J | 00001939 | CF000291 |
| HINGE | JACQUELINE J. | 00008051 | CF000315 |
| HOAG | ASHLEY A. | 00001977 | CF000272 |
| HORNE | JENNIFER A | 00002035 | CF000265 |
| HUCK | KAREN L | 00002073 | CF000024 |
| IMHAUS | MELISSA JOAN | 00002097 | CF000041 |
| INAGAKI | JILL K. | 00002103 | CF000164 |
| IVEY | TIMOTHY | 00002134 | CF000330 |
| IVY | ZELDA M | 00002141 | CF000151 |
| JACKSON II | LAWRENCE | 00002165 | CF000160 |
| JACOBSEN | LAURA M. | 00002189 | CF000096 |
| JAEGER | JOHN A. | 00002196 | CF000053 |
| JAMES | MICHELLE LEA | 00008242 | CF000207 |
| JANG | KATELYN J | 00002202 | CF000093 |
| JEFFREY | ANITA M. | 00002219 | CF000136 |
| JENKINS | MICHELLE S | 00002226 | CF000123 |
| JOHNSON | LISA B | 00008327 | CF000020 |
| JONES | JEAN E | 00002264 | CF000288 |
| JOYNER | JOAN E | 00002288 | CF000045 |

| | | | |
|---|---|---|---|
| KELLEY | COLLEEN RIELE | 00002318 | CF000142 |
| KELLY | ROBERT B | 00002370 | CF000154 |
| KENNEDY | JAMES GERALD | 00008495 | CF000155 |
| KENNY | KATHLEEN R | 00002387 | CF000137 |
| KEVARI | JANICE R | 00002394 | CF000016 |
| KILTS | KARA R. | 00002400 | CF000126 |
| KING | SALLY J | 00008556 | CF000112 |
| KLEIN | JASON JOHN | 00008587 | CF000281 |
| KLING | ANDREW P | 00002448 | CF000071 |
| KOHL | JAMES C | 00002479 | CF000323 |
| KOLODY | JULIE V | 00002486 | CF000219 |
| KRAKOVSKY | JENNIFER M. | 00002516 | CF000113 |
| KUEHNERT | SHELLEY L | 00002547 | CF000034 |
| LADWIG | SHARON L | 00002585 | CF000152 |
| LAMB SIDELL | CHRISTINA KATHRYN | 00008785 | CF000286 |
| LANCASTER | LISA A | 00002615 | CF000080 |
| LANFORD | LISA F | 00002622 | CF000343 |
| LANGE | AMY E | 00002639 | CF000197 |
| LAU | AMY K | 00002646 | CF000145 |
| LAZAR | SANDRA S | 00008860 | CF000062 |
| LEMANSKI | JANE M | 00002691 | CF000048 |
| LIM | TOMMY | 00002769 | CF000149 |
| LIMPIC | MARSHALL S | 00002783 | CF000005 |
| LIN | JEANNY | 00002790 | CF000165 |
| LINDHOUT | THERESE R | 00009010 | CF000322 |
| LIN-FRISS | JULIE C. | 00002813 | CF000211 |
| LORENSEN | CANDIS A | 00009072 | CF000138 |
| LOVE | DIANA S | 00002844 | CF000066 |
| LUCAS | LANE MICHAELE | 00009126 | CF000314 |
| LYNCH | PETER A | 00002875 | CF000271 |
| MA | SANDY | 00002882 | CF000086 |
| MAASEN | CHERI A. | 00002899 | CF000324 |
| MACIVER | VALERIE F | 00009195 | CF000031 |
| MAHLER | DUSTIN L | 00009218 | CF000108 |
| MAHONEY | STEPHEN ZACHARY | 00009225 | CF000116 |
| MALONE | MOLLY M. | 00002912 | CF000339 |
| MANKIN | GABRIELLE A | 00002936 | CF000054 |
| MARLETTE | JODI K | 00002974 | CF000175 |
| MAROON | STEVEN JON | 00002981 | CF000101 |
| MARTIN | RYAN A | 00003001 | CF000068 |
| MARTORELLI JR. | JOSEPH | 00003018 | CF000176 |
| MATARESE | RHONDA M. | 00003025 | CF000162 |
| MATTEUCCI JR. | THOMAS J | 00003032 | CF000030 |
| MC CLINE | RHONDA K. | 00009331 | CF000185 |
| MC CRUM | DEBORAH A. | 00003056 | CF000092 |
| MCALISTER | SCOTT PATRICK | 00003070 | CF000027 |
| MCCARTHY | ROBERT W | 00009362 | CF000309 |
| MCCONNELL | ANGIE L. | 00003100 | CF000019 |
| MCDERMOTT | JANET A | 00003117 | CF000081 |
| MCGLYNN | NANCY JEANNE | 00009423 | CF000249 |
| MCLAUGHLIN | THOMAS O | 00003155 | CF000258 |
| MEISNER | GRACE ELAINE | 00009485 | CF000317 |

| | | | |
|---|---|---|---|
| MILLER | EDITH J | 00003254 | CF000238 |
| MILLER | LUANNE D | 00003278 | CF000246 |
| MILLER | ELAINE A | 00003261 | CF000326 |
| MILLS | CHRYSTINE D. | 00003285 | CF000073 |
| MIN | SARUN | 00003315 | CF000143 |
| MIRACLE | KELLY A. | 00003339 | CF000169 |
| MITCHELL | ROY L | 00003346 | CF000060 |
| MITRA | MARGARET A | 00003353 | CF000046 |
| MORRIS | PAMELA A | 00003407 | CF000166 |
| MULLINGS | BEVERLEY | 00003414 | CF000147 |
| MULVIHILL | ROBERT F. | 00003438 | CF000012 |
| NAMURA | JULIE A | 00003469 | CF000224 |
| NAYLOR | TAMARA L | 00003490 | CF000085 |
| NGO | TRAN HANG | 00009751 | CF000313 |
| NIEBLAS | KIMBERLY I | 00009775 | CF000056 |
| NIEHAUS | NICHOLAS | 00003520 | CF000159 |
| NOLIDIN | CORNELIUS J. | 00003537 | CF000007 |
| NOTTINGHAM | LESLIE M | 00009799 | CF000320 |
| OLDENSKI | KENNETH J. | 00003582 | CF000209 |
| O'LEARY | HEATHER DAWN | 00009836 | CF000280 |
| ORR | RENORA L. | 00003599 | CF000044 |
| ORTIZ | MARTIN I | 00003612 | CF000210 |
| PACKMAN | KAREN S. | 00003629 | CF000025 |
| PAGNOTTA | BARBARA A | 00009935 | CF000052 |
| PALUSZEK | CHARLES J. | 00009942 | CF000173 |
| PARAVASTU | SREERANJINI | 00003636 | CF000321 |
| PASQUALE | RYAN DOUGLAS | 00009973 | CF000022 |
| PAYNE | CHERYL LYNN | 00010009 | CF000203 |
| PAYNE | CHAD E. | 00003650 | CF000332 |
| PETERSEN | BRUCE F | 00010054 | CF000335 |
| PITARYS | DIANNE K | 00003735 | CF000294 |
| POLITANO | RHYAN O. | 00010139 | CF000028 |
| PORRAS | STEPHANI | 00003766 | CF000275 |
| POWELL | DARYL | 00010153 | CF000069 |
| PRICE | CARA A | 00003780 | CF000264 |
| PROSSER | ROBIN S. | 00003803 | CF000260 |
| PUGH | WILLIAM N | 00003810 | CF000167 |
| PULIDO | MARTHA R | 00003827 | CF000059 |
| RADTKE | NICHOLAS G | 00010238 | CF000057 |
| RAGSDALE | KRISTINE O | 00003865 | CF000204 |
| RAI | SANDHYA | 00003889 | CF000336 |
| RAMOS | ANNA L | 00003902 | CF000009 |
| RENZULLI | VALERIE A | 00003957 | CF000316 |
| RIABOV | GREGORY | 00010382 | CF000015 |
| RICHARDS | ROBERT J | 00010405 | CF000277 |
| ROBINSON | KATHRYN ANN-LANGE | 00004008 | CF000282 |
| RODRIGUEZ | IVANNIA M. | 00010443 | CF000184 |
| ROHLOFF | SARA C | 00004053 | CF000212 |
| ROWE | MEREDICE C | 00004077 | CF000345 |
| RUBEL | NATALIE A | 00004084 | CF000038 |
| SAFAIE | MIKE | 00004107 | CF000178 |
| SAKOWSKI | AMY K | 00010597 | CF000270 |

| | | | |
|---|---|---|---|
| SAMPSON | ELISABETH BUCKINGHAM | 00010603 | CF000266 |
| SANCHEZ | JEANNINE VICTORIA | 00004121 | CF000161 |
| SATHIENVANTANEE | KANIN | 00004176 | CF000153 |
| SAVAGE | SHELLY | 00004183 | CF000075 |
| SAWYER | LUISANA R | 00004206 | CF000026 |
| SAYLES-NORTHERN | VICTORIA L. | 00004213 | CF000036 |
| SCHAD | AIMEE R. | 00004244 | CF000063 |
| SCHMIT | KILEY DEAN | 00010719 | CF000114 |
| SCHNEIDER | AMANDA J | 00004282 | CF000236 |
| SCHRIVER | MICHELLE A | 00010740 | CF000037 |
| SCHUCK | CATHIE M | 00004305 | CF000230 |
| SCHWARTZ | SAMUEL | 00010764 | CF000065 |
| SCORDO | JAMES J. | 00010771 | CF000097 |
| SCOTT | BRYANT | 00004329 | CF000129 |
| SEAROCK | MICHAEL A | 00010795 | CF000276 |
| SEIFRING JR. | DANIEL D | 00004343 | CF000156 |
| SESNON | ALICE B | 00004350 | CF000070 |
| SHEPPARD | GERALDINE | 00004398 | CF000262 |
| SHERIDAN | PAUL K | 00004411 | CF000308 |
| SHIDOOSH | BAHRAM | 00004428 | CF000295 |
| SIDERS | DOREEN B. | 00010849 | CF000202 |
| SIGMAN | JOAN R. | 00004442 | CF000267 |
| SILER | BRANDON JAMES | 00010863 | CF000055 |
| SIM | JAEMIN J | 00004459 | CF000115 |
| SIRAGUSA | TONI M | 00004473 | CF000132 |
| SKOGEN | CONNIE K. | 00004497 | CF000237 |
| SLOCUM | MARK J | 00004503 | CF000043 |
| SLOTER | DOUGLAS D | 00004510 | CF000290 |
| SMITH | NANCY ANN | 00004527 | CF000306 |
| SOLBERG | ADAM W. | 00010948 | CF000003 |
| SPATARO | STEPHANIE | 00010955 | CF000245 |
| STAPLETON | ANTHONY J | 00004596 | CF000172 |
| STEINKAMP | TANYA LYNN | 00004602 | CF000342 |
| STICKNEY | MINDY D | 00004619 | CF000331 |
| STORM | HOWARD L. | 00004626 | CF000188 |
| STYRNA | KASEY LYNN | 00004664 | CF000100 |
| SULLIVAN | ERIN M. | 00004688 | CF000040 |
| SULLIVAN | NATALIE | 00004718 | CF000232 |
| SUNDSTROM | PETER R | 00011099 | CF000180 |
| SYPHERS | LORI L | 00004749 | CF000190 |
| SYRCHER | MICHELLE YVETTE | 00011136 | CF000021 |
| TAN | CUI ZHU | 00004763 | CF000241 |
| TEET | ALICIA D | 00004800 | CF000221 |
| THEDER | MARIE M. | 00004824 | CF000010 |
| THERIAULT | SHAWNA L | 00004831 | CF000229 |
| THOMPSON | SONJA DENEE | 00011228 | CF000171 |
| THORNTON | STEVEN | 00004855 | CF000214 |
| THURMAN II | KIM | 00004862 | CF000299 |
| TIBBETTS | GRETA | 00011242 | CF000250 |
| TODD | CHRISTINA M. | 00004886 | CF000011 |
| TOMLINSON | ANGELA C | 00004893 | CF000078 |
| TRENT | MELODY D | 00011327 | CF000215 |

| | | | |
|---|---|---|---|
| TREVINO | DEANNA | 00011334 | CF000273 |
| TRUESON | MICHAEL JACOB | 00011341 | CF000263 |
| TSE | EDITH M. | 00004923 | CF000141 |
| VALENTI | STEPHEN JOSEPH | 00011402 | CF000105 |
| VANEKELENBURG | ERIC W | 00004985 | CF000089 |
| VARGAS | NICHOLAS P | 00004992 | CF000029 |
| VENETUCCI | VINCENT | 00005005 | CF000325 |
| VERPENT | MARIANNE | 00005012 | CF000124 |
| VIGIL | MATTHEW D. | 00005036 | CF000119 |
| VOLPP | ANDREW | 00011518 | CF000170 |
| WAITE | JAMES D | 00005074 | CF000013 |
| WANG | KUANG | 00005111 | CF000103 |
| WEINTRAUB | CAROL S | 00005135 | CF000301 |
| WEIR | SHANIA | 00005142 | CF000174 |
| WEST | AURIELLE NICHOLE | 00011648 | CF000128 |
| WETMORE | JANET S | 00005159 | CF000058 |
| WHALEN | MEGAN L | 00005166 | CF000208 |
| WHITE | DANIEL A. | 00011679 | CF000067 |
| WHORTON | DAVID G. | 00011716 | CF000076 |
| WICK | MICHAEL G | 00005180 | CF000344 |
| WILHELM | DEREK J | 00011730 | CF000127 |
| WILLIAMS | RICHARD E. | 00005203 | CF000087 |
| WILLIAMS | JOY L. | 00005197 | CF000091 |
| WILLIAMS | MARY A. | 00011754 | CF000298 |
| WOJCEICHOWSKI | JO-ANN | 00005265 | CF000102 |
| WONG | PHOEBE P. | 00005296 | CF000307 |
| WOO | NICHOLAS R. | 00005302 | CF000094 |
| WRIGHT | JODY L | 00011839 | CF000334 |
| WU | JESSICA C | 00005364 | CF000139 |
| YANKACY | LENORA E | 00005388 | CF000117 |
| YIU | JESSICA | 00005395 | CF000296 |
| YU | TONY JUINN-YU | 00011914 | CF000111 |
| ZODY | MARK L | 00005470 | CF000077 |
| ZUNIGA | ALFONSO R. | 00005487 | CF000109 |