# EXHIBIT B

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 5-5 may.5. , 2008, at Cupertino. , California .
(city)                    (state)

Ishmael A-abu                    Ishmael Abdul
(Signature)                       ISHMAEL T. ABDUL

‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 508
* 0 0 0 0 5 5 0 0 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _May 23_, 2008, at _____San Francisco,_____    _____California_____.
                                    (city)                (state)

_____    _____
(Signature)                                  DANA ABOUD

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 509
* 0 0 0 0 5 5 1 7 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on __5/29__, 2008, at __Scottsdale__, __Arizona__ .
　　　　　　　　　　　　　　　　　　(city)　　　　　　　　(state)

__Ruth Abraham__

(Signature)

__Ruth K. Abraham__

RUTH K ABRAHAM

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on ___June 3___, 2008, at ___San Francisco___, ___CA___.
                            (city)               (state)

_____      BRIAN ACARD
(Signature)

                                                           BRIAN D. ACARD

00000024 - 002

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 5/11, 2008, at _____Lithia_____, _____Florida_____.
(city)                    (state)

(Signature) *Jeffry Ackler*                    JEFFREY ACKLER



- 003

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on __5/19__, 2008, at __MIAMISBURG__, __OHIO__.
                                  (city)                    (state)

_____                    _____
(Signature)                                   AFETSI E AIDAM

*00005579* - 511

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on ___05/12___, 2008, at ___Cincinnati___, ___Ohio___.
                     (city)           (state)

_____      _____
(Signature)                        CHERIF S AIDARA

‖‖‖‖‖‖‖‖‖‖‖‖‖ - 512
* 0 0 0 0 5 5 8 6 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _June 10,_ 2008, at _____Miami_____, _____Florida_____.
　　　　　　　　　　　　　　　　　(city)　　　　　　　　(state)

_____　　　　_____
(Signature)　　　　　　　　　　　　　　　MARIA E ALESSANDRI

*00000055* - 005

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on MAY 22, 2008, at Winston-Salem    No Carolina                .
　　　　　　　　　　　　　　　 (city)　　　　　　　　　(state)

_Martha C. Apple_                    Martha C. Apple
(Signature)                          MARTHA C. APPLE

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 5/19, 2008, at ___Albuquerque___, ___N M___
                               (city)                (state)

_____    _____
(Signature)    GUADALUPE ARELLANES

║█║▌║█║▌║█║║▌║█║║▌║█║ - 010
* 0 0 0 0 0 1 1 6 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _May 20_, 2008, at _Morganville_, _New Jersey_.
                               (city)               (state)

_____                              _____
(Signature)                                          ROBIN M ARIZZO

011

2

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 5/5 , 2008, at _Milwaukee_ , _Wisconsin._ .
                                   (city)                     (state)

_____
(Signature)

                                                    Elizabeth Baldwin
                                                    ELIZABETH L BALDWIN

*00000161* - 013

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on __5/12__, 2008, at __Maidens_____, __Virginia_____.
                                (city)                      (state)

__Cynthia K Ball_____                    _____
(Signature)                                   CYNTHIA K BALL

- 524

*00005807*

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed **5/28** , 2008, at **Naples**_____, ___**FL**_____.
(city)                                (state)

*Mason C. Ballard*
_____
(Signature)                               MASON C BALLARD



- 001

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on __5/6__, 2008, at __Portland_____, __Oregon_____.
                               (city)                (state)

_____        _____
(Signature)                             CHRISTINE L BARNES


- 019
* 0 0 0 0 0 2 2 2 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _5\5_ , 2008, at _Delray Beach_ , _Florida_ .
                                     (city)              (state)

_Nicole Barnes_

(Signature)                                     NICOLE S BARNES


- 020

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on **5|15**____, 2008, at _Redwood City,_____, _California_____.
                                        (city)                    (state)

_Kathryn Barry_____                    _____
(Signature)                                KATHRYN A. BARRY

║█║▌║█║▌║▌║█║▌║█║▌║ - 023
* 0 0 0 0 0 2 6 0 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on __5/8__, 2008, at __SOUTHFIELD__, __MICHIGAN__.
                                    (city)                (state)

_____          _____
(Signature)                       RAY R. BARTOLOME

*00000277* - 024

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 5|10 , 2008, at Phoenix , AZ .

                               (city)                       (state)

(Signature)

CHRIS A BASQUE

‖‖‖‖‖‖‖‖‖‖ - 526
* 0 0 0 0 5 8 7 6 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on __5/7__, 2008, at __Beachwood__, __Ohio__.
                                        (city)                    (state)

_____                    _____
(Signature)                                  THOMAS L. BEASLEY

- 027

2

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on ___5/16___ , 2008, at ___SCARSDALE___ , ___NEW YORK___ .
　　　　　　　　　　　　　　　　　　(city)　　　　　　　　(state)

___Dianne S. Bellacosa___　　　　　___DIANNE  S.  BELLACOSA___
(Signature)

　　　　　　　　　　　　　　　　　DIANNE S. BELLACOSA

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 029
* 0 0 0 0 0 3 2 1 *

2

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _May 6_, 2008, at _____Albany_____, _N Y_____.
(city)                    (state)

_____                    _____
(Signature)                              TIMOTHY J. BELLORA

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 531
* 0 0 0 0 5 9 6 8 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 05/27, 2008, at _Sugar Land_, _Texas_ .
　　　　　　　　　　　　　　(city)　　　　　　　(state)

_Nancy Berry_　　　　　　　　_Nancy T. Berry_
(Signature)　　　　　　　　　NANCY T BERRY

‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 535
* 0 0 0 0 6 0 2 6 *

2

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _May 30_, 2008, at _Old Bethpage_, _New York_.
<br>(city) (state)

_Theresa Bilello_
<br>(Signature)

_Theresa A. Bilello_
<br>THERESA A BILELLO

║█║█║█║█║█║█║█║█║█║█║ - 034
<br>* 0 0 0 0 0 3 7 6 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on __5 /10__, 2008, at __Charlotte__, __NC__.
                                     (city)              (state)

_____        _____
(Signature)                                   JENNIFER LYNN BLAKE

 - 035

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _5/28_, 2008, at _Long Beach_, _CA_.
                              (city)                    (state)

_____          Ryan Bomersback
(Signature)                      RYAN BOMERSBACK

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 002
* 0 0 0 0 0 4 0 6 *

2

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _MAY 15_, 2008, at _Carlsbad_, _California_.
                              (city)             (state)

_(signature)_                                         SONSARAY S BONNER

▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌ - 542
* 0 0 0 0 6 1 3 2 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on __5|8__, 2008, at __Luling_____, __Louisiana_____.
                              (city)                    (state)

*Michelle Boudreaux*
(Signature)                              _____
                                         MICHELLE BOUDREAUX

*00000413* - 038

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 5/19 , 2008, at _Scarsdale_ , _New York_ .
(city)                (state)

_Sharon C Boyd_                _SHARON C BOYD_
(Signature)                    SHARON C BOYD

|||||||||||||||||||||||||||||||||| - 544
* 0 0 0 0 6 1 6 3 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _____May 16_____, 2008, at ____Scottsdale____, _____Arizona_____.
                                        (city)                        (state)

_Jennifer Boyle_
(Signature)                                       JENNIFER L BOYLE

‖‖‖‖‖‖‖‖‖‖‖‖‖ - 040
* 0 0 0 0 0 4 3 7 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on May 19th, 2008, at _____Orlando_____, _____Florida_____.
                                    (city)                (state)

_____          _____Adel Aiken-Brewster_____
(Signature)                    ADEL M AIKEN-BREWSTER

- 513

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on MAY/8, 2008, at Spokane Valley , WASHington .
                                           (city)                       (state)

(Signature)

CHRISTINE B. BROUILLETTE

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 002
* 0 0 0 0 0 4 6 8 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on ___May___, 2008, at ___New York___, ___New York,___ .
                                  (city)              (state)

_____         Jennifer L. BROWN
(Signature)                               JENNIFER L BROWN

‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 547
* 0 0 0 0 6 2 3 1 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on May 7th, 2008, at New York                    , New York                    .
                                 (city)                       (state)

_____          _____
(signature)                                                        JOSEPH BRUDERMAN

║█║██║█║█║█║█║█║█║█║█║██║█║ - 548
* 0 0 0 0 6 2 4 8 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on <u>May 12</u>, 2008, at <u>FortWorth</u>, <u>Texas</u>.
                                   (city)                              (state)

_____          _____
(Signature)                                                  KIMBERLY A BRYANT

‖‖‖‖‖‖‖‖‖‖‖‖‖ - 550
* 0 0 0 0 6 2 7 9 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 5/15 , 2008, at St. James , NY .
                                  (city)                     (state)

(Signature)                                         JOAN BUBARIS

*00000499* - 046

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on __May 9__, 2008, at ___Dallas___, ___Texas___.
                        (city)           (state)

__Stacey A Buchanan__        __Stacey A. Buchanan__
(Signature)                     STACEY A BUCHANAN

    *Beatey*              Stacey A. Beatey
   (married name)

*00000505* - 047

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 5/9 , 2008, at Waterford , New York .
(city)              (state)

_____                    Edward J. Budd Jr.
(Signature)                                 EDWARD BUDD

*00000529* - 049

2

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on May 6 , 2008, at Schaumburg , Illinois .
                                       (city)                  (state)

_____          _____
(Signature)                              KATIE BUCKLER

|||||||||||||||||||||||||| - 551
* 0 0 0 0 6 3 0 9 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 7th of May, 2008, at San Luis Obispo, CA.
(5/7/08)
                   (city)           (state)

(Signature)                       LAURA BUTLER

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 052
* 0 0 0 0 0 5 5 0 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on May 6, 2008, at Garden City, New York.

(city)    (state)

*Lora Caglioti*
(Signature)

Lora Caglioti
LORA C. CAGLIOTI

*00000567* - 053

2

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _May 6_, 2008, at _Manchester_, _New Hampshire_.
                                              (city)            (state)

_____              _____
(Signature)                               CATHERINE M CALLAHAN

054

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on <u>May 8</u>, 2008, at <u>Grand Prairie</u>, <u>Texas</u>.
            (city)                    (state)

<u>Flordeliza Cane</u>                    Flordeliza Cane
(Signature)                             FLORDELIZA    CANE

                                        FLORDELIZA CANE

- 556
* 0 0 0 0 6 4 2 2 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _May 19_, 2008, at ___Windsor___, ___CA___.
                                       (city)                  (state)

_Daniel Cardle_
(Signature)                                               DANIEL MARCUM CARDLE

‖‖‖‖‖‖‖‖‖‖‖ - 057
* 0 0 0 0 6 0 4 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on MAY 5th, 2008, at PALM SPRINGS , CALIFORNIA .
                                         (city)                         (state)

_____          LUIS CARRERA
(Signature)                               LUIS CARRERA

║║║║║║║║║║║║║║║║║ - 557
* 0 0 0 0 6 4 3 9 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _5/12_, 2008, at _El Paso_, _Texas_.

                      (city)              (state)

_____
(Signature)                                                            EVA A. CASTILLO

|||||||||||||||||||||||||| - 062
* 0 0 0 0 0 6 6 6 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on ___5/8___, 2008, at __Santa Barbara__     __CA__ .
                                    (city)                    (state)

_____
(Signature)                                    RHONDA M CASTILLO

║█║█║█║█║█║█║█║█║ - 559
* 0 0 0 0 6 4 7 7 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on May 12, 2008, at ___Orlando___, ___Florida___.
                                   (city)                 (state)

_____        _____
(Signature)                               LINDA A CASTLESON

*00000673* - 063

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on ___5/28___, 2008, at ___Menlo Park___, ___California___.
                                              (city)                          (state)

_____                    _____
(Signature)                                                          MAYRA H. CASTRO

|||||||||||||||||||||||||||||| - 064
* 0 0 0 0 0 6 8 0 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _____9_____, 2008, at ___Orangevale___    ___CA___.
                                         (city)              (state)

_____              *Frances Chacon*
(Signature)                                   FRANCES CHACON

‖‖‖‖‖‖‖‖‖‖‖‖ - 562
* 0 0 0 0 6 5 2 1 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM