EXHIBIT C

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on **5/15** , 2008, at *Mt. Pleasant* , *South Carolina* .
(city)                              (state)

*Shelley V. Challoner*                     _____
(Signature)                              SHELLEY VALETTE CHALLONER

*00000741* - 068

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _____, 2008, at ___San Francisco___     ___CA___.
                                (city)                              (state)

_____         _____
(Signature)                                 JOHN CHAN

*00000765* - 070

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 05/06, 2008, at ___Anchorage___, ___Alaska___.
                      (city)         (state)

___Brandi___

(Signature)

___Brandi D. Chauvin___

BRANDI D CHAUVIN

‖‖‖‖‖‖‖‖‖‖‖ - 072
* 0 0 0 0 0 7 8 9 *

2

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on May 6, 2008, at Greenwood Vlg, Colorado.
(city)                    (state)

Joby Childress
(Signature)

Joby R Childress
JOBY R CHILDRESS

*00000833* - 077

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on ___5/8___, 2008, at ___San Francisco___, ___CA___ .
                                (city)                (state)

_____           _____
(Signature)                               ELLEN Y CHING

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 566
* 0 0 0 0 6 6 3 7 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on May 19, 2008, at _Albuquerque_, _New Mexico 87110_.
(city)      (state)

_Belinda V. Chiros_
(Signature)

BELINDA V. Chiros
BELINDA V CHIROS

*00006651* - 568

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 5|19 , 2008, at _Reno_____, _Nevada_____.
                                        (city)                              (state)

_____          _____
(Signature)                               LISA J CHIRRICK

- 569
* 0 0 0 0 6 6 6 8 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on __5/22__, 2008, at __ARCADIA__, __CALIFORNIA__.
                                  (city)                       (state)

____Charmaine____            CHARMAINE WAI MING Chow
(Signature)                            CHARMAINE WAI MING CHOW

|||||||||||||||||||||||||| - 570
* 0 0 0 0 6 6 7 5 *

2

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on __5|5__, 2008, at __Redondo Beach__, __California__.
                                          (city)                              (state)

_____                    _____
(Signature)                                                SUMIKO Y CHUNG

*00000857* - 079

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 5/5 , 2008, at _CHArlottc_, _N.C_ .
　　　　　　　　　　　　　　(city)　　　　　　　　(state)

_Jennifer Ciampi_　　　　　　　　JENNIFER JEAN CIAMPI
(Signature)

‖‖‖‖‖‖‖‖‖‖‖‖‖ - 572
* 0 0 0 0 6 7 0 5 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on MAY 13, 2008, at Houston , Texas .
(city)                     (state)

Joseph V. Ciarella
(Signature)

Joseph V. Ciarella
JOSEPH V. CIARELLA

KIERTI K BANSIE
My Commission Expires
June 7, 2008

5-12-2008

* 0 0 0 0 0 8 8 8 * - 080

2

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on May 12 , 2008, at Aliso Viejo , California .
                            (city)              (state)

_____
(Signature)

George Anthony Cleary
GEORGE ANTHONY CLEARY

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 575
* 0 0 0 0 6 7 4 3 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _May 16_, 2008, at _Honolulu_____ , _HI_____.
                             (city)              (state)

_____       _____
(Signature)                         MIRANDA D COLLINGWOOD

‖‖‖‖‖‖‖‖‖‖‖‖‖ - 578
* 0 0 0 0 6 7 7 4 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _May 18_, 2008, at ___Downey___ , ___California___ .
                              (city)                           (state)

_____          _____
(Signature)                                                            TIFFANY CHENG COLLINS

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 081
* 0 0 0 0 0 8 9 5 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on June 3, 2008, at ___Portland___, ___Oregon___.
                                    (city)              (state)

___Suzanne M Colocado___          ___Suzanne M Colocado___
(Signature)                        SUZANNE M COLOCADO

*00000918* - 083

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 5/6 , 2008, at _Seattle_ , _Washington_ .
                              (city)              (state)

_(Signature)_                         GEOFFREY A COMBS

- 084

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on **6-2-**, 2008, at _____Miami_____, _____Florida_____.
                                    (city)              (state)

_____              _____Marisol Cordova_____
(Signature)                            MARISOL CORDOVA

||||| |||| ||| ||||| ||| |||| ||| - 087
* 0 0 0 0 0 9 5 6 *

2

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on MAY 8 , 2008, at ___SANTA ROSA___ , ___CA___ .
                                              (city)                         (state)

_____          _____
(Signature)                                                              JEFFREY D COTE

*00000994* - 091

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 5/27, 2008, at ___Dayton___, ___Ohio___.
                           (city)              (state)

___Lisa J Courter___                    _____
(Signature)                             LISA JEAN COURTER

*00001007* - 092

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on May 15th, 2008, at Matteson, Illinois.
                                    (city)                    (state)

(Signature)                                     GEORGIA Y. COUTEE

OFFICIAL SEAL
LISA Y BROADNAX
Notary Public · State of Illinois
My Commission Expires Oct 22, 2011

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on May 6th, 2008, at Salt Lake City , Utah .
                                              (city)                  (state)

_____           Jason B. Covington
(Signature)                              JASON B COVINGTON

‖‖‖‖‖‖‖‖‖‖‖‖ - 094
* 0 0 0 0 1 0 2 1 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on June -8 , 2008, at Houston             ,    Texas                            .
                             (city)               (state)

_____                    James Michael Crawford
(Signature)                                JAMES MICHAEL CRAWFORD

‖‖‖‖‖‖‖‖‖‖‖ - 095
* 0 0 0 0 1 0 3 8 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on May 12, 2008, at _Phoenix_____, _Arizona_____.
                                    (city)                    (state)

_Lisa L. Crawford_____        Lisa L. Crawford
(Signature)                                    LISA L CRAWFORD

|||||||||||||||||||||||||||||||| - 584
* 0 0 0 0 6 9 3 4 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on  5 / 6 , 2008, at   Baltimore ,   MD .
(city)    (state)

_____    _____
(Signature)    STEPHANIE D DAIN

*00001052* - 097

2

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on <u>May 6</u>, 2008, at <u>Chicago</u>, <u>Illinois</u>.
                                          (city)                    (state)

_____          _____
(Signature)                               JOHN E DAMER

|||||||||||||||||||||||||||| - 099
* 0 0 0 0 1 0 7 6 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 5/16_____, 2008, at Novato_____, CA_____.

(city) (state)

T.Jane_____

(Signature)

Theresa  L.  Daneman

THERESA L DANEMAN

 - 585

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on May 6 , 2008, at __Phoenix__ , __Arizona__ .
                                    (city)                    (state)

__Elyn Davis__                     __Elyn M Davis__
(Signature)                                   ELYN M. DAVIS

‖‖‖‖‖‖‖‖‖‖‖ - 102
* 0 0 0 0 1 1 0 6 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _5/8/_, 2008, at ___Chicago___, ___Illinois___.
                                    (city)              (state)

___Yolanda E. De Fazio___                    _____
(Signature)                                  YOLANDA E. DE FAZIO

- 104

2

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on ___06/05___, 2008, at ___Petaluma___, ___California___.
(city)                                    (state)

___Vicky R. Delhaye___ (signature)          _____
(Signature)                                VICKY R. DELHAYE

‖‖‖‖‖‖‖‖‖‖‖ - 106
* 0 0 0 0 1 1 5 1 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on ___May 16___, 2008, at ____Brooklyn____, ____New York____.
(city)                    (state)

_____                    ____Anthony Deliso____
(Signature)                                ANTHONY DELISO

||||||||||||||||||||||||| - 107
* 0 0 0 0 1 1 6 8 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on May 22nd, 2008, at ___New York___, ___New York___.
                                   (city)              (state)

_____    SALVATORE D'ESPOSITO
(Signature)                SALVATORE D'ESPOSITO

*00007054* - 592

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on __5/6__, 2008, at __Allentown__, __Pennsylvania__.
                              (city)                (state)

*Lee S. Detrick*
(Signature)                                     LEE S DETRICK

‖‖‖‖‖‖‖‖‖‖‖ - 108
* 0 0 0 0 1 1 7 5 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _May 6_, 2008, at _DALLAS_, _TEXAS_.
                              (city)                    (state)

_____                    TERRANCE T. DEVINE
(Signature)

‖‖‖‖‖‖‖‖‖‖‖‖‖ - 109
* 0 0 0 0 1 1 8 2 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 5/7 , 2008, at MORRISTOWN , NJ .
                                     (city)              (state)

_____                    _____
(Signature)                                  KATHLEEN DOHERTY

‖‖‖‖‖‖‖‖‖‖‖‖ - 112
* 0 0 0 0 1 2 1 2 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _____, 2008, at ___New York___, ___New York___.
(city)                        (state)

_____
(Signature)

_____
MIGNON P. DONEGAN

*00001229* - 113

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on ___6/5___, 2008, at ___Douglasville___, ___Georgia___.
                                    (city)                 (state)

___(Signature)___                                      JILL M DORSEY

‖‖‖‖‖‖‖‖‖‖‖ - 114
* 0 0 0 0 1 2 3 6 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _May 18_, 2008, at _Amityville_, _New York_.
                                                    (city)                    (state)

_____          _Michael W. Downey_
(Signature)                                              MICHAEL DOWNEY

|||||||||||||||||||||||||| - 115
* 0 0 0 0 1 2 5 0 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on ___2nd June___, 2008, at ___Los Altos___, ___California___ .

                            (city)                        (state)

_____      PAULA DRAPER
(Signature)

00001267 - 116

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 05/07 2008, at _Plano_____, _Texas_____.
                                     (city)              (state)

_Rusdriskell_____          _Bonald Wayne Driskell_
(Signature)                      RONALD WAYNE DRISKELL

║█║█║█║█║█║█║█║█║█║ - 117
* 0 0 0 0 1 2 7 4 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 8 May, 2008, at Oakland _____, California _____.
                                (city)                 (state)

_Kimberly M Dull_ _____     KIMBERLY M DULL
(Signature)                                 KIMBERLY M DULL

*00001281* - 118

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _5/16_, 2008, at __Naples__    __Florida__.
                                (city)              (state)

__Terrell C. Dunphy__          __Terrell C. Dunphy__
(Signature)                    TERRELL C. DUNPHY

║║║║║║║║║║║║║║║║║║║║║ - 119
* 0 0 0 0 1 2 9 8 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on ___5/5___, 2008, at ___St Paul___, ___MN___.
                                      (city)                     (state)

_____         _____
(Signature)                           PETER A. EARP

*00007221* - 600

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on __5|07__, 2008, at __SanCarlos_____, __CA_____.
(city)                                    (state)

__Melissa Elliott_____
(Signature)

__Melissa ELLiott_____
MELISSA I. ELLIOTT

00001335 - 123

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 5 | 6 , 2008, at ___Madison___ , ___WI___ .
                                    (city)                    (state)

_____                    Robin Engelbrecht
(Signature)                              ROBIN K. ENGELBRECHT

```
||||||||||||||||||||||||| - 125
* 0 0 0 0 1 3 5 9 *
```

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 5/8 , 2008, at  TAMPA                    ,  FLORIDA                    .
                                   (city)                          (state)

_____          _____
(Signature)                                JASON E EPLER

|||||||||||||||||||||||||||| - 602
* 0 0 0 0 7 2 7 6 *

2

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on **5/28**, 2008, at   San Juan   ,   Puerto Rico   .

(city)                          (state)

_____
(Signature)

_____
MARIA DEL MAR ESCALONA

|||||| ||| ||| ||| || ||| |||| - 126
* 0 0 0 0 1 3 6 6 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on May 12, 2008, at Newport Beach , CA .
                                          (city)                    (state)

(Signature)                                Tucker G Fendon
                                           TUCKER G FENDON

*00007368* - 608

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on May 6th, 2008, at  San Jose                  ,    CA                      .
                                          (city)                        (state)

_____                    _____
(Signature)                                          GRACE J FENG

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 130
* 0 0 0 0 1 4 0 3 *

2

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 6/11, 2008, at _Chicago_, _Illinois_.
                               (city)                                 (state)

_____
(Signature)

Kathryn F. Sheridan
KATHRYN S FERGUSON
or
Kathryn S. Ferguson

000001427 - 132

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on May 7th, 2008, at _Sacramento_, _California_.
                                   (city)          (state)

_Jana L. Fisher_                    _JANA Lyn Fisher_
(Signature)                         JANA LYN FISHER

|||||||||||||||||||||||||| - 610
* 0 0 0 0 7 3 9 9 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**