# EXHIBIT D

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _May 9_, 2008, at _San Francisco_ , _California_ .

                            (city)                  (state)

_____       _____
(Signature)                                  KAREN A. FONG

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 612
* 0 0 0 0 7 4 1 2 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on __5·19__, 2008, at __GLENDALE_____, __CA_____.
                                   (city)                   (state)

_____         _____
(Signature)                            STEVEN COLE FRANTZ

- 613
* 0 0 0 0 7 4 2 9 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on ___5/5___ , 2008, at ___New Rochelle___ , ___NY___ .
　　　　　　　　　　　　　　　　　　　　(city)　　　　　　　(state)

___(signature)___　　　　　　　　　　　___JOSEPH A FRISCIA___
(Signature)　　　　　　　　　　　　　　JOSEPH FRISCIA

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 135
* 0 0 0 0 1 4 5 8 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _5 / 22_, 2008, at _Princeton_____, _New Jersey_____.
             (city)                              (state)

_____          _____
(Signature)                    WILLIAM J GAROMON

‖‖‖‖‖‖‖‖‖‖‖‖‖ - 001
* 0 0 0 0 1 5 2 6 *

2

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 5/16 , 2008, at West Palm Beach , Florida .
                                  (city)                    (state)

_____          _____
(Signature)                                   ELISABETH GAUL

*00007542* - 618

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 5-11 , 2008, at Tulsa , OK .
                             (city)                     (state)

(Signature)                                    JAMES C GAULKE

||||||||||||||||||||||||||| - 143
* 0 0 0 0 1 5 3 3 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on May 11, 2008, at Concord, MA.
                           (city)                  (state)

_____
(Signature)

Robert E Getz
ROBERT E GETZ

*00001557* - 145

2

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _May 27_, 2008, at _Mission Viejo_, _California_.
                                  (city)                  (state)

_____       _____
(Signature)                                    KAREN RAE GHOLSON

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 620
* 0 0 0 0 7 5 8 0 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 5/21, 2008, at _New York_, _New York_ .
                                    (city)              (state)

_Dawn Giglio_                    _Dawn Giglio_
(Signature)                       DAWN GIGLIO

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 146
* 0 0 0 0 1 5 6 4 *

2

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _5/20_, 2008, at ___Austin___, ___Texas___.

                                          (city)                    (state)

_____

(Signature)                                   GAIL GILL

‖‖‖‖‖‖‖‖‖‖‖ - 621
* 0 0 0 0 7 6 0 3 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on May 6, 2008, at _Des Moines_, _Iowa_.
                                 (city)           (state)

_____
(Signature)

                                          BRAEDI J GLOSHEN

*00007641* - 623

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on May 9, 2008, at __Omaha_____, __Nebraska_____.
                                    (city)                    (state)

_Amy E. Goss_____          _Amy E. Goss_____
(Signature)                           AMY E GOSS

                                      Amy E. Goss

|||||| |||| ||| ||| ||| |||| ||| - 156
* 0 0 0 0 1 6 6 3 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on __6-3__ , 2008, at __Columbus__ , __Ohio__ .
                                    (city)                    (state)

_____                    _____
(Signature)                                    JODI N. GRANEY

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on MAY 23 , 2008, at _____NEW YORK_____ , _____NEW YORK_____ .

(city)                    (state)

_____            _____
(Signature)                          RONALD J GRECO

‖‖‖‖‖‖‖‖‖‖‖‖‖ - 158
*00001687*

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 5-16 , 2008, at _Redding_ , _California_ .

                                     (city)                (state)

(Signature)

CAROL A. GREEN

- 159
*00001694*

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _5/24_, 2008, at _Post Falls_    _Idaho_.
(city)    (state)

_____    JILL L. GREY
(Signature)

|||||||||||||||||||||||||||||||| - 008
* 0 0 0 0 1 7 0 0 *

2

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _May_, 2008, at _Phoenix_____, _Arizona_____.
                                (city)            (state)

_Teon T. Gunn_____                _Teon T Gunn_____
(Signature)                          TEON T GUNN

‖‖‖‖‖‖‖‖‖‖‖‖‖ - 630
* 0 0 0 0 7 7 5 7 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on May 12, 2008, at Cincinnati, Ohio.

(city)    (state)

(Signature)

MARK ALAN GORSUCH

║▌║▌║▌║▌║▌║▌║║ - 627
* 0 0 0 0 7 6 9 6 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on ___17___, 2008, at ___Easley___, ___SC___.
                                  (city)                  (state)

_____       _____
(Signature)                                 BETSEY B GUNTER

‖‖‖‖‖‖‖‖‖‖‖‖‖ - 631
* 0 0 0 0 7 7 6 4 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on __05/06__, 2008, at ___San Diego___, ___CA___.
                              (city)                (state)

_____        Shaily Gupta
(Signature)                               SHAILY GUPTA

‖‖‖‖‖‖‖‖‖‖‖‖‖ - 164
* 0 0 0 0 1 7 4 8 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 5|08|, 2008, at FREEPORT , N Y .
                                    (city)                          (state)

_____
(Signature)

MONICA E. HAILE
MONICA E. HAILE

|||||||||||||||||||||||||||| - 167
* 0 0 0 0 1 7 7 9 *

2

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _10 JULY_, 2008, at _PHOENIX_, _AZ_.
                                 (city)                      (state)

_____
(Signature)

                                          _____
                                          MARK J. HALL

|||||||||||||||||||||||| - 632
* 0 0 0 0 7 8 0 1 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 6/4 , 2008, at _Minneapolis_ , _MN_ .
                              (city)              (state)

_____          _____
(Signature)                        TASSY A HANNEMANN

- 168
*00001786*

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _May 8_, 2008, at _____Orlando_____, _____FLORIDA_____.

                               (city)                       (state)

_____       Charles Z. Hanus, Jr.
(Signature)                                 CHARLES Z HANUS

*00007832* - 634

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 5/6/, 2008, at Rancho Cucamonga, California .
(city)          (state)

_Deana Hardwick Kirk_          _Deana M. Hardwick - Kirk_
(Signature)                    DEANA M. HARDWICK

- 635
* 0 0 0 0 7 8 4 9 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on  6- 9  , 2008, at ___Lansing___ , ___Michigan___ .
                                          (city)              (state)

___Ann F. Harney___                    ___Ann F. Harney___
(Signature)                            ANN F HARNEY

- 170

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _May 6_, 2008, at _Pittsburgh_____, _Pennsylvania_____.
　　　　　　　　　　　　　　　　　(city)　　　　　　　　　　(state)

_Laurie A Harriger_____　　　_Laurie A. Harriger_____
(Signature)　　　　　　　　　　　　　LAURIE A. HARRIGER

‖‖‖‖‖‖‖‖‖‖‖‖‖ - 171
* 0 0 0 0 1 8 1 6 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on May 8 , 2008, at Chicago , Illinois .
(city)                                    (state)

_____            Matthew R Hastings
(Signature)                          MATTHEW R HASTINGS

|| ||||| |||| ||| || ||| - 638
* 0 0 0 0 7 9 0 0 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on __5|20__, 2008, at __Palm Beach__, __Florida__.
                                  (city)              (state)

__Traci B. Havens__                        _____
(Signature)                                 TRACI B HAVENS

||||| |||| ||| ||||| ||||| ||| - 175
* 0 0 0 0 1 8 5 4 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on __5/9__, 2008, at __Seal Beach__, __CA__.
                                      (city)                     (state)

_____          _____
(Signature)                               ANDREW PHILIP HAYES

‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 641
* 0 0 0 0 7 9 4 8 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 5/ 6 , 2008, at  Shreveport  ,  Louisiana  .

                                (city)                            (state)

*Debra Lynn Haywood*

(Signature)                                           DEBRA LYNN HAYWOOD

‖‖‖‖‖‖‖‖‖‖‖‖‖ - 176
* 0 0 0 0 1 8 6 1 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on May 5, 2008, at ___Wheaton___, ___ILLINOIS___.
                          (city)                 (state)

_____       _____
(Signature)                           WINSTON P HELGESEN

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 179
* 0 0 0 0 1 8 9 2 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on *MAY 8*, 2008, at ___SYOSSET___ , ___NEW YORK___ .
(city)                          (state)

___[signature]___                              *MICHAEL A HENDRICKSON*
(Signature)                                    MICHAEL A HENDRICKSON

||||||||||||||||||||||| - 180
* 0 0 0 0 1 9 0 8 *

2

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on May 24 , 2008, at Salinas _____ , California _____ .
                              (city)              (state)

*Vera Anne Hepfl* _____          *Vera Anne Hepfl* _____
(Signature)                          VERA ANNE HEPFL

║█║▌║█║▌║█║▌║█║▌║█║▌║█║ - 643
* 0 0 0 0 7 9 8 6 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on <u>June 2</u>, 2008, at <u>PROSPECT</u>, <u>Kentucky</u>.
(city)          (state)

<u>Robert J. Guertin Jr.</u>          For. <u>DIANE A. HEBERT (SISTER)</u>
(Signature)                              DIANE A. HEBERT

REPRESENTATIVE OF THE ESTATE
H: 502-429.8746
C: 502-767-8296

‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 178
* 0 0 0 0 1 8 8 5 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on June 1, 2008, at _Cincinnati_____, __Ohio_____.
                              (city)              (state)

_Nikki Jane Hill_____        _Nikki J. Hill_____
(Signature)                                NIKKI J HILL

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 183
* 0 0 0 0 1 9 3 9 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 6 May, 2008, at Boulder City, Nevada.
                               (city)            (state)

_____    _____
(Signature)                              RITA SUE HILL

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 647
* 0 0 0 0 8 0 4 4 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _6/4_, 2008, at ___Reno___, ___Nevada___.
                              (city)              (state)

___Jacqueline J. Hinge___              ___Jacqueline J. Hinge___
(Signature)                            JACQUELINE J. HINGE

‖‖‖‖‖‖‖‖‖‖‖ - 648
* 0 0 0 0 8 0 5 1 *

2
**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 05/20/, 2008, at ___Arlington___, ___Texas___.
(city)                            (state)

___Ashley A Hoag___                _____
(Signature)                        ASHLEY A. HOAG

*00001977* - 186

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 5/27 , 2008, at Irvine , California .

                 (city)                 (state)

_____

(Signature)

JENNIFER A HORNE

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 191
* 0 0 0 0 2 0 3 5 *

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on May 6th , 2008, at St. Louis                , Missouri                .
                                        (city)                   (state)

_____       Karen L. Huck
(Signature)                                 KAREN L HUCK

║█║█║█║█║█║█║█║█║█║ - 195
* 0 0 0 0 2 0 7 3 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on __5/05__, 2008, at __Windsor__, __CA__.
(city)    (state)

_____    *Melissa Imhaus*
(Signature)    MELISSA JOAN IMHAUS

||||||||||||||||||||||||||||| - 197
* 0 0 0 0 2 0 9 7 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on __May 12__ 2008, at ___Englewood___, ___Co___.
                                           (city)                   (state)

_____          JILL INAGAKI
(Signature)                              JILL K. INAGAKI

‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 198
*00002103*

2

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _5/21_, 2008, at _Winter Park_, _FL_.
                                (city)                (state)

_Timothy A. Ivey_
(Signature)

TIMOTHY IVEY

|||||||||||||||||||||||||||||||| - 201
* 0 0 0 0 2 1 3 4 *

2

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 5/7        , 2008, at    Dallas            ,    Texas                    .
                                    (city)                (state)

_____          _____
(Signature)                        ZELDA M IVY

||||||||||||||||||||||||| - 202
* 0 0 0 0 2 1 4 1 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _May 10_, 2008, at ___Greenbelt___, ___Maryland___.
                                (city)                         (state)

_____
(Signature)
   Paul Jackson II

                                                    LAWRENCE JACKSON II

*00002165* - 203

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on ___5/6___, 2008, at ___Medford_____, ___OR_____.
                                    (city)                    (state)

___Laura M Jacobsen_____                    _____
(Signature)                                     LAURA M. JACOBSEN

 - 205

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 5/7, 2008, at _____MILLBURN_____, _____NEW JERSEY_____.
                              (city)                      (state)

_____          _____
(Signature)                               JOHN A. JAEGER

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 206
* 0 0 0 0 2 1 9 6 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 5|12 , 2008, at _Sacramento_ , _CA_ .
$\qquad$ (city) $\qquad$ (state)

_Michelle Lea James_
(Signature)

_Michelle Lea James_
MICHELLE LEA JAMES

║║║║║║║║║║║║║║║║ - 654
* 0 0 0 0 8 2 4 2 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on __5|6|08__, 2008, at __Rancho Cordova__, __California__.
(city)                                    (state)

__Katelyn Jang__                          __Katelyn Jang__
(Signature)                               KATELYN J JANG

‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 207
* 0 0 0 0 2 2 0 2 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM