# EXHIBIT E

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 5/6 , 2008, at __Oak View__ , __CA__ .
                                        (city)              (state)

_____                    _____
(Signature)                                 ANITA M. JEFFREY

*00002219* - 208

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on ___May 6___, 2008, at ___Carlsbad___, ___California___.
                                    (city)              (state)

___(Signature)___                      _____
                                        MICHELLE S JENKINS

- 209
* 0 0 0 0 2 2 2 6 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _5/5_, 2008, at ___Alexandria___, ___VA___.

_____(city)_____         ___(state)___

_____              LiSA B. Johnson
(Signature)                                              LISA B JOHNSON


I worked in the office located in Washington DC

my classification was Senior Client Service Specialist

‖‖‖‖‖‖‖‖‖‖‖‖ - 660
*00008327*

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on <u>May 30</u>, 2008, at <u>Waldwick</u>, <u>New Jersey   07463</u>
                                     (city)                 (state)

_____           _____
(Signature)                                      JEAN E JONES

‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 212
* 0 0 0 0 2 2 6 4 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _May 11_, 2008, at ___Martinsburg___, ___WV_____.

                            (city)                   (state)

_Kathleen R. Kenny_

(Signature)                                      KATHLEEN R KENNY

|||||||||||||||||||||||||||| - 221
* 0 0 0 0 2 3 8 7 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on  5-6        , 2008, at  San Francisco        ,  California                .
                                    (city)                  (state)

_____                    Joan E Joyner
(Signature)                                JOAN E JOYNER

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 5/11, 2008, at ___Seattle (Everett)___, ___Washington___.
                                                  (city)                              (state)

_____                    _____
(Signature)                                          COLLEEN RIELE KELLEY

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 217
* 0 0 0 0 2 3 1 8 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on ___5/9___, 2008, at ___Chattanooga___, ___Tennessee___.
  (city)                                    (state)

_____              _____
(Signature)                          ROBERT B KELLY

║█║▌║█║▌║█║▌║█║▌║█║▌║ - 220
* 0 0 0 0 2 3 7 0 *

2

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on **MAY 13**, 2008, at ___SOQUEL___ , ___CALIFORNIA___ .
                                           (city)               (state)

_____         JAMES GERALD KENNEDY
(Signature)                         JAMES GERALD KENNEDY

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 669
* 0 0 0 0 8 4 9 5 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 5/6 , 2008, at San Diego , California .
                                           (city)               (state)

(Signature)                                      JANICE R KEVARI

║║║║║║║║║║║║║║║║║║║ - 222
* 0 0 0 0 2 3 9 4 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on May 6th, 2008, at Shaker Heights, Ohio.

_____(city)_____(state)_____

_____          *Kara R. Kilts*
(Signature)                        KARA R. KILTS

‖‖‖‖‖‖‖‖‖‖‖‖ - 223
* 0 0 0 0 2 4 0 0 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on **5 - 9** , 2008, at ___**Indianapolis**___ , ___**Indiana**___ .
                                          (city)                        (state)

___*Sally King*___                    ___*Sally King*___
(Signature)                                SALLY J KING

||||||||||||||||||||||||| - 674
* 0 0 0 0 8 5 5 6 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 5/30, 2008, at ___New York___, ___New York___.
(city)                        (state)

___(Signature)___                    Jason John Klein

                                     JASON JOHN KLEIN

‖‖‖‖‖‖‖‖‖‖‖‖‖ - 676
* 0 0 0 0 8 5 8 7 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on **5/5/08** , 2008, at **123 orchard st #22** , **MASSACHUSETTS** .
                                        (city)  Somerville              (state)

_____                    _Andrew Kling_____
(Signature)                                    ANDREW P KLING

||||||||||||||||||||| - 226
* 0 0 0 0 2 4 4 8 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 6/9 , 2008, at Scottsdale , Arizona .
                                     (city)                         (state)

_____       _____
(Signature)                               JAMES C KOHL

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 229
* 0 0 0 0 2 4 7 9 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on *May 19*, 2008, at *San Francisco*, *California*                    .

                             (city)              (state)

_____          JULIE V KOLODY
(Signature)                              JULIE V KOLODY

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on May 5, 2008, at North Maledon, New Jersey.

(city)                          (state)

_____          *Jennifer M. Krakovsky*
(Signature)                        JENNIFER M. KRAKOVSKY

‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 233
* 0 0 0 0 2 5 1 6 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 5/ 6 , 2008, at Newport Beach   California   .
                                        (city)              (state)

_____                    Shelley L Kuehnert
(Signature)                                SHELLEY L KUEHNERT

|||||||||||||||||||||||||||||| - 235
* 0 0 0 0 2 5 4 7 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on __May 13__, 2008, at __De Forest__, __Wisconsin__.
                                    (city)              (state)

_____          __SHARON L. LADWIG__
(Signature)                       SHARON L LADWIG

||||||||||||||||||||||||| - 239
* 0 0 0 0 2 5 8 5 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on  5/30  , 2008, at  Stoughton  ,  Massachusetts  .
                                   (city)                        (state)

_____                    _____
(Signature)                                 CHRISTINA KATHRYN LAMB SIDELL

||||| ||||||||||||||||| - 683
* 0 0 0 0 8 7 8 5 *

2

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 5-8-08 , 2008, at _____Plano_____, _____Texas_____.
                                        (city)                    (state)

_____          _____
(Signature)                                LISA A LANCASTER

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 242
* 0 0 0 0 2 6 1 5 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on ___6-12___, 2008, at ___San Antonio___, ___Texas_____.
                                  (city)                     (state)

_____         _____
(Signature)                                LISA F LANFORD

‖‖‖‖‖‖‖‖‖‖‖‖‖ - 243
* 0 0 0 0 2 6 2 2 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on May 10, 2008, at _____Denver_____, _____Colorado_____.
                                        (city)                          (state)

____*Amy Lange*_____          _____*Amy E Lange*_____
(Signature)                                            AMY E LANGE

- 244

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on <u>May 8</u>, 2008, at <u>Hayward</u>, <u>California</u>.
                              (city)            (state)

_____     _____
(Signature)                                                       AMY K LAU

- 245
* 0 0 0 0 2 6 4 6 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _May 9_, 2008, at ___Pittsburgh___, ___PA___.
　　　　　　　　　　　　　　　　　　(city)　　　　　　　(state)

_____　　　　_____
(Signature)　　　　　　　　　　　　　　SANDRA S LAZAR

|||||||||||||||||||||||||| - 687
* 0 0 0 0 8 8 6 0 *

2

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 5/8 , 2008, at Indianapolis , Indiana .

(city)          (state)

_Jane M Olemanski_

(Signature)                          _Jane M. Lemanski_

JANE M LEMANSKI

|||||||||||||||||||||||||| - 250

* 0 0 0 0 2 6 9 1 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on __05/11__, 2008, at __Montebello__, __California__.
                                      (city)                (state)

_____
(Signature)

__Tommy Lim__
TOMMY LIM

*00002769* - 257

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 5|12____, 2008, at ___Milpitas_____, ____California_____.
                              (city)                    (state)

_____        ___Jeanny Lin_____
(Signature)                         JEANNY LIN

|||||||||||||||||||||||||||||||| - 259
* 0 0 0 0 2 7 9 0 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on May 16, 2008, at Eugene, OREGON.
(city)     (state)

Therese Ronda Lindhout     THERESE R LINDHOUT
(Signature)     THERESE R LINDHOUT

║█║▌║█║║▌║█║▌║█║║▌║█║ - 693
* 0 0 0 0 9 0 1 0 *

2

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _____5/19_____, 2008, at _____San Jose_____, _____Ca_____.
(city)                                    (state)

_____          _____
(Signature)                              JULIE C. LIN-FRISS

- 261

2

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on May 6, 2008, at Kansas City, Missouri.

                     (city)               (state)

_____        _____

(Signature)                        MARSHALL S LIMPIC

00002783 - 258

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 5/12 , 2008, at Albuquerque , NEW MEXICO .
                                       (city)                (state)

_____      CANDIS A LORENSEN
(Signature)

*00009072* - 698

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _May 8_, 2008, at ____Prescott____, ____AZ____.
                                    (city)              (state)

_Diana S. Love_                        _____
(Signature)                            DIANA S LOVE

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on **06/06**, 2008, at ___Seattle___, ___Washington___.
                                      (city)                (state)

_____          _____
(Signature)                              LANE MICHAELE LUCAS

*00009126* - 700

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on May 29, 2008, at _Atlanta_____, _Georgia_____.
                                    (city)               (state)

_Peter A Lynch_____            _____
(Signature)                                         PETER A LYNCH

║█║║█║║║█║║█║║█║║║█║║█║║║█║ - 267
* 0 0 0 0 2 8 7 5 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on May 7, 2008, at _____Oakland_____, _____California_____.
(city)                                    (state)

_____                    ___Sandy Ma_____
(Signature)                                 SANDY MA

||||||||||||||||||||||| - 268
* 0 0 0 0 2 8 8 2 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on May 30, 2008, at ___Boulder___, ___Colorado___.
(city)                    (state)

___(Signature)___          ___CHERI A. MAASEN___   Cheri Maasen 5/30

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 269
* 0 0 0 0 2 8 9 9 *

2

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 5/6, 2008, at _Spokane_, _WA_.
(city)        (state)

_Valerie F. MacIver_
(Signature)

_Valerie F. MacIver_
VALERIE F MACIVER

║║║║║║║║║║║║║║║║║║║║ - 704
* 0 0 0 0 9 1 9 5 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on ___MAY 11th___, 2008, at ____ELMHURST____, ____ILLINOIS____.
                                      (city)              (state)

_____                    DUSTIN L. MAHLER
(Signature)                                     DUSTIN L MAHLER

‖‖‖‖‖‖‖‖‖‖‖‖ - 706
* 0 0 0 0 9 2 1 8 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on *May 7*, 2008, at *Los Angeles*, *CALIFORNIA*.
                              (city)                    (state)

(Signature)

Stephen Zachary Mahoney
STEPHEN ZACHARY MAHONEY

- 707

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on ___6/10___, 2008, at ___Surprise___, ___AZ___.
                                     (city)            (state)

_____        _____
(Signature)                                   MOLLY M MALONE

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 271
* 0 0 0 0 2 9 1 2 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _5 / 6_ , 2008, at _Riverside_ , _California_ .
                                       (city)              (state)

_____          _____
(Signature)                              GABRIELLE A MANKIN

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 273
* 0 0 0 0 2 9 3 6 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on May 12, 2008, at   New York   ,   New York   .
                                (city)              (state)

(Signature)

Jodi K Marlette

JODI K MARLETTE

*00002974* - 275

2

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on May 8, 2008, at _Denver_____, _Colorado_____.
                                          (city)                              (state)

_Steven Maroon_____                    _Steven Jon Maroon_
(Signature)                                STEVEN JON MAROON

Employed in New York City during this period of time with Schwab in the mentioned position.

276

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on May 9 , 2008, at _Centennial_____, _Colorado_____.
                                                (city)                          (state)

_____                    _____Ryan A. Martin__
(Signature)                                   RYAN A MARTIN

‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 278
* 0 0 0 0 3 0 0 1 *

2

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on __5/17__, 2008, at __OAK PARK__, __ILLINOIS__.
                            (city)                (state)

_____       _____
(Signature)                           JOSEPH MARTORELLI JR.

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 279
* 0 0 0 0 3 0 1 8 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on *May 7th*, 2008, at _Cincinnati_, _Ohio_.

                                 (city)                      (state)

_Rhonda M. Matarese_           _Rhonda M. Matarese_

(Signature)                         RHONDA M. MATARESE

|||||||||||||||||||| - 280
* 0 0 0 0 3 0 2 5 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 5/5 , 2008, at Pacifica , CA .

                            (city)                 (state)

(Signature)                                   THOMAS J MATTEUCCI JR.

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 281
* 0 0 0 0 3 0 3 2 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on ___6 May___, 2008, at ___Soquel___, ___CA___.
                                    (city)                (state)

_____    SCOTT PATRICK MCALISTER
(Signature)

‖‖‖‖‖‖‖‖‖‖‖‖ - 284
* 0 0 0 0 3 0 7 0 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _6-2-__ , 2008, at ___Bridgewater___ , ___New Jersey___ .
 (city)   (state)

_____
(Signature)

Robert McCarthy
ROBERT W MCCARTHY

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 712
* 0 0 0 0 9 3 6 2 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**