# EXHIBIT F

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on May 12 , 2008, at _____Tucson_____ , _____Arizona_____ .

                               (city)                      (state)

_____                Rhonda McCline
(Signature)                                   RHONDA K. MC CLINE

‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 711
* 0 0 0 0 9 3 3 1 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on May 7, 2008, at San Antonio, Texas.
(city)                  (state)

_Deborah A. Mc Crum_
(Signature)

_Deborah A. Mc Crum_
DEBORAH A. MC CRUM

║█║█║█║█║█║█║█║█║█║█║ - 283
* 0 0 0 0 3 0 5 6 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 5-8 , 2008, at WPB                                  , Florida                        .
                              (city)                                   (state)

_____                    JAnet McDermoTT
(Signature)                                 JANET A MCDERMOTT

‖‖‖‖‖‖‖‖‖‖‖‖ - 287
* 0 0 0 0 3 1 1 7 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on **May 20**, 2008, at **Winter Park**, **Florida**.
                                          (city)          (state)

_____
(Signature)

NANCY JEANNE MCGLYNN

*00009423* - 717

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 5/27, 2008, at ___Bend___, ___Oregon___.
                             (city)                      (state)

_____        _____
(Signature)                            THOMAS O MCLAUGHLIN

|||||||||||||||||||||||||||| - 004
* 0 0 0 0 3 1 5 5 *

2

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _June 4_, 2008, at _Sarasota_ , _Florida_ .
                                            (city)                        (state)

_Grace Elaine Meisner_                          _____
(Signature)                                                 GRACE ELAINE MEISNER

*00009485* – 720

2

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 5/21 , 2008, at Wolfeboro , NH .
(city)                    (state)

Susan L. Stevens
(signature)

**SUSAN L. STEVENS**, Notary Public
**My Commission Expires March 22, 2011**

Edith J. Miller
EDITH J MILLER

00003254 - 300

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on June 8th, 2008, at _____Durham_____, _____North Carolina_____.
                                (city)                          (state)

_____        _____
(Signature)                                                      ELAINE A MILLER

*00003261* - 009

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _5-17_, 2008, at _Friendswood,_ _Texas_ .
                                              (city)                   (state)

_Luanne Miller_                  _Luanne D. Miller_
(Signature)                                  LUANNE D MILLER

‖‖‖‖‖‖‖‖‖‖‖‖‖ - 302
* 0 0 0 0 3 2 7 8 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 5/ 8 , 2008, at _____Omaha_____, _____NEBRASKA_____.
                                              (city)                    (state)

_____                    _____
(Signature)                                   CHRYSTINE D. MILLS

*00003285* - 303

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _MAY 11^TH_, 2008, at _BOTHELL_____, _WA_____.
                               (city)                       (state)

_____         _SARUN MIN_____
(Signature)                               SARUN MIN

- 305

* 0 0 0 0 3 3 1 5 *

2

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on ___5/8___, 2008, at ___Phoenix___, ___Arizona___.
                                    (city)                    (state)

_____          _____
(Signature)                                 KELLY A. MIRACLE

|||||||||||||||||||||||||||||| - 307
* 0 0 0 0 3 3 3 9 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on ___MAY 9___, 2008, at ___SEAL BEACH___, ___CALIFORNIA___.
                                 (city)                       (state)

_____
(Signature)                                  ROY L MITCHELL

║█║█║█║█║█║█║█║█║ - 308
* 0 0 0 0 3 3 4 6 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on May 7, 2008, at _LIVONIA_, _MICHIGAN_.
                                     (city)                (state)

_Margaret A. Mitra_                     _Margaret A. Mitra_
(Signature)                             MARGARET A MITRA

‖‖‖‖‖‖‖‖‖‖‖‖‖ - 309
* 0 0 0 0 3 3 5 3 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on <u>May  6</u>, 2008, at <u>Pittsburgh</u>, <u>Pennsylvania</u>.
                                           (city)                          (state)

_____                    <u>Angie L. McConnell</u>
(Signature)                                                ANGIE L. MCCONNELL

||||||||||||||||||||||||||||| - 286
* 0 0 0 0 3 1 0 0 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on ___11 May 2008,___ at ___Jacksonville___ , ___Florida___ .
                                     (city)             (state)

_____           PAMELA A. Morris
(Signature)                        PAMELA A MORRIS

||||||||| - 314

2

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _____, 2008, at __*Toramus*__, __*New Jersey*__.
(city)           (state)

_____        _____
(Signature)                         BEVERLEY MULLINGS

- 315
*00003414*

2

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 5/6 , 2008, at San Francisco , CA .
                                              (city)                              (state)

_____          Robert F Mulvihill
(Signature)                               ROBERT F. MULVIHILL

|||||||||||||||||||||||||||||| - 317
* 0 0 0 0 3 4 3 8 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 5/20 , 2008, at Princeton _____ , New Jersey _____ .
                                       (city)                    (state)

_____
(Signature)                                     JULIE A NAMURA

|||||||||||||||||||||| - 319
* 0 0 0 0 3 4 6 9 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 5/6/, 2008, at ___Columbus___, ___New Jersey___.
                                    (city)              (state)

___Tamara Naylor___                        _____
(Signature)                                        TAMARA L NAYLOR

||||||||||||||||||||||||| - 321
* 0 0 0 0 3 4 9 0 *

2

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on **6/05/**, 2008, at _Sunnyvale_____ , _CA_____ .
                                       (city)             (state)

_____       _____
(Signature)                                  TRAN HANG NGO

- 732

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on May 6, 2008, at _____ Upland _____, _____ California _____.
                                  (city)             (state)

_____          _____
(Signature)                               KIMBERLY I NIEBLAS

‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 734
* 0 0 0 0 9 7 7 5 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on  MAY 12 TH , 2008, at  SAN FRANCISCO ,  CALIFORNIA .
                               (city)               (state)

_____       _____
(Signature)                             NICHOLAS NIEHAUS

‖‖‖‖‖‖‖‖‖‖‖‖‖ - 323
* 0 0 0 0 3 5 2 0 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on ___6th May___, 2008, at ___Lewisville___, ___Texas___.
                                (city)            (state)

_____    _____
(Signature)                                       CORNELIUS J. NOLIDIN

‖‖‖‖‖‖‖‖‖‖‖‖‖ - 324
* 0 0 0 0 3 5 3 7 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _5/23_ , 2008, at _Carmel_____ , _Indiana_____ .
                                    (city)                        (state)

_Leslie Michell Nottingham_                    _Leslie M Nottingham_
(Signature)                                    LESLIE M NOTTINGHAM

║█║██║█║██║█║█║█║██║█║║ - 735
*00009799*

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _MAY 9_ , 2008, at ___NOVATO___ , ___CALIFORNIA___ .

                                (city)                                    (state)

_____          _____
(Signature)                                                      KENNETH J. OLDENSKI

*00003582* - 329

2

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 5/30, 2008, at Manchester , New Hampshire .

(city)    (state)

_____    HEATHER DAWN O'LEARY
(Signature)

*0 0 0 0 9 8 3 6 * - 737

2

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _MAY 5_ , 2008, at _DACULA_ , _GEORGIA_ .
(city)              (state)

_(signature)_                _RENORA L. ORR_
(Signature)                RENORA L. ORR

|||||||||||||||||||||||||| - 330
* 0 0 0 0 3 5 9 9 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 5/4 , 2008, at    IRVINE    ,    CALIFORNIA    .

(city)                  (state)

_____                    _____
(Signature)                                  MARTIN I ORTIZ

*00003612* - 332

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on May 7, 2008, at _OshKosh_ , _Wisconsin_ .
                               (city)                        (state)

_____       _____
(Signature)                                     KAREN S. PACKMAN

‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 333
* 0 0 0 0 3 6 2 9 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _May 7_, 2008, at _Fairfield_ , _Connecticut_ .

_____(city)_____    _____(state)_____

_____
(Signature)
Barbara a. Pagnotta

_____
BARBARA A PAGNOTTA

|||||| |||| || ||||| |||| |||||| - 745
* 0 0 0 0 9 9 3 5 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 5/12 , 2008, at CRYSTAL LAKE , ILLINOIS .
                              (city)                     (state)

_____      _____
(Signature)                                    CHARLES J. PALUSZEK

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 746
* 0 0 0 0 9 9 4 2 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on June 9th, 2008, at ___TROY___, ___Michigan___.
                                        (city)              (state)

___Sreeranjini·P.___                      ___Sreeranjini·Paravasti___
(Signature)                               SREERANJINI PARAVASTU

||||||||||||||||||||||||||| - 334
* 0 0 0 0 3 6 3 6 *

2

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on MAY, 6TH, 2008, at ___NEW YORK___, ___N Y___.
                                        (city)                    (state)

_____                    _____
(Signature)                                  RYAN DOUGLAS PASQUALE

║▌║█║▌║█║▌║▌║█║▌║ - 748
* 0 0 0 0 9 9 7 3 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on __5/13__ , 2008, at __Morristown__ , __NJ__ .

                                     (city)                (state)

_____ POA _____

_____    _____
(Signature)                                                           CHAD E. PAYNE

‖‖‖‖‖‖‖‖‖‖‖‖‖ - 336
* 0 0 0 0 3 6 5 0 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _05/06_, 2008, at ___Phoenix___, ___Arizona___.
(city)                    (state)

___Cheryl Lynn Payne___          _____
(Signature)                      CHERYL LYNN PAYNE

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 750
* 0 0 0 1 0 0 0 9 *

2
**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _June 11_, 2008, at _Red Bank_____, _New Jersey_____.
                                    (city)                             (state)

_____       _____
(Signature)                                   BRUCE F PETERSEN

|||||||||||||||||||||||| - 753
* 0 0 0 1 0 0 5 4 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 06/03, 2008, at _Naples_, _FLorida_.
(city)   (state)

_Dianne K. Pitarys_
(Signature)

_Dianne K. Pitary_
DIANNE K PITARYS

*00003735* - 344

2
**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on ___May 6___, 2008, at ___Oakland___, ___California___.
                                       (city)                  (state)

_____        _____
(Signature)                                                          RHYAN O. POLITANO

|||||||||||||||||||||||||||| - 755
* 0 0 0 1 0 1 3 9 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on __May 21__, 2008, at __South Pasadena__, __CA_____.
                                   (city)                    (state)

_____                _____
(Signature)                                      STEPHANI PORRAS

*00003766* - 347

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on May 7, 2008, at Sacramento , CA .
                                            (city)                      (state)

_____          _____
(Signature)                               DARYL POWELL

|||||||||||||||||||||||||| - 756
* 0 0 0 1 0 1 5 3 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _May 27th_, 2008, at ___San Jose_____, ___California_____.
                                              (city)                              (state)

_Cara Price_____          _Cara A. Price_____
(Signature)                                          CARA A PRICE

‖‖‖‖‖‖‖‖‖‖‖‖ - 349
* 0 0 0 0 3 7 8 0 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _5 / 10_, 2008, at _Walnut Creek_, _California_.
                                 (city)                    (state)

_____
(Signature)

_____
ROBIN S. PROSSER

||||||||||||||||||||||| - 351
* 0 0 0 0 3 8 0 3 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _5/9_ , 2008, at _NEWPORT BEACH_ , _CA_ .
                          (city)                    (state)

_____          _____
(Signature)                               WILLIAM N PUGH

- 352
*00003810*

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 5·7 , 2008, at San Francisco , California .

                               (city)                   (state)

_____        Martha R Pulido

(Signature)                                          MARTHA R PULIDO

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 353
* 0 0 0 0 3 8 2 7 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on __5/7__, 2008, at __Irvine__, __CALIFORNIA__.
                              (city)                (state)

_____                    _____
(Signature)                                NICHOLAS G RADTKE

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 760
* 0 0 0 1 0 2 3 8 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _May 14th_, 2008, at _Dallas_, _Texas_.
(city)                              (state)

_Kristine O. Ragsdale_
(Signature)                                    KRISTINE O RAGSDALE

*00003865* - 357

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _May 28_, 2008, at _Arlington_____, _Virginia_____.
                               (city)                  (state)

_____       _Sandhya Rai_____
(Signature)                              SANDHYA RAI

City/County of _Arlington_
Commonwealth of Virginia
The foregoing instrument was acknowledged before me
this _28th_ day _May_, _2008_
by _____
_Robert Nguyen_ Notary Public
My commission expires _July 31 2009_

```
ROBERT NGUYEN
NOTARY PUBLIC
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES JULY 31, 2009
COMMISSION # 136157
```

‖‖‖‖‖‖‖‖‖‖‖‖ - 359
* 0 0 0 0 3 8 8 9 *

2

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _May 5_, 2008, at _Concord_ _____, _California_ _____.
                                         (city)                            (state)

_____         _____
(Signature)                                       ANNA L RAMOS

║█║█║█║█║█║█║█║█║█║█║█ - 361
• 0 0 0 0 3 9 0 2 •

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on May 27, 2008, at _Providence_ , _Rhode Island_ .
                                          (city)              (state)

_Valerie A. Renzulli_                    _VALERIE A. RENZULLI_
(Signature)                               VALERIE A RENZULLI

‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 366
* 0 0 0 0 3 9 5 7 *

2
**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**