# EXHIBIT G

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _MAY 6ᵀᴴ_, 2008, at _PARAMUS_ _NEW JERSEY_.

                           (city)                             (state)

_____             _____

(Signature)                             GREGORY RIABOV

‖‖‖‖‖‖‖‖‖‖‖ - 769
* 0 0 0 1 0 3 8 2 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on ___5/30___, 2008, at ____SAN DIEGO____, ____CA____.
                                       (city)                    (state)

_____
(Signature)                                    ROBERT J RICHARDS

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 771
* 0 0 0 1 0 4 0 5 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on May 6 , 2008, at Boynton Beach , Florida .
                                        (city)              (state)

Kathryn Robinson                                    Kathryn Ann Lange Robinson
(Signature)                                         KATHRYN ANN-LANGE ROBINSON

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 370
* 0 0 0 0 4 0 0 8 *

2

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on **5|14**, 2008, at ___Miramar___, ___Florida___.
                                         (city)              (state)

_____          _____
(Signature)                                IVANNIA M. RODRIGUEZ

|||||||||||||||||||||||| - 774
* 0 0 0 1 0 4 4 3 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on May 6tb, 2008, at Englewood , Colorado .
                              (city)                        (state)

Sara C Rohloff                Sara C Rohloff
(Signature)                         SARA C ROHLOFF

*00004053* - 373

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on June 15, 2008, at Saint Albans , New York .
                                    (city)              (state)

_____          _____
(Signature)                                MEREDICE C ROWE

*00004077* - 375

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on __May 6__, 2008, at ___Boston___, ___MA___.
                              (city)            (state)

__Natalie A. Rubel__
(Signature)                               NATALIE A RUBEL

 - 376

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 5 - 15 , 2008, at _____PASADENA_____ , _____CA_____ .
                                        (city)                          (state)

_____Mike Safaie_____                          _____MIKE SAFAIE_____
(Signature)                                       MIKE SAFAIE

|||||||||||||||||||||||||||||||| - 377
* 0 0 0 0 4 1 0 7 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on __5/27__, 2008, at __Bakersfield__, __California__.
                                   (city)            (state)

__(Signature)__                                      *Amy K. Sakowski*
                                                    AMY K SAKOWSKI

‖‖‖‖‖‖‖‖‖‖‖ - 784
* 0 0 0 1 0 5 9 7 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on May 14th, 2008, at Chelmsford , MA .

(city)                    (state)

_Elisabeth Buckingham Sampson_

(Signature)

Elisabeth Buckingham

ELISABETH BUCKINGHAM SAMPSON

Sampson

|||||||||||||||||||||||||||| - 785
* 0 0 0 1 0 6 0 3 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on **5/12** , 2008, at _San Diego_ , _CA_ .
                              (city)                       (state)

_____
(Signature)

_____
JEANNINE VICTORIA SANCHEZ

Please Note :

Change of Address :

New Address

12356 Carmel Country Rd
# B305
San Diego  Ca  92130

- 379

2

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on ___May 7___, 2008, at _____Irvine_____, _____California_____.
                              (city)                       (state)

_____
(Signature)                                 KANIN SATHIENVANTANEE

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 383
* 0 0 0 0 4 1 7 6 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on __May 9__, 2008, at __Powhatan__, __VA__.
                                        (city)              (state)

__Shelly Savage__                    __Shelly Savage__
(Signature)                          SHELLY SAVAGE

State of Employment with Schwab
in Covered Position

2004 - Asheville, NC
2005 - Greenville, SC

|||||||||||||||||||||||||| - 384
* 0 0 0 0 4 1 8 3 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on May 6, 2008, at Walnut Creek, California.
                                (City)                 (state)

(Signature)                                      LUISANA R SAWYER

|||||||||||||||||||||||||| - 385
* 0 0 0 0 4 2 0 6 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on May 6, 2008, at Chicago, Illinois.
                                   (city)                           (state)

Victoria L. Sayles-Northern

(Signature)

VICTORIA L. SAYLES-NORTHERN

*00004213* - 386

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on __05/10__, 2008, at __EVANSTON__, __IL__.
                                      (city)              (state)

_____                    _____
(Signature)                                 AIMEE R. SCHAD

‖‖‖‖‖‖‖‖‖‖‖‖ - 389
* 0 0 0 0 4 2 4 4 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 5/7/ , 2008, at SEAL BEACH , CA .
                                    (city)           (state)

_____                    _____
(Signature)                                         KILEY DEAN SCHMIT

|||||||||||||||||||||||||||| - 788
* 0 0 0 1 0 7 1 9 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on __5/20__, 2008, at __San Diego__, __California__.
                          (city)                    (state)

_____          _____
(Signature)                               AMANDA J SCHNEIDER

- 393

2

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on **5/5**, 2008, at *West Palm Beach, Florida 33411* .

(city)                                    (state)

*Michelle Schriver*

(Signature)

**Michelle A. Schriver**

*Michelle A. Schriver*

MICHELLE A SCHRIVER

▌▌▌▌▌▌▌▌▌▌▌▌▌▌ - 791
* 0 0 0 1 0 7 4 0 *

2

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on  5|8| , 2008, at  ROCKLIN ,  California .
                                (city)                           (state)

*Cathie M Schuck*
(Signature)                                        CATHIE M SCHUCK



|||||||||||||||||||||||||||| - 395
* 0 0 0 0 4 3 0 5 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on __May 9__, 2008, at __Newport Beach__, __California__.
                                      (city)                          (state)

_____        _____    5/9/08

(Signature)                            SAMUEL SCHWARTZ

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 793
* 0 0 0 1 0 7 6 4 *

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on ___5/7___, 2008, at ___Phoenix___, ___Arizona___.
                             (city)                      (state)

_____          _____
(Signature)                                              JAMES J. SCORDO

∥∥∥∥∥∥∥∥∥∥∥∥∥∥∥ - 794
* 0 0 0 1 0 7 7 1 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on  5/9 , 2008, at  Valencia ,    C A .
                        (city)               (state)

_____          _____
(Signature)                                              BRYANT SCOTT

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 397
* 0 0 0 0 4 3 2 9 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on ___5\29___, 2008, at ___Oklahoma City___, ___Oklahoma___.
                                      (city)                   (state)

_____        _____
(Signature)                                MICHAEL A SEAROCK

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 795
* 0 0 0 1 0 7 9 5 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on June 12, 2008, at Williamstown , New Jersey .
                                            (city)                    (state)

(Signature)                                         Daniel D Seifring Jr.
                                                    DANIEL D SEIFRING JR.

*00004343* - 398

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 5/6 , 2008, at _Sarasota_ , _Florida_ .
                                (city)                     (state)

_____          _____
(Signature)                                          ALICE B SESNON

║█║▌║█║▌║▌║█║▌║█║▌║█║║▌ - 399
* 0 0 0 0 4 3 5 0 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _MM/27_, 2008, at _Philadelphia_, _PENNSYLVANIA_.
                                          (city)                    (state)

_Geraldine F Sheppard_                              _____
(Signature)                                          GERALDINE SHEPPARD

‖‖‖‖‖‖‖‖‖‖‖‖ - 403
* 0 0 0 0 4 3 9 8 *

2

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _June 4_, 2008, at _San Francisco_, _California_                .
                              (city)                    (state)

_Paul K Sheridan_                         _____
(Signature)                                    PAUL K SHERIDAN

*00004411* - 004

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _6-2_, 2008, at _Thousand Oaks_, _CA_.
                                    (city)                    (state)

_B. Shidoosh_                                    _____
(Signature)                                      BAHRAM SHIDOOSH

|||||||||||||||||||||||||||||| - 405
* 0 0 0 0 4 4 2 8 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _5/16_, 2008, at _Honolulu_, _Hawaii_.
                               (city)              (state)

_Doreen B. Siders_
(Signature)

_Doreen B. Siders_   Doreen B. Siders
DOREEN B. SIDERS

|||||||||||||||||||||||||||||| - 796
* 0 0 0 1 0 8 4 9 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _Mayo8_2008, at _Burlington_, _KY_.
                                          (city)                    (state)

_Joan R. Sigman_                        JOAN R. Sigman
(Signature)                              JOAN R. SIGMAN

|||||||||||||||||||||||| - 407
* 0 0 0 0 4 4 4 2 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _5-7_, 2008, at _Seattle_, _Washington_.
                             (city)                (state)

_____
(Signature)

BRANDON JAMES SILER

- 797
*00010863*

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on __5/6__, 2008, at __Woodland Hills__, __California__.
                              (city)              (state)

_____                    _____
(Signature)                                 JAEMIN J SIM

*00004459* - 408

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on __05/12__, 2008, at ___NORTHBROOK___, ___ILLINOIS___.
                                        (city)                    (state)

___*Toni M. Sig...*___                          _____
(Signature)                                     TONI M SIRAGUSA

║█║▌║█║▌║█║▌║█║▌║ - 410
* 0 0 0 0 4 4 7 3 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on ___5/7 th___, 2008, at ___SANTA ROSA___,    ___CALIFORNIA___.
                                      (city)                (state)

___(Signature)___

CONNIE K. SKOGEN

*CONNiE K. SKOGEN*

║█║▌║█║▌║█║▌║ - 412
* 0 0 0 0 4 4 9 7 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 5-5 , 2008, at EDINA , MINNESOTA .
                          (city)                    (state)

_____        MARK J. SLOCUM
(Signature)                          MARK J SLOCUM

║█║║█║║█║║█║║█║║█║║█║ - 413
* 0 0 0 0 4 5 0 3 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on May 31, 2008, at _Aspen_ , _Colorado_ .
                                          (city)              (state)

_____          _____
(Signature)                      DOUGLAS D SLOTER

\* Please note address change \*

* 0 0 0 0 4 5 1 0 * - 002

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on June 3, 2008, at _____Ramona_____, ____CA____ 92065____.

(city)         (state)

_Nancy Ann Smith_ (signature)

(Signature)

_____

NANCY ANN SMITH

║█║▌║█║▌║█║▌║█║ - 415
* 0 0 0 0 4 5 2 7 *

2

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on __5 - 5__, 2008, at ___CARMEL___, ___INDIANA___.

                     (city)                 (state)

_____    ___ADAM W. SOLBERG___
(Signature)                  ADAM W. SOLBERG

‖‖‖‖‖‖‖‖‖‖‖ - 800
* 0 0 0 1 0 9 4 8 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 5/19 , 2008, at ___Lombard___ , ___EL___ .
                                    (city)              (state)

___(Signature)___                    ___STEPHANIE SPATARO___

*00010955* - 801

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on <u>MAY 14</u>, 2008, at <u>Palm Desert</u>, <u>CA</u>.
                                          (city)                    (state)

<u>Anthony Stapleton</u>                              _____
(Signature)                                          ANTHONY J STAPLETON

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 422
* 0 0 0 0 4 5 9 6 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 6-10, 2008, at La Jolla , California .
                            (city)                  (state)

(Signature)                                TANYA LYNN STEINKAMP

*00004602* - 423

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on ___6/2___, 2008, at ___Long Beach___, ___Ca___.
                              (city)              (state)

___Mindy Stickney___         ___Mindy D. Stickney___
(Signature)                            MINDY D STICKNEY

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 424
* 0 0 0 0 4 6 1 9 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on MAY 14 , 2008, at New York , NY .
                                    (city)              (state)

_____
(Signature)

HOWARD Storm

HOWARD L. STORM

425

2

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on May 7, 2008, at _Ann Arbor_, _Michigan_.
                               (city)               (state)

_____
(Signature)

KASEY LYNN STYRNA

||||||||||||||||||||||||||| - 429
* 0 0 0 0 4 6 6 4 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on **05/06**, 2008, at ___NAPLES___, ___FLORIDA___.
                                   (city)                         (state)

_____        ERIN M. SULLIVAN
(Signature)                            ERIN M. SULLIVAN

|||||||||||||||||||||||| - 430
* 0 0 0 0 4 6 8 8 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 5/21 , 2008, at     Las Vegas          ,     Nevada                     .
                                    (city)                  (state)

*Natalie Sullivan*

(Signature)                                      NATALIE SULLIVAN

||||||| |||||||| ||||| ||| - 433
* 0 0 0 0 4 7 1 8 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _5/16_, 2008, at _ASHEVILLE_, _N. C_ .
(city)                          (state)

_Peter R Sundstrom_
(Signature)                                   PETER R SUNDSTROM


- 807
* 0 0 0 1 1 0 9 9 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _5/13_ , 2008, at _Eugene_ , _Oregon_ .
                                      (city)              (state)

_Lori Lynn Syphers_
(Signature)

_Lori L. Syphers_
LORI L SYPHERS

‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 435
* 0 0 0 0 4 7 4 9 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on ___6___, 2008, at ___Albany_____, ___NY_____.
                              (city)                       (state)

_____
(Signature)

_____
MICHELLE YVETTE SYRCHER

 - 809

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**