EXHIBIT H

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on __5 | 22__, 2008, at ___New York___, ___New York___.
                           (city)            (state)

_____       ___Cui Zhu Tan___
(Signature)                     CUI ZHU TAN

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 437
* 0 0 0 0 4 7 6 3 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 5/19 , 2008, at Middletwn , DE .
(city)                    (state)

_____          *Alicia D. Teet*
(Signature)                        ALICIA D TEET

|||||||||||||||||||||| - 441
* 0 0 0 0 4 8 0 0 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on __5/5__, 2008, at __Orinda__, __California__.

                           (city)               (state)

*Marie M. Theder*

(Signature)                                    MARIE M. THEDER

*00004824* - 442

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on May 16, 2008, at _Atlanta_ , _GA_ .
(city)                    (state)

_Shawna L Theriault_
(Signature)                                    SHAWNA L THERIAULT

*00004831* - 443

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on **5 - 12 -**, 2008, at _Greensboro_ , _North Carolina_ .
(city)                    (state)

_Sonja D. Thompson_                    _____
(Signature)                            SONJA DENEE THOMPSON

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 812
* 0 0 0 1 1 2 2 8 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 5/18, 2008, at Chandler, ARIZONA.
                                    (city)              (state)

_____                    Steve Thornton
(Signature)                                 STEVEN THORNTON

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 445
* 0 0 0 0 4 8 5 5 *

2

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on  6-3-  , 2008, at  Redding
                          (city)

Ca
(state)

_____
(Signature)

KIM THURMAN II

* 0 0 0 0 4 8 6 2 * - 003

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _May6_, 2008, at ___millburn___, ___New Jersey___.
                                          (city)             (state)

_Greta Tibbetts_

(Signature)                                               GRETA TIBBETTS

‖‖‖‖‖‖‖‖‖‖‖‖ - 813
*00011242*

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 5/6/08, 2008, at Anaheim , CALIFORNIA .
                                      (city)              (state)

_Christina Todd_                    _Christina M. Todd_
(Signature)                          CHRISTINA M. TODD

|||||||||||||||||||||||||||||| - 448
* 0 0 0 0 4 8 8 6 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on May 8ᵗʰ, 2008, at ___San Francisco___, ___CALIFORNIA___.
                                      (city)                    (state)

___A C Tomlinson___                      _____
(Signature)                              ANGELA C TOMLINSON

|||||||||||||||||||||||| - 449
* 0 0 0 0 4 8 9 3 *

2

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 5/15 , 2008, at _Smyrna_ , _Georgia_ .
(city)                          (state)

_Melody D. Trent_
(Signature)

_Melody D. Trent_
MELODY D TRENT

817

*00011327*

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 5/29 , 2008, at Bakersfield , CA .
                                          (city)           (state)

(Signature)                                             DEANNA TREVINO

- 818
* 0 0 0 1 1 3 3 4 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _06 MAY_, 2008, at ___PHILADELPHIA___, ___PA___.
                                              (city)                      (state)

_(Signature)_

MICHAEL JACOB TRUESON

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on __May 12__, 2008, at __San Francisco__, __California__.
                                          (city)                        (state)


_____          _____
(Signature)                               EDITH M. TSE

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 452
* 0 0 0 0 4 9 2 3 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on May 8TH , 2008, at Brooklyn , Ny .
                                          (city)                   (state)

_____       _____
(Signature)                                   STEPHEN JOSEPH VALENTI

‖‖‖‖‖‖‖‖‖‖‖ - 822
* 0 0 0 1 1 4 0 2 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _May 7_, 2008, at _San Carlos_ , _California_ .
                                              (city)                    (state)

_Eric Van Ekelenburg_                          ERIC VAN EKELENBURG
(Signature)                                    ERIC W VANEKELENBURG

‖‖‖‖‖‖‖‖‖‖‖ - 458
* 0 0 0 0 4 9 8 5 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _May 5_, 2008, at ___San Francisco___, ___CA_____.
                               (city)                      (state)

_____       _____
(Signature)                             NICHOLAS P VARGAS

650-954-4513  home phone

*00004992* - 459

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _JUNE 9_, 2008, at _BROOKLYN_, _N.Y_.
(city)                         (state)

_____        VINCENT VENETUCCI
(Signature)                    VINCENT VENETUCCI

- 460

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on May 9TH, 2008, at Red Bank , New Jersey .

                          (city)                 (state)

(Signature)                                   MARIANNE VERPENT

|||||||||||||||||||||||| - 461
* 0 0 0 0 5 0 1 2 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 5 - 6 , 2008, at New York ,    New York .
                              (city)                  (state)

_____    MATTHEW VIGIL
(Signature)    MATTHEW D. VIGIL

‖‖‖‖‖‖‖‖‖‖‖‖ - 463
* 0 0 0 0 5 0 3 6 *

2

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on __5/13__, 2008, at ____RENO____, ____NEVADA____.

                                (city)              (state)

_____      _____
(Signature)                               ANDREW VOLPP

‖‖‖‖‖‖‖‖‖‖‖‖‖ - 828
* 0 0 0 1 1 5 1 8 *

2

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on May 6, 2008, at  La Mirada , CA .
(city)                        (state)

_James D. Waite_               James D. Waite
(Signature)                    JAMES D WAITE

|||||||||||||||||||||||||||| - 466
* 0 0 0 0 5 0 7 4 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 5/7/ , 2008, at San Jose , CA .
(city)     (state)

Khng Wang

(Signature)

Kuang Wang

KUANG WANG

|||||||||||||||||||||||||| - 470
* 0 0 0 0 5 1 1 1 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on May 23 2008, at LAS VEGAS _____, NEVADA _____.
(city)                              (state)

Carol S. Weintraub _____            Carol S. WEINTRAUB
(Signature)                           CAROL S WEINTRAUB

║║║║║║║║║║║║║║║║║║║║║ - 004
* 0 0 0 0 5 1 3 5 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on May 15th, 2008, at ___New York___, ___NY___.
                                   (city)                  (state)

_____      _____
(Signature)                                SHANIA WEIR

*00005142* - 473

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 5 - 7 - , 2008, at ___Upland___, ___California___.
                               (city)                     (state)

_____          _____
(Signature)                                              AURIELLE NICHOLE WEST

‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 835
* 0 0 0 1 1 6 4 8 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on __5/7__, 2008, at __Crockett__, __CA__.
                                       (city)                 (state)

_____
(Signature)

JANET S WETMORE

|||||||||||||||||||||| - 474
* 0 0 0 0 5 1 5 9 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on **5 / 19** , 2008, at _____*Boston*_____ , ___*MA*___.
                                    (city)                    (state)

_____*Megan L. Whalen*_____          _____
(Signature)                              MEGAN L WHALEN

|||||||||||||||||||||||||||| - 475
* 0 0 0 0 5 1 6 6 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 5/8 , 2008, at ___Atlanta___, ___Georgia___.
(city)                (state)

___(Signature)___                    ___DANIEL A. WHITE___
(Signature)

- 836
* 0 0 0 1 1 6 7 9 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _6/18_, 2008, at _ST. Louis Park_, _Minnesota_.
                                          (city)                          (state)

_(Signature)_                                    _Michael G Wick_
(Signature)                                       MICHAEL G WICK

||||||| ||||| ||| |||||| ||| - 477
* 0 0 0 0 5 1 8 0 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on ___5/8___, 2008, at ___Columbus___, ___OHIO___.
                                              (city)                    (state)

_____          _____
(Signature)                                  DEREK J WILHELM

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 840
* 0 0 0 1 1 7 3 0 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on ___5/8___, 2008, at ___Antioch___, ___California___.
                                         (city)            (state)

_____      _____
(Signature)                              JOY L. WILLIAMS

‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 478
*00005197*

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 6/3 , 2008, at _San Diego_ , _CA_ .
                                 (city)        (state)

_(Signature)_

MARY A. WILLIAMS

- 841
*00011754*

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on __5/5__, 2008, at __ORMOND BEACH__, __FLORIDA__.
(city)                                    (state)

_(Signature)_                                    RICHARD E. WILLIAMS

||||||||||||||||||||||||||||||| - 479
* 0 0 0 0 5 2 0 3 *

2

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _May 7_, 2008, at ___Houston_____,   ___Texas_____.
                               (city)                 (state)

_____        _____
(Signature)                       DAVID G. WHORTON

                                              5/7/2008

**David Whorton**

‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 839
* 0 0 0 1 1 7 1 6 *

**David Whorton**

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on May 8 , 2008, at Moorestown , NJ .

(city)                    (state)

Desiree A Brocious

(Signature)                    JO-ANN WOJCEICHOWSKI

Desiree A Brocious
Notary Public State of NJ
My Commission Expires Jan. 19, 2011

- 485

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _June 2_, 2008, at ___San Francisco___, ___California___.
                                   (city)              (state)

_____      Phoebe P. Wong
(Signature)                             PHOEBE P. WONG

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 487
* 0 0 0 0 5 2 9 6 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on ___May 6___, 2008, at ___New York___,    ___New York___.
                                      (city)              (state)

_____          _____
(Signature)                       NICHOLAS R. WOO

- 488
*00005302*

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on __5/13__, 2008, at __San Diego__, __CA__.
                              (city)                    (state)

__(Signature)__                          JODY L WRIGHT

‖‖‖‖‖‖‖‖‖‖‖‖‖ - 843
* 0 0 0 1 1 8 3 9 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _May 11_, 2008, at ___Vallejo___, ___CA___.
(city)                              (state)

_Jessica Chia Wu_                    _Jessica C. Wu_
(Signature)                         JESSICA C WU

‖‖‖‖‖‖‖‖‖‖‖‖‖ - 494
* 0 0 0 0 5 3 6 4 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on May 7, 2008, at Oklahoma City, Oklahoma.
                                      (city)              (state)

_Tracy A Miller_
(Signature)     Tracy Miller                  LENORA E YANKACY

Exp. 6.16.11

TRACY A MILLER
NOTARY
# 03008540
EXP. 06/16/11
STATE OF OKLAHOMA
PUBLIC

‖‖‖‖‖‖‖‖‖‖‖ - 496
* 0 0 0 0 5 3 8 8 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on ⎽Jun 1st⎽, 2008, at ⎽⎽Sunnyvale⎽⎽⎽⎽⎽⎽⎽⎽, ⎽⎽California⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽.
                                              (city)                              (state)

⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽         ⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽
(Signature)                                          JESSICA YIU

|||||||||||||||||||||||||||||| - 497
* 0 0 0 0 5 3 9 5 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on ___5/6___, 2008, at _____Torrance_____, _____CA_____.

               (city)                      (state)

_____              _____
(Signature)                          TONY JUINN-YU YU

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 847
* 0 0 0 1 1 9 1 4 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _____ , 2008, at _____ , _____ .
                                (City)                       (state)

_____
(Signature)

MARK L ZODY

00005470 - 505

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _5/11_, 2008, at _NOBLESVILLE_, _INDIANA_.
                          (city)                    (state)

_____                    _____
(Signature)                                ALFONSO R. ZUNIGA

‖‖‖‖‖‖‖‖‖‖‖‖ – 506
* 0 0 0 0 5 4 8 7 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM