James F. Clapp, Esq., SBN 145814
DOSTART CLAPP GORDON & COVENEY
4370 La Jolla Village Drive, Suite 970
San Diego, CA 92122
Telephone:   (858) 623-4200
Facsimile:    (858) 623-4299
jclapp@sdlaw.com

Kevin J. McInerney, Esq., SBN 46941
Charles A. Jones, Esq., SBN 224915
MCINERNEY & JONES
18124 Wedge Parkway #503
Reno, NV 89511
Telephone:   (775) 849-3811
Facsimile:    (775) 849-3866
kevin@mcinerneylaw.net
kelly@mcinerneylaw.net
caj@mcinerneylaw.net

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LINDA YOUNG, MIKE SAFAIE,** and **JANICE KEVARI,** individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>**CHARLES SCHWAB & CO., INC.**<br><br>　　　　Defendant. | Case No. C 07:2828 CW<br><br>**NOTICE OF MOTION AND MOTION FOR ATTORNEY'S FEES, COSTS, AND CLASS REPRESENTATIVE ENHANCEMENTS**<br><br>Date:　　August 21, 2008<br>Time:　　2:00 p.m.<br>Place:　　Courtroom 2<br>Judge:　　Hon. Claudia Wilken |

PLEASE TAKE NOTICE that on August 21, 2008, or as soon thereafter as the matter may be heard, Plaintiffs Linda Young, Mike Safaie, and Janice Kevari (collectively, "Plaintiffs" or "Class Representatives") will request the Honorable Claudia Wilken in Courtroom 2 of the United States District Court for the Northern District of California, located at 1301 Clay Street, Suite 400 S in Oakland, California 94612, to grant orders approving attorney's fees in the amount of $531,500 (25%), litigation costs in the amount of $27,170.16, and enhancements to each of the named plaintiffs in the amount of $15,000, as the plaintiffs now move. This motion is based upon the concurrently filed Class Counsel's Memorandum of Points and Authorities in Support of Application for Attorney's Fees, Costs, and Class Representative Enhancements, the Declarations of Kevin J. McInerney and James F. Clapp, the papers and records on file in this action, and on such oral and documentary evidence as may be presented at the hearing of the motion.

Dated: July 17, 2008

Respectfully submitted,

MCINERNEY & JONES

By: /s/ Kevin J. McInerney
Kevin J. McInerney
Attorneys for Plaintiffs