1  James F. Clapp, Esq., SBN 145814
   DOSTART CLAPP GORDON & COVENEY
2  4370 La Jolla Village Drive, Suite 970
   San Diego, CA 92122
3  Telephone:    (858) 623-4200
   Facsimile:    (858) 623-4299
4  jclapp@sdlaw.com

5  Kevin J. McInerney, Esq., SBN 46941
   Charles A. Jones, Esq., SBN 224915
6  MCINERNEY & JONES
   18124 Wedge Parkway #503
7  Reno, NV 89511
   Telephone:    (775) 849-3811
8  Facsimile:    (775) 849-3866
   kevin@mcinerneylaw.net
9  kelly@mcinerneylaw.net
   caj@mcinerneylaw.net
10
   *Attorneys for Plaintiffs*
11

12              UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| **LINDA YOUNG, MIKE SAFAIE,** and **JANICE KEVARI,** individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**CHARLES SCHWAB & CO., INC.**<br><br>Defendant. | Case No. C 07:2828 CW<br><br>**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF SETTLEMENT**<br><br>Date:    August 21, 2008<br>Time:    2:00 p.m.<br>Place:   Courtroom 2<br>Judge:   Hon. Claudia Wilken |

PLEASE TAKE NOTICE that on August 21, 2008, or as soon thereafter as the matter may be heard, before the Honorable Claudia Wilken in Courtroom 2 of the United Stated District Court for the Northern District of California, located at 1301 Clay Street, Suite 400 S in Oakland, California 94612, Plaintiffs Linda Young, Mike Safaie, and Janice Kevari will move for final approval of the Settlement in this action. Good cause exists to grant this motion because the settlement is fair, reasonable and adequate.

The Plaintiffs have based this Motion on this Notice of Motion, the Memorandum of Points and Authorities in Support of Motion for Final Approval, the Declaration of Kevin J. McInerney, the Declaration of James F. Clapp, the papers and records on file in this action, and on such oral and documentary evidence as may be presented at the hearing of the motion.

The plaintiffs request that the Court: (1) grant final approval of the Settlement; (2) award the requested attorney's fees and costs; (3) award additional compensation to the named Plaintiffs Young, Safaie, and Kevari; and (4) approve the payment of fees and costs to Rust Consulting, the notice and claims administrator.

DATED: July 17, 2008

Respectfully submitted,

MCINERNEY & JONES

By:  /s/ Kevin J. McInerney
    Kevin J. McInerney
    Attorneys for Plaintiffs

**PROOF OF SERVICE**
Linda Young and Mike Safaie, et al. v. Charles Schwab & Co., Inc
United States District Court, Northern District of California
Case No. C-07:2828 CW

I, the undersigned, declare as follows:

I am employed in the County of Washoe, State of Nevada.

I am over the age of eighteen (18) years and not a party to the within action; my business address is 18124 Wedge Parkway, #503, Reno Nevada, 89511.

On July 17, 2008, I served the foregoing document(s) described as:

1. NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF SETTLEMENT
2. MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR FINAL APPROVAL OF SETTLEMENT
3. NOTICE OF MOTION AND MOTION FOR ATTORNEY'S FEES, COSTS, AND CLASS REPRESENTATIVE ENHANCEMENTS
4. CLASS COUNSEL'S APPLICATION FOR ATTORNEY'S FEES, LITIGATION COSTS, AND CLASS REPRESENTATIVE ENHANCEMENTS
5. DECLARATION OF KEVIN J. MCINERNEY IN SUPPORT OF: MOTION FOR FINAL APPROVAL OF SETTLEMENT; CLASS COUNSEL'S FEE AND COSTS APPLICATION; AND ENHANCEMENTS AWARDS FOR THE NAMED PLAINTIFFS
6. DECLARATION OF KEVIN J. MCINERNEY IN SUPPORT OF: MOTION FOR FINAL APPROVAL OF SETTLEMENT; CLASS COUNSEL'S FEE AND COSTS APPLICATION; AND ENHANCEMENTS AWARDS FOR THE NAMED PLAINTIFFS

on all interested parties in this action addressed to the addressee as follows:

Diana Tabacopolous
SEYFARTH SHAW LLP
One Century Plaza, Suite 3300
2029 Century Park East
Los Angeles, CA 90067-3063

XX  By CM/ECF. I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the above CM/ECF registrant(s).

   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

   Executed on July 17, 2008, at Reno, Nevada.


                         /s/ Jennifer Smith
                         Jennifer Smith

**PROOF OF SERVICE**