# EXHIBIT D

CHARLES SCHWAB & CO., INC.
2007-2008

| Expense | 2007 | 2008 | TOTAL |
|---|---:|---:|---:|
| TRAVEL | 1,047.32 | 811.00 | 1,858.32 |
| FEDERAL EXPRESS | 100.74 | - | 100.74 |
| DEPOSITIONS/TRANSCRIPTIONS | - | 743.45 | 743.45 |
| FAX & FILE/ONE LEGAL | - | - | - |
| POSTAGE | - | 17.66 | 17.66 |
| PHOTOCOPIES | 15.75 | 579.00 | 594.75 |
| FILING FEES | 350.00 | 138.00 | 488.00 |
| COURT CALL | - | - | - |
| FACSIMILES | - | 12.25 | 12.25 |
| LEGAL RESEARCH | 239.45 | 89.76 | 329.21 |
| SIERRA LEGAL DUPLICATING | - | - | - |
| LEGAL FEES | - | - | - |
| MEDIATION FEES | - | 14,400.00 | 14,400.00 |
| SKIPSOURCE.COM | - | - | - |
| EXPERT WITNESS FEES | - | - | - |
| TOTAL CASE COSTS | 1,753.26 | 16,791.12 | **18,544.38** |