DOSTART CLAPP GORDON & COVENEY
JAMES F. CLAPP (SBN 145814) jclapp@sdlaw.com
4370 La Jolla Village Dr., Ste. 970
San Diego, CA 92122
Telephone: (858) 623-4200
Facsimile:  (858) 623-4299

McINERNEY & JONES
Kevin J. McInerney (SBN 46941) Kevin@mcinerneylaw.com
Charles A. Jones (SBN 224915) caj@mcinerneylaw.com
18124 Wedge Parkway #503
Reno, Nevada 89511
Telephone: (775) 849-3811
Facsimile: (775) 849-3866

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA YOUNG, MIKE SAFAIE, and JANICE KEVARI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CHARLES SCHWAB & CO., INC.,<br><br>Defendant. | CASE NO. C 07-2828 CW<br><br>**DECLARATION OF JAMES F. CLAPP IN SUPPORT OF MOTION FOR (1) FINAL APPROVAL OF SETTLEMENT; (2) CLASS COUNSEL'S MOTION FOR ATTORNEY'S FEES AND COSTS; AND (3) CLASS COUNSEL'S MOTION FOR ENHANCEMENT AWARDS FOR THE NAMED PLAINTIFFS**<br><br>Hon. Claudia Wilken<br><br>Date:  August 21, 2008<br>Time: 2:00 p.m.<br>Ctrm: 2, 4th Floor |

# DECLARATION OF JAMES F. CLAPP

1. I am an attorney licensed to practice law in the State of California and before this Court and am a partner with the law firm of Dostart Clapp Gordon & Coveney, LLP, attorneys of record for plaintiffs Linda Young, Mike Safaie, and Janice Kevari. I have personal knowledge of the following facts and if called as a witness would testify as follows:

2. My qualifications are as follows: I am a 1989 graduate of Northwestern University Law School. From 1989-94, I was a litigation attorney with Gray Cary Ware & Freidenrich (now DLA Piper) in San Diego, California, where my practice focused on complex business and employment disputes. In 1995, I co-founded Dostart Clapp, APC, which became Dostart Clapp Gordon & Coveney, LLP. Since 1999, my practice has focused almost exclusively on wage and hour class actions. I have been appointed class counsel in more than 30 certified class actions alleging violations of federal and/or state wage and hour laws. Recently, I served as class counsel in Bowman v. UBS Financial Services, Inc., N.D. Cal. Case No. 04-3525; Bahhramipour v. Citigroup Global Markets, Inc., N.D. Cal. 04-4440; and Takacs v. A.G. Edwards & Sons, Inc., S.D. Cal. Case No. 04-1852.

3. I am readily familiar with the facts of this case. Plaintiffs have conducted substantial discovery and investigation about the duties and responsibilities of class members, the number of hours they worked, and Charles Schwab's employment policies and practices. In addition, before the mediation, Charles Schwab provided us with detailed information about the number of class members, their tenure months during the class period, and their rates of pay.

4. Considering the risks, delays, and expense of further litigation, in my opinion, the settlement is fair, reasonable and in the best interests of the class members.

5. My firm incurred $8,625.78 in expenses in litigating this case. Those expenses included: copies/printing: $127.60; postage/overnight mail: $75.02; telephone/fax: $83.74; messenger fees: $185.00; travel/parking: $315.80; legal research: $838.62; mediator fees: $7,000.00.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on July 16, 2008 at San Diego, California.

JAMES F. CLAPP