SEYFARTH SHAW LLP
Diana Tabacopoulos (SBN 128238) dtabacopoulos@seyfarth.com
2029 Century Park East, Suite 3300
Los Angeles, California 90067-3063
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

SEYFARTH SHAW LLP
Eden E. Anderson (SBN 233464) eanderson@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
CHARLES SCHWAB & CO., INC.

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA YOUNG, MIKE SAFAIE, and JANICE KEVARI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CHARLES SCHWAB & CO., INC.,<br><br>Defendant. | Case No. C 07-2828 CW<br><br>**DEFENDANT CHARLES SCHWAB & CO., INC.'S JOINDER IN, AND CLARIFICATIONS OF, MOTION FOR FINAL APPROVAL OF SETTLEMENT**<br><br>Date: August 21, 2008<br>Time: 2:00 p.m.<br>Judge: Hon. Claudia Wilken<br>Dept.: 2 |

## I. INTRODUCTION

Defendant Charles Schwab & Co., Inc. ("Schwab" or "Defendant") hereby joins Plaintiffs Linda Young, Mike Safaie, and Janice Kevari in moving for final approval of the settlement of this action. Other than the clarifications noted below, Schwab otherwise concurs with the procedural and settlement information provided to the Court in Plaintiffs' Motion for Final Approval of Settlement and supporting papers filed on July 17, 2008, and asks that the Court grant final approval.

---

Defendant's Joinder in, and Clarifications of, Motion for Final Approval of Settlement
C 07-2828 CW

## II. CLARIFICATIONS OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT

Several points of information furnished by Plaintiffs in the Motion for Final Approval of Settlement require clarification. Schwab outlines these points below.

1. Plaintiffs correctly note that neither the U.S. Attorney General nor state Attorneys General participated in this case and none substantively responded to the Class Action Fairness Act, 28 U.S.C. § 1715, notice that was mailed by Defendant on April 11, 2008. (Motion at 10:10-13.) However, the offices of the Attorneys General for the states of Washington and Oklahoma did acknowledge receipt of the CAFA notice. (Declaration of Eden E. Anderson Re Compliance with CAFA Notice Requirements ¶ 5.)

2. Plaintiffs represent that "based on the potential exposure of the defendant and what would happen if the case were tried through some random statistical sampling methodology, that the net amounts received through the settlement would be approximately one third of the realistic net that class members might receive after trial." (Motion at 10:25-11:2.) Schwab disputes this characterization of its potential exposure and denies any liability or wrongdoing of any kind associated with the claims alleged. Schwab believes that the amounts paid in settlement to class members are fair and adequate.[1]

3. Plaintiffs represent that settlement payments to class members will approximate $250 (for California class members) and $125 (for non-California class members) for each month of work during the applicable pre-October 1, 2005 statutory limitations periods. (Motion at 11:18-21.) Schwab believes, given present claim form submission rates, that these figures will likely respectively be closer to $200 and $100 for each month of work during the applicable statutory limitations periods. Of course, the exact amount cannot be determined until the class notice period ends and all disputes have been resolved.

---

[1] Schwab disputes Plaintiffs' characterization of class members as "sales assistant[s]" or "stockbrokers" and asserts that the job duties of Client Service Specialist (CSS) employees differed from person to person.

2
Defendant's Joinder in, and Clarifications of, Motion for Final Approval of Settlement
C 07-2828 CW

### III. UPDATED CLAIM FORM SUBMISSION STATISTICS

The claim form submission statistics have changed since Plaintiffs' submission of the Motion for Final Approval of Settlement. Accordingly, Schwab provides the following updated claim form submission statistics:

- As to the first workweek settlement sub-fund, as of July 31, 2008, 72% of the persons eligible to claim against this sub-fund have submitted claims accounting for 78% of the total available workweeks to be claimed.
- As to the second flat sum settlement sub-fund, as of July 31, 2008, 65% of the persons eligible to claim against this sub-fund have submitted claims.

### IV. CONCLUSION

Subject to the clarifying statements herein, Defendant joins Plaintiffs in asking the Court to grant final approval of the settlement.

DATED: July 31, 2008

SEYFARTH SHAW LLP

By: *Eden Andersen*
Diana Tabacopoulos
Eden Anderson

Attorneys for Defendant
CHARLES SCHWAB & CO., INC.

SF1 28330321.1 / 24400-000085