SEYFARTH SHAW LLP
Diana Tabacopoulos (SBN 128238) dtabacopoulos@seyfarth.com
2029 Century Park East, Suite 3300
Los Angeles, California 90067-3063
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

SEYFARTH SHAW LLP
Eden E. Anderson (SBN 233464) eanderson@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
CHARLES SCHWAB & CO., INC.

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA YOUNG, MIKE SAFAIE, and JANICE KEVARI, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>    v.<br><br>CHARLES SCHWAB & CO., INC.,<br><br>            Defendant. | Case No. C 07-2828 CW<br><br>**DECLARATION OF EDEN E. ANDERSON REGARDING COMPLIANCE WITH NOTICE REQUIREMENTS OF CLASS ACTION FAIRNESS ACT**<br><br>Date:  August 21, 2008<br>Time:  2:00 p.m.<br>Judge:  Hon. Claudia Wilken<br>Dept.  2 |

I, Eden E. Anderson, declare:

1.      I am an attorney at law duly licensed to practice in the State of California and a member of the bar of this Court. I am an associate with the firm of Seyfarth Shaw LLP, the attorneys of record for Defendant Charles Schwab & Co., Inc. ("Schwab") in this matter. I have personal knowledge of the facts stated herein and if called as a witness, could and would testify competently to them.

2.      On April 11, 2008, and in compliance with the notice requirements of the Class Action Fairness Act of 2005, 28 U.S.C. § 1715 ("CAFA"), notice of the proposed settlement in the above captioned matter was sent to the U.S. Attorney General and the Attorney Generals of the states and territories within which Schwab does business and employs, or employed, putative

1  class members. A true and correct copy of the CAFA notice letter and its proof of service is

2  attached as Exhibit A.

3         3.      Accompanying the CAFA notice letter was a CD containing the following nine

4  documents, all but the last of which are already in the Court's file: (1) Plaintiff Linda Young's

5  original May 31, 2007 Complaint; (2) Plaintiffs Linda Young and Mike Safaie's August 3, 2007

6  First Amended Complaint; (3) the Court's March 6, 2008 Order to File Second Amended

7  Complaint and Second Amended Complaint; (4) Plaintiffs Linda Young, Mike Safaie, and Janice

8  Kevari's February 7, 2008 Unopposed Notice of Motion and Unopposed Motion for Preliminary

9  Approval of Class Action Settlement; (5) the parties' February 7, 2008 Joint Stipulation of

10  Settlement and Release; (6) the Court's March 13, 2008 Minute Order; (7) Notice of Pendency of

11  Class Action and Opportunity to Opt-In, Proposed Settlement, and Hearing Date for Court

12  Approval; Consent to Join and Claim Form; (8) the Court's April 2, 2008 Order Granting

13  Preliminary Approval of Class Action Settlement; Adopting The Special Master's Report,

14  Findings and Recommendations, And Setting Final Approval Hearing; and (9) a spreadsheet of

15  class members' names, states of residence, and estimated share of settlement proceeds.

16         4.      The CAFA notice included all materials and information required by CAFA, 28

17  U.S.C. § 1715(b)(1)-(8).

18         5.      Other than two notices of acknowledgment of receipt from the offices of the

19  Attorneys General of Washington state and Oklahoma, no substantive responses have been

20  received to the CAFA notice.

21        I declare under penalty of perjury under the laws of the United States of America and the

22  state of California that the foregoing is true and correct. Executed this 31 day of July 2008, at

23  San Francisco, California.

24

25  _____
            Eden E. Anderson

26

27  SF1 28329348.1 / 24400-000085

28

Anderson Declaration Re CAFA Compliance - C 07-2828 CW

Exhibit A



SEYFARTH
ATTORNEYS SHAW LLP

560 Mission Street, Suite 3100

San Francisco, California 94105

(415) 397-2823

fax (415) 397-8549

www.seyfarth.com

415-544-1021

EAnderson@seyfarth.com

April 11, 2008

The Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, D.C. 20530-0001

The State Officials (identified on attached Exhibit A)

> **Re:**   ***Young, et al. v. Charles Schwab & Co., Inc.***
> **Case No. C 07:2828 CW**
> **Notification under the Class Action Fairness Act**

Dear Madam or Sir:

We are writing on behalf of Charles Schwab & Co., Inc. ("Schwab"), the Settling Defendant in *Young et al. v. Charles Schwab & Co., Inc.* Case No. C 07:2828 CW (N.D. Cal.) ("the *Young* class action"), to provide notice of a proposed class action settlement pursuant to the requirements of the Class Action Fairness Act of 2005.

The proposed settlement resolves the *Young* class action, brought by named Plaintiffs Linda Young, Michael Safaie, and Janice Kevari. In the Second Amended Complaint, Plaintiff Young alleges that Schwab violated the Fair Labor Standards Act (Title 29 U.S.C. § 201 *et seq.*) by failing to pay its Branch Client Service Specialist employees ("CSS employees") overtime pay. Plaintiffs Safaie and Kevari allege that Schwab violated California laws, and the laws (where applicable) of other jurisdictions within which Schwab employs CSS employees pertaining to overtime pay, the provision of meal and rest periods, and the time and form of wage payments. Plaintiffs Safaie and Kevari also allege a claim for unfair business practices under California's Business and Professions Code § 17200 *et seq.* Schwab denies any liability or wrongdoing of any kind associated with the claims alleged.

Pursuant to 28 U.S.C. § 1715(b)(1)-(8), the following documents and information specifically required to be disclosed are provided on the enclosed CD:

1.  <u>Original Complaint</u>. On May 31, 2007, Plaintiff Young filed her original Complaint in the United States District Court for the Northern District of California.



2.   <u>First Amended Complaint</u>. On August 3, 2007, Plaintiffs Young and Safaie filed their First Amended Complaint in the United States District Court for the Northern District of California.

3.   <u>Stipulation and Order to File Second Amended Complaint and Second Amended Complaint</u>. On March 6, 2008, the Hon. Claudia Wilken, pursuant to the parties' stipulation, ordered that Plaintiffs Young, Safaie, and Kevari file their Second Amended Complaint. The Second Amended Complaint was filed on March 6, 2008.

4.   <u>Unopposed Notice of Motion and Unopposed Motion for Preliminary Approval of Class Action Settlement</u>. On February 7, 2008, Plaintiffs filed their Unopposed Motion for Preliminary Approval of Proposed Settlement and Notice of same.

5.   <u>Joint Stipulation of Settlement and Release</u>. On February 7, 2008, the parties filed a Joint Stipulation of Settlement and Release, providing the Court with the proposed terms of settlement. Exhibits to this document are included in Item 7 below.

6.   <u>Minute Order</u>. On March 13, 2008, the Hon. Claudia Wilken issued a Minute Order, tentatively granting the Motion for Preliminary Approval, but directing the parties to revise the proposed class notice and resubmit same for consideration. The Court additionally set August 21, 2008 as the date for a Final Approval Hearing.

7.   <u>Notice of Pendency of Class Action and Opportunity to Opt-In, Proposed Settlement, and Hearing Date for Court Approval; Consent to Join and Claim Form</u>. Proposed notice language to class members of the settlement is included in the foregoing documents, the contents of which were preliminarily approved by the Court on April 2, 2008.

8.   <u>Order Granting Preliminary Approval of Class Action Settlement; Adopting The Special Master's Report, Findings and Recommendations, And Setting Final Approval Hearing</u>. On April 2, 2008, the Hon. Claudia Wilken issued an Order granting preliminary approval of the settlement, adopting the special master's report, findings and recommendations, and setting a final approval hearing.

9.   <u>Class Member Names, States of Residence, and Estimated Share of Settlement Proceeds</u>: A chart listing class members and their respective states of residence is furnished on the accompanying CD. The estimated proportionate share of the claims of such members to the entire $2,150,000 settlement is as follows. Class members employed in California between May 31, 2003 and September 30, 2005 will receive approximately $50 for *each week* worked. Class members employed outside of California will receive approximately $25 for *each week* worked between the start of the statutory period for the state in which they were employed and September 30, 2005. This difference is attributable to California's more favorable law. (The accompanying chart also lists total work weeks during the applicable limitations period for each class member, enabling an approximation of each class member's



estimated recovery.)  Additionally, class members, regardless of residence, will receive a flat sum of approximately $435 if they worked anytime between October 1, 2005 and April 2, 2008.  (The accompanying chart provides a "yes" or "no" indication as to whether each class member worked between October 1, 2005 and April 2, 2008).

The foregoing constitutes all materials required to be disclosed under 28 U.S.C. § 1715(b)(1)-(8) as of the date of this notice letter.

Sincerely,

SEYFARTH SHAW LLP

Eden Anderson

Encl.

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 560 Mission Street, Suite 3100, San Francisco, California 94105. On April 11, 2008, I served the within document(s):

### LETTER ADVICE OF SETTLEMENT OF CLASS ACTION

☐ I sent such document from facsimile machine (415) 397-8549. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine (415) 397-8549 which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed Federal Express envelope with postage paid on account and deposited with Federal Express at San Francisco, California, addressed as set forth below.

### SEE ATTACHED SERVICE LIST

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on April 11, 2008, at San Francisco, California.

_____
Marlies Hensel

# SERVICE LIST

ATTORNEY GENERAL OF THE UNITED STATES – MICHAEL B. MUKASEY, ESQ.
UNITED STATES OFFICE OF THE ATTORNEY GENERAL
U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE NW
WASHINGTON, D.C. 20530-0001

ALABAMA
TROY KING, ESQ.
ALABAMA OFFICE OF THE ATTORNEY GENERAL
ALABAMA STATE HOUSE
11 S. UNION ST., 3RD FL.
MONTGOMERY, AL 36130-2102

ALASKA
TALIS J. COLBERG, ESQ.
ALASKA DEPARTMENT OF LAW
P.O. BOX 110300
JUNEAU, AK 99811-0300

ARIZONA
TERRY GODDARD, ESQ.
ARIZONA OFFICE OF THE ATTORNEY GENERAL
1275 W. WASHINGTON ST.
PHOENIX, AZ 85007-2926

ARKANSAS
DUSTIN MCDANIEL, ESQ.
ARKANSAS OFFICE OF THE ATTORNEY GENERAL
323 CENTER ST., STE. 200
LITTLE ROCK, AR 72201-2610

CALIFORNIA
EDMUND G. BROWN, JR., ESQ.
CALIFORNIA ATTORNEY GENERAL
PUBLIC INQUIRY UNIT
P. O. BOX 944255
SACRAMENTO, CA 94244-2550

COLORADO
JOHN W. SUTHERS, ESQ.
COLORADO OFFICE OF THE ATTORNEY GENERAL
1525 SHERMAN ST., 5TH FL.
DENVER, CO 80203-1714

CONNECTICUT
RICHARD BLUMENTHAL, ESQ.
CONNECTICUT OFFICE OF THE ATTORNEY GENERAL
55 ELM ST.
HARTFORD, CT 96106-1746

DELAWARE
BEAU BIDEN, ESQ.
DELAWARE OFFICE OF THE ATTORNEY GENERAL
CARVEL STATE OFFICE BUILDING
820 N. FRENCH ST.
WILMINGTON, DE 19801-3509

DISTRICT OF COLUMBIA
PETER J. NICKLES, ESQ.
DISTRICT OF COLUMBIA OFFICE OF THE ATTORNEY GENERAL
ONE JUDICIARY SQUARE
441 4TH STREET NW, STE. 1060N
WASHINGTON, D.C. 20001

FLORIDA
BILL MCCOLLUM, ESQ.
FLORIDA OFFICE OF THE ATTORNEY GENERAL
THE CAPITOL PL-01
TALLAHASSEE, FL 32399-1050

GEORGIA
THURBERT E. BAKER, ESQ.
GEORGIA OFFICE OF THE ATTORNEY GENERAL
40 CAPITOL SQ SW
ATLANTA, GA 30334-9003

HAWAII
MARK J. BENNETT, ESQ.
HAWAII OFFICE OF THE ATTORNEY GENERAL
425 QUEEN ST.
HONOLULU, HI 96813-2903

IDAHO
LAWRENCE WASDEN, ESQ.
IDAHO OFFICE OF THE ATTORNEY GENERAL
700 W. STATE ST.
P. O. BOX 83720
BOISE, ID 83720-0010

ILLINOIS
LISA MADIGAN, ESQ.
ILLINOIS OFFICE OF THE ATTORNEY GENERAL
100 W. RANDOLPH ST., STE. 12
CHICAGO, IL 60601-3218

INDIANA
STEPHEN CARTER, ESQ.
INDIANA OFFICE OF THE ATTORNEY GENERAL
INDIANA GOVERNMENT CENTER SOUTH
302 W. WASHINGTON ST.
INDIANAPOLIS, IN 46204-4701

IOWA
TOM MILLER, ESQ.
IOWA OFFICE OF THE ATTORNEY GENERAL
1305 E. WALNUT ST.
DES MOINES, IA 50319-0106

KANSAS
STEPHEN SIX, ESQ.
KANSAS OFFICE OF THE ATTORNEY GENERAL
MEMORIAL HALL, 2ND FL.
120 SW 10TH STREET
TOPEKA, KS 66612-1597

KENTUCKY
JACK CONWAY, ESQ.
KENTUCKY OFFICE OF THE ATTORNEY GENERAL
THE CAPITOL, SUITE 118
700 CAPITOL AVE.
FRANKFORT, KY 40601-3449

LOUISIANA
JAMES D. "BUDDY" CALDWELL, ESQ.
LOUISIANA OFFICE OF THE ATTORNEY GENERAL
1885 N. 3RD ST.
BATON ROUGE, LA 70802-5146
P.O. BOX 94005
BATON ROUGE, LA 70804

MAINE
G. STEVEN ROWE, ESQ.
MAINE OFFICE OF THE ATTORNEY GENERAL
6 STATE HOUSE STATION
AUGUSTA, ME 04333-0006

MARYLAND
DOUGLAS F. GANSLER, ESQ.
MARYLAND OFFICE OF THE ATTORNEY GENERAL
200 SAINT PAUL PL.
BALTIMORE, MD 21202-2004

MASSACHUSETTS
MARTHA COAKLEY, ESQ.
MASSACHUSETTS OFFICE OF THE ATTORNEY GENERAL
1 ASHBURTON PL.
BOSTON, MA 02108-1518

MICHIGAN
MIKE COX, ESQ.
MICHIGAN OFFICE OF THE ATTORNEY GENERAL
G. MENNEN WILLIAMS BUILDING, 7TH FL.
525 W. OTTAWA ST.
P.O. BOX 30212
LANSING, MI 48933-1067

MINNESOTA
LORI SWANSON, ESQ.
MINNESOTA OFFICE OF THE ATTORNEY GENERAL
1400 BREMER TOWER
455 MINNESOTA ST.
SAINT PAUL, MN 55101-2190

MISSISSIPPI
JIM HOOD, ESQ.
MISSISSIPPI OFFICE OF THE ATTORNEY GENERAL
WALTER SILLERS BUILDING
550 HIGH STREET, STE. 1200
JACKSON, MS 39201-3418

MISSOURI
JEREMIAH W. NIXON, ESQ.
MISSOURI OFFICE OF THE ATTORNEY GENERAL
SUPREME COURT BUILDING
207 W. HIGH ST.
P.O. BOX 899
JEFFERSON CITY, MO 65102-0899

NEBRASKA
JON BRUNING, ESQ.
NEBRASKA OFFICE OF THE ATTORNEY GENERAL
2115 STATE CAPITOL
LINCOLN, NE 68509-0000

NEVADA
CATHERINE CORTEZ MASTO, ESQ.
NEVADA OFFICE OF THE ATTORNEY GENERAL
NEVADA DEPARTMENT OF JUSTICE
100 N. CARSON ST.
CARSON CITY, NV 89701-4717

NEW HAMPSHIRE
KELLY A. AYOTTE, ESQ.
NEW HAMPSHIRE OFFICE OF THE ATTORNEY GENERAL
33 CAPITOL ST.
CONCORD, NH 03301-6310

NEW JERSEY
ANNE MILGRAM, ESQ.
NEW JERSEY OFFICE OF THE ATTORNEY GENERAL
RICHARD J. HUGHES JUSTICE COMPLEX (HJO)
8TH FL., WEST WING
25 MARKET ST.
P.O. BOX 080
TRENTON, NJ 08625-0080

NEW MEXICO
GARY KING, ESQ.
NEW MEXICO OFFICE OF THE ATTORNEY GENERAL
408 GALISTEO ST.
VILLAGRA BUILDING
SANTA FE, NM 87501
P.O. DRAWER 1508
SANTA FE, NM 87504-1508

NEW YORK
ANDREW M. CUOMO, ESQ.
NEW YORK OFFICE OF THE ATTORNEY GENERAL
THE CAPITOL
ALBANY, NY 12224-0341

NORTH CAROLINA
ROY COOPER, ESQ.
NORTH CAROLINA OFFICE OF THE ATTORNEY GENERAL
9001 MAIL SERVICE CTR.
RALEIGH, NC 27699-9001

OHIO
MARC DANN, ESQ.
OHIO OFFICE OF THE ATTORNEY GENERAL
STATE OFFICE TOWER
30. E. BROAD ST., 17TH FL.
COLUMBUS, OH 43215-3428

OKLAHOMA
W.A. DREW EDMONDSON, ESQ.
OKLAHOMA OFFICE OF THE ATTORNEY GENERAL
313 N.E. 21ST ST.
OKLAHOMA CITY, OK 73105-4801

OREGON
HARDY MYERS, ESQ.
OREGON OFFICE OF THE ATTORNEY GENERAL
OREGON DEPARTMENT OF JUSTICE
1162 COURT ST. NE
SALEM, OR 97301-4096

PENNSYLVANIA
TOM CORBETT, ESQ.
PENNSYLVANIA OFFICE OF THE ATTORNEY GENERAL
16TH FL.
STRAWBERRY SQUARE
HARRISBURG, PA 17120-0001

RHODE ISLAND
PATRICK C. LYNCH, ESQ.
RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL
150 S. MAIN ST.
PROVIDENCE, RI 02903-2907

SOUTH CAROLINA
HENRY MCMASTER, ESQ.
SOUTH CAROLINA OFFICE OF THE ATTORNEY GENERAL
REMBERT DENNIS BUILDING
1000 ASSEMBLY ST., ROOM 519
COLUMBIA, SC 29201
P.O. BOX 11549
COLUMBIA, SC 29211-1549

TENNESSEE
ROBERT E. COOPER, JR., ESQ.
TENNESSEE OFFICE OF THE ATTORNEY GENERAL
P.O. BOX 20207
NASHVILLE, TN 37202-0207

TEXAS
GREG ABBOTT, ESQ.
TEXAS OFFICE OF THE ATTORNEY GENERAL
STATE CAPITOL COMPLEX
300 W. 15TH ST.
AUSTIN, TX 78701
P.O. BOX 12548
AUSTIN, TX 78711-2548

UTAH
MARK L. SHURTLEFF, ESQ.
UTAH OFFICE OF THE ATTORNEY GENERAL
UTAH STATE CAPITOL COMPLEX
350 NORTH STATE ST., STE. 230
P.O. BOX 142320
SALT LAKE CITY, UT 84114-2320

VERMONT
WILLIAM H. SORRELL, ESQ.
VERMONT OFFICE OF THE ATTORNEY GENERAL
109 STATE ST.
MONTPELIER, VT 05609-1001

VIRGINIA
BOB MCDONNELL, ESQ.
VIRGINIA OFFICE OF THE ATTORNEY GENERAL
900 E. MAIN ST.
RICHMOND, VA 23219-3548

WASHINGTON
ROB MCKENNA, ESQ.
WASHINGTON OFFICE OF THE ATTORNEY GENERAL
1125 WASHINGTON ST.
P.O. BOX 40100
OLYMPIA, WA 98504-0100

WEST VIRGINIA
DARRELL V. MCGRAW, JR., ESQ.
WEST VIRGINIA OFFICE OF THE ATTORNEY GENERAL
STATE CAPITOL COMPLEX
BUILDING 1, ROOM E-26
CHARLESTON, WV 25305-0009

WISCONSIN
J.B. VAN HOLLEN, ESQ.
WISCONSIN OFFICE OF THE ATTORNEY GENERAL
WISCONSIN DEPARTMENT OF JUSTICE
P.O. BOX 7857
MADISON, WI 53707-7857

PUERTO RICO
ROBERTO J. SÁNCHEZ RAMOS, ESQ.
PUERTO RICO DIRECCIÓN POSTAL
DIRECCIÓN POSTAL
P.O. BOX 9020192
SAN JUAN, PR 00902-0192

SF1 28318027.1 / 24400-000085