1  DOSTART CLAPP GORDON & COVENEY
   James F. Clapp (SBN 145814)
2  jclapp@sdlaw.com
   4370 La Jolla Village Drive, Suite 970
3  San Diego, California 92122
   Telephone: (858) 623-4200
4  Facsimile: (858) 623-4299

5
   McINERNEY & JONES
6  Kevin J. McInerney (SBN 46941)
   Kevin@mcinerneylaw.net
7  Charles A. Jones (SBN 224915)
   caj@mcinerneylaw.net
8  18124 Wedge Parkway #503
9  Reno, Nevada 89511
   Telephone: (775) 849-3811
10 Facsimile: (775) 849-3866

11
   Attorneys for Plaintiffs
12 LINDA YOUNG, MIKE SAFAIE, and JANICE KEVARI

13 Additional counsel listed on following page.

14

15           UNITED STATES DISTRICT COURT

16           NORTHERN DISTRICT OF CALIFORNIA

17

18 **LINDA YOUNG, MIKE SAFAIE** and      ) Case No.: C 07 2828 CW
   **JANICE KEVARI,** individually and on behalf )
19 of all others similarly situated,       )
                                           )
20                                         ) **DECLARATION OF CARYN DONLY**
                    Plaintiff,             )
21                                         )
                                           )
22        vs.                              )
                                           )
23 **CHARLES SCHWAB & CO., INC.**          )
                                           )
24                                         )
                    Defendant.             )
25                                         )
                                           )
26                                         )
                                           )
27 _____ )

28

DECLARATION OF CARYN DONLY

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SEYFARTH SHAW LLP
Diana Tabacopoulos (SBN: 128238)
dtabacopoulos@seyfarth.com
2029 Century Park East, Suite 3300
Los Angeles, California 90067-3063
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Attorneys for Defendant
CHARLES SCHWAB & CO., INC.

1    I, Caryn Donly declare as follows:

2        1.    I am a Senior Project Administrator for Rust Consulting, Inc. ("Rust"). My

3    business address is 625 Marquette Avenue, Suite 880, Minneapolis, Minnesota 55402-2469.  My

4    telephone number is 612-359-2811.  I am over twenty-one years of age and am authorized to make

5    this declaration on behalf of Rust and myself.

6        2.    Rust has extensive experience in class action matters, having provided services in

7    class action lawsuits affecting millions of class members in cases involving antitrust, securities

8    fraud, property damage, employment discrimination, employment wage and hour, product

9    liability, insurance and consumer issues.  We have provided notification and/or claims

10   administration services in more than 1,200 cases. Of these, more than 450 were labor &

11   employment cases.

12       3.    Rust was engaged by Counsel to provide notification and administrative services in

13   the *Linda Young, et al. v. Charles Schwab & Co., Inc* Settlement ("Settlement").  Duties included:

14   a) using the data provided by Schwab to prepare the Claim Forms; b) mailing the Notice of

15   Pendency of Class Action and Opportunity to Opt In, Proposed Settlement, and Hearing Date for

16   Court Approval ("Class Notice"), Consent to Join Settlement and Claim Forms ("Claim Forms"),

17   and Exclusion Forms; c) tracking returned Claim Forms and Exclusion Forms; d) notifying

18   Schwab and Class Counsel of timely and untimely claims; e) calculating the amounts due to each

19   Class Member pursuant to the Settlement; f) notifying Schwab and Class Counsel of and resolving

20   any disputes regarding claims by the Class Members; and for such other tasks as the Parties

21   mutually agree or the Court orders to perform.

22       4.    Rust obtained a mailing address of Schwab Claims Administrator c/o Rust

23   Consulting, Inc. P.O. Box 9442, Minneapolis, Minnesota 55440-9442 to receive Claim Forms,

24   Exclusion Forms, and undeliverable Class Notices.

25       5.    Rust obtained a phone number of 1-866-903-1223 for Class Members to call with

26   questions regarding the Settlement.  As of this date, Rust has received 329 phone calls from Class

27   Members with questions about the Settlement.

28

DECLARATION OF CARYN DONLY

1      6.      Rust received text for the Class Notice, Claim Form, and Exclusion Form from

2   Counsel for the Parties. A draft of the Class Notice and accompanying Claim and Exclusion

3   Forms were prepared by Rust and approved by the Parties.

4      7.      On or about April 11, 2008, Counsel for Schwab provided Rust with a mailing list

5   (the "Class List") containing the Class Members' names, last known addresses, social security

6   numbers, phone numbers and the number of weeks worked during the Class Period. The Class

7   List contained data for 852 potential Class Members.

8      8.      The mailing addresses contained in the Class List were processed and updated

9   utilizing the National Change of Address Database ("NCOA") maintained by the U.S. Postal

10  Service. The NCOA contains requested changes of address filed with the U.S. Postal Service. In

11  the event that any Class Member had filed a U.S. Postal Service change of address request, the

12  address listed with the NCOA would be utilized in connection with the mailing of the Class Notice

13     9.      On May 2, 2008, Class Notices were mailed to 852 Class Members contained in the

14  Class List via First Class mail. The Notice advised Class Members that they could submit a Claim

15  Form or Exclusion Form post-marked by July 31, 2008. Of the 852 Class Members, 506 began

16  their employment with Schwab prior to October 1, 2005 and are members of Subclass 1. The

17  remaining 346 Class Members began their employment on or after October 1, 2005, and are

18  members only of Subclass 2. Of the 506 Class Members that began their employment prior to

19  October 1, 2005, 305 were still employed after that date; therefore they are also members of

20  Subclass 2.

21     10.     On June 16, 2008, reminder postcards were mailed to 491 Class Members via First

22  Class mail who had not submitted either a Claim Form or an Exclusion Form as of that date.

23     11.     On July 7, 2008, a supplemental mailing containing Class Notices, Claim Forms

24  and Exclusion Forms were re-mailed via First Class mail to 450 Class Members who had not

25  responded to the initial Class Notice as of that date. This mailing also included a cover letter

26  encouraging Class Members to participate.

27     12.     On or about July 23, 2008, an outbound calling campaign was initiated to attempt

28  to contact 368 Class Members who had not responded to either the initial mailing, the reminder

1   postcard or the supplemental mailing as of that date by submitting either a Claim Form or an

2   Exclusion Form.  Of the 368 Class Members to be contacted, 83 calls were not successful due to a

3   wrong number, disconnected number, or other factor preventing the Class Member from being

4   contacted.

5        13.    As of this date, Rust has received 37 undeliverable Class Notices.  Of the 37

6   undeliverable Class Notices, zero (0) were returned after the Claim Form deadline and were not

7   sent to trace.  Of the 37 undeliverable Class Notices, Rust performed address traces on 33

8   undeliverable Class Notices, as four (4) Class Members contacted Rust with an updated address

9   prior to the trace being performed.  The address trace utilizes the Class Members' name, previous

10  address and social security number for locating a current address.  Of the 33 traces performed, 33

11  updated addresses were obtained and Class Notices were promptly re-mailed to those Class

12  Members via First Class mail.  Of the 33 updated addresses mailed to from trace, three (3) were

13  returned as undeliverable.

14       14.    As of this date, one (1) Class Notice was returned by the post office with a

15  forwarding address attached.  The Class Notice and accompanying Claim Form and Exclusion

16  Form were promptly re-mailed to that Class Member via first class mail.

17       15.    Rust is responsible for receipt of all Claim Forms for the Settlement.  As of this

18  date, Rust has received 607 Claim Forms.  Of the 607 Claim Forms received, one (1) Class

19  Member is deceased and has been sent a Beneficiary Declaration Form.  Of the 607 Claim Forms

20  received, zero (0) were submitted past the postmarked deadline of July 31, 2008 and are

21  considered untimely.  Therefore, of the 607 Claim Forms received, 607 are considered valid and

22  timely and zero (0) are considered invalid and untimely.  Of the 607 Claim Forms received, 144

23  were from members of Subclass 1 only, 209 were from members of Subclass 2 only, and 254 were

24  from members of both Subclass 1 and Subclass 2.  The number of Subclass 1 claims represents

25  approximately 78.66% of all members of Subclass 1.  The number of Subclass 2 claims represents

26  approximately 71.43% of all members of Subclass 2.  The total number of valid and timely

27  postmarked all Claim Forms represents approximately 71.16% of all Class Members.  The timely

28

DECLARATION OF CARYN DONLY

1  postmarked Subclass 1 Claim Forms represent 27,942.41 work weeks claimed out of a total of

2  33,032.84 total work weeks for Subclass 1, which is approximately 84.59% of the total weeks.

3      16.    Rust is also responsible for receipt of all Exclusion Forms for the Settlement. As of

4  this date, Rust has received 35 Exclusion Forms. Of the Exclusion Forms received, 27 were

5  considered valid and timely, zero (0) were untimely and eight (8) were missing required

6  information and were deficient. As of this date, six (6) remain deficient as the Exclusion Forms

7  are missing the Class Members' social security number. Class Members that filed deficient

8  Exclusion Forms were sent a letter, along with a copy of the deficient Exclusion Form, and were

9  asked to supply the missing information. There are two (2) Class Members that still have the

10 opportunity to correct their Exclusion Form as their deadline to respond has not passed as of this

11 date.

12     17.    As of this date, zero (0) objections have been received by Rust.

13     18.    The total cost for the administration of this Settlement, including fees incurred and

14 future costs for completion of the administration, is $49,802.00.

15     20.    I declare under penalty of perjury under the laws of the State of California and the

16 United States that the above is true and correct to the best of my knowledge and that this

17 Declaration was executed this 15th day of August, 2008, at Minneapolis, MN.

18

19

20                                                    CARYN DONLY

21

22

23

24

25

26

27

28

DECLARATION OF CARYN DONLY

1  **PROOF OF SERVICE**
   **Linda Young and Mike Safaie, et al. v. Charles Schwab & Co., Inc**
2  **United States District Court, Northern District of California**
   **Case No.  C-07:2828 CW**
3
   _____

   I, the undersigned, declare as follows:
4
   I am employed in the County of Washoe, State of Nevada.
5
   I am over the age of eighteen (18) years and not a party to the within action; my business address
6  is 18124 Wedge Parkway, #503, Reno Nevada, 89511.

7  On August 15, 2008, I served the foregoing document(s) described as:

8            1.      DECLARATION OF CARYN DONLY

9   on all interested parties in this action addressed to the addressee as follows:

10  Diana Tabacopolous
    SEYFARTH SHAW LLP
11  One Century Plaza, Suite 3300
    2029 Century Park East
12  Los Angeles, CA 90067-3063
    DTabacopoulos@seyfarth.com
13

14  XX  By CM/ECF.  I electronically transmitted the attached document to the Clerk's Office using
    the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the above
15  CM/ECF registrant(s).

16          I declare under penalty of perjury under the laws of the State of California that the above
    is true and correct.
17
            Executed on August 15, 2008, at Reno, Nevada.
18

19                                 /s/ Jennifer Smith
                                   Jennifer Smith
20

21

22

23

24

25

26

27

28
   _____
                          **PROOF OF SERVICE**