**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**LINDA YOUNG, MIKE SAFAIE,** and **JANICE KEVARI** individually and on behalf of all others similarly situated,

Plaintiff,

v.

**CHARLES SCHWAB & CO., INC.**

Defendant.

Case No. C 07:2828 CW

**[PROPOSED] ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND JUDGMENT THEREON**

Honorable Claudia Wilken

On August 21, 2008, the Court heard plaintiffs' unopposed motion for final approval of the class action settlement ("Settlement") in the above-captioned action. After reviewing plaintiffs' briefs, and after hearing arguments of counsel, the Court finds and orders as follows:

1. For the purposes of this Order, the Court adopts all defined terms as set forth in the Joint Stipulation of Settlement and Release ("Stipulation"), previously filed with this Court on March 5, 2008 (Docket No. 33).

2. This Court has jurisdiction over the subject matter of this litigation and over all parties and Class Members in this litigation.

3. The Court finds that the distribution of the Notice of Class Action Settlement as provided in the Stipulation constituted the best notice practicable under the circumstances and fully met the requirements of due process.

4. The Court finds that no Class Members have objected to the Settlement. Only 27 Class Members, representing approximately .032% of the Class, have timely requested exclusion from the Settlement. Approximately 71.16% of the Class Members have filed claims, and Class Members worked approximately 84.59% of the total weeks worked by Class Members prior to reclassification to non-exempt status. Accordingly, the Court finds that the Class views the Settlement favorably.

5. The Court finds that the Settlement was the product of protracted, arm's-length negotiations between experienced counsel, facilitated by a respected mediator. After considering the defendant's exposure, the plaintiffs' likelihood of success on their claims, the risk, expense, complexity, and delay associated with further litigation, the risk of maintaining class certification through trial, the experience and views of Class Counsel, and the reaction of the Class to the Settlement, as well as other relevant factors, the Court finds that the Settlement is fair, reasonable, and in the best interests of the Class and hereby grants final approval of the Settlement. Plaintiffs and defendant are ordered to carry out the Settlement as provided in the Stipulation and claims against the defendant are dismissed and are released pursuant to the terms of the Stipulation.

Dated: ______________________

______________________________
Honorable Claudia Wilken
United States District Court
Northern District of California

**PROOF OF SERVICE**
**Linda Young and Mike Safaie, et al. v. Charles Schwab & Co., Inc**
**United States District Court, Northern District of California**
**Case No. C-07:2828 CW**

I, the undersigned, declare as follows:

I am employed in the County of Washoe, State of Nevada.

I am over the age of eighteen (18) years and not a party to the within action; my business address is 18124 Wedge Parkway, #503, Reno Nevada, 89511.

On August 18, 2008, I served the foregoing document(s) described as:

1. [PROPOSED] ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND JUDGMENT THEREON

on all interested parties in this action addressed to the addressee as follows:

Diana Tabacopolous
SEYFARTH SHAW LLP
One Century Plaza, Suite 3300
2029 Century Park East
Los Angeles, CA 90067-3063
DTabacopoulos@seyfarth.com

XX By CM/ECF. I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the above CM/ECF registrant(s).

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 18, 2008, at Reno, Nevada.

/s/ Jennifer Smith
Jennifer Smith