James F. Clapp, Esq., SBN 145814
DOSTART CLAPP GORDON & COVENEY
4370 La Jolla Village Drive, Suite 970
San Diego, CA 92122
Telephone:    (858) 623-4200
Facsimile:    (858) 623-4299
jclapp@sdlaw.com

Kevin J. McInerney, Esq., SBN 46941
Kelly McInerney, Esq., SBN 200017
Charles A. Jones, Esq., SBN 224915
MCINERNEY & JONES
18124 Wedge Parkway #503
Reno, NV 89511
Telephone:    (775) 849-3811
Facsimile:    (775) 849-3866
kevin@mcinerneylaw.net
kelly@mcinerneylaw.net
caj@mcinerneylaw.net

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA YOUNG, MIKE SAFAIE, and JANICE KEVARI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CHARLES SCHWAB & CO., INC.<br><br>Defendant. | Case No. C 07:2828 CW<br><br>NOTICE OF FILING OF 262 CONSENT TO JOIN FORMS<br><br>Judge: Honorable Claudia Wilken |

1
NOTICE OF FILING OF 262 CONSENT TO JOIN FORMS

1 | The attached 262 Consent to Join forms are hereby submitted for filing with this Court. A complete list containing the name of each class member who submitted a form is attached hereto as Exhibit A. The Consent to Join forms are attached hereto as Exhibits B-G.

DATED: August 20, 2008              MCINERNEY & JONES


                                    By: /s/  Kevin J. McInerney
                                         Kevin J. McInerney, Esq.
                                         *Attorneys for Plaintiffs*

**PROOF OF SERVICE**
Linda Young, Mike Safaie, and Janice Kevari, et al. v. Charles Schwab & Co., Inc
United States District Court, Northern District of California
Case No. C-07:2828 CW

I, the undersigned, declare as follows:

I am employed in the County of Washoe, State of Nevada.

I am over the age of eighteen (18) years and not a party to the within action; my business address is 18124 Wedge Parkway, #503, Reno Nevada, 89511.

On August 20, 2008, I served the foregoing document(s) described as:

        1.    NOTICE OF FILING OF 262 CONSENT TO JOIN FORMS

on all interested parties in this action addressed to the addressee as follows:

Diana Tabacopolous
SEYFARTH SHAW LLP
One Century Plaza, Suite 3300
2029 Century Park East
Los Angeles, CA 90067-3063
DTabacopoulos@seyfarth.com


<u>XX</u>  By CM/ECF. I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the above CM/ECF registrant(s).

      I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

      Executed on August 20, 2008, at Reno, Nevada.

                                    /s/ Jennifer Smith
                                    Jennifer Smith