# EXHIBIT A

| LastName | FirstName | CFNumber | ReceivedDate |
|---|---|---|---|
| ADDISON | STEPHANIE L | CF000444 | 7/14/2008 |
| ALLEN | REBECCA L. | CF000418 | 7/11/2008 |
| ANDERSON | KEVIN A. | CF000575 | 8/4/2008 |
| ANDREWS | CASIE RENA | CF000523 | 7/28/2008 |
| ANTONIO | VICTOR ADRIAN SALES | CF000489 | 7/22/2008 |
| ARRAS MORENO | ARACELI | CF000571 | 8/4/2008 |
| ASKEW | DARRYL C | CF000605 | 8/4/2008 |
| BAILES | CHRISTINA K | CF000533 | 7/29/2008 |
| BAKER | RETA L | CF000430 | 7/14/2008 |
| BAKER | DAVID E. | CF000507 | 7/25/2008 |
| BAKER | BRIDGET L | CF000573 | 8/4/2008 |
| BALDIVIA | ERINLEIGH L. | CF000357 | 6/23/2008 |
| BALDWIN | SYLVIA | CF000567 | 8/4/2008 |
| BARHAM | JONNA K | CF000485 | 7/22/2008 |
| BARKER | KENYA N. | CF000539 | 7/31/2008 |
| BARRAFORD | EULALIE | CF000368 | 6/26/2008 |
| BARRY | AMY L | CF000370 | 6/27/2008 |
| BARTLETT | PENI M | CF000552 | 8/1/2008 |
| BATUTIS | KIMBERLY C | CF000602 | 8/4/2008 |
| BAUMAN | NANCY H | CF000416 | 7/10/2008 |
| BAUTISTA | GLENDA F. | CF000393 | 7/3/2008 |
| BAY | LORETTA C WELLS | CF000355 | 6/23/2008 |
| BEDFORD | KAREN A | CF000407 | 7/7/2008 |
| BELTRAN | JOSEPH | CF000377 | 6/30/2008 |
| BENTLEY | JOYCE A. | CF000543 | 7/31/2008 |
| BERARD | NICK S. | CF000505 | 7/25/2008 |
| BLAISDELL | ANDREA | CF000403 | 7/7/2008 |
| BLANKSON | RACHEL E | CF000382 | 6/30/2008 |
| BLUM | JASON H | CF000465 | 7/17/2008 |
| BRADLEY | CAROL P. | CF000520 | 7/28/2008 |
| BREUNIG | JUDALYN | CF000554 | 8/1/2008 |
| BRUNO | REBECCA L | CF000449 | 7/14/2008 |
| BRYANT | JADA L. | CF000502 | 7/25/2008 |
| BUDAK | SUZAN A | CF000466 | 7/17/2008 |
| BULLOCK | JUNE A. | CF000488 | 7/22/2008 |
| CAMPAGNA | MELISSA A | CF000481 | 7/18/2008 |
| CANONICA | ELIZABETH A. | CF000453 | 7/15/2008 |
| CARSTENS-MORELL | CANDICE J. | CF000510 | 7/28/2008 |
| CARVALHO | SHAWN J. | CF000492 | 7/22/2008 |
| CASTILLO | HILDA | CF000373 | 6/30/2008 |
| CESTONE | MICHAEL S. | CF000459 | 7/15/2008 |
| CHENG | HELEN C | CF000435 | 7/14/2008 |
| CIMINO | PEGGY J | CF000406 | 7/8/2008 |
| CONNE | DONNA R | CF000400 | 7/7/2008 |
| CONNELLAN | JAMES B. | CF000536 | 7/30/2008 |
| CORBY | JENNIFER M | CF000548 | 7/31/2008 |
| CORNELL | CAROL ADAMS | CF000411 | 7/7/2008 |
| CORRALES | MARTIN | CF000413 | 7/10/2008 |
| CORRIGAN | KEVIN T | CF000544 | 7/31/2008 |
| DALY | LAURA T | CF000414 | 7/10/2008 |
| DAVIS | KATHY L | CF000458 | 7/14/2008 |
| DAVIS | DERRA DIANE | CF000501 | 7/24/2008 |
| DAVIS | BENJAMIN | CF000559 | 8/1/2008 |
| DAWSON | COURTNEY LEIGH | CF000349 | 6/20/2008 |

| LastName | FirstName | CFNumber | ReceivedDate |
|---|---|---|---|
| DIHMES | MONICA | CF000532 | 7/29/2008 |
| EARLY | BRIANNE MARY | CF000354 | 6/23/2008 |
| ELLINGER | DOUGLAS J | CF000451 | 7/15/2008 |
| ELLISON | SETH A | CF000566 | 8/4/2008 |
| ESPIRITU | PETER N | CF000482 | 7/22/2008 |
| EVANS | J C | CF000471 | 7/18/2008 |
| EVERY-CALDERON | CARA | CF000512 | 7/28/2008 |
| FAZNAN | JASMINE | CF000428 | 7/14/2008 |
| FENG | ZE G | CF000420 | 7/11/2008 |
| FERNANDEZ | JERRY P | CF000580 | 8/4/2008 |
| FISHER | ELESE O. | CF000431 | 7/14/2008 |
| FLOOD | ALYSSA D | CF000374 | 6/30/2008 |
| FU | JU-CHIN | CF000473 | 7/18/2008 |
| FUENTES | LAURA EVELYN | CF000401 | 7/7/2008 |
| FULLER | SHEILA J | CF000561 | 8/1/2008 |
| GANT | BEVERLY A. | CF000429 | 7/14/2008 |
| GANTER | ROBERT J | CF000550 | 7/31/2008 |
| GENTILE | THOMAS | CF000545 | 7/31/2008 |
| GILL | JOSEPH R | CF000437 | 7/14/2008 |
| GLASS | BRYAN S | CF000514 | 7/28/2008 |
| GLASSBERG | STEVEN | CF000442 | 7/14/2008 |
| GOMEZ-LEWIS | CLARA | CF000556 | 8/1/2008 |
| GONZALEZ | KATHLEEN L | CF000530 | 7/28/2008 |
| GOODWIN | JANET M | CF000347 | 6/20/2008 |
| GRIZZARD | JEFFREY L | CF000412 | 7/10/2008 |
| GUERIN | LESLIE | CF000601 | 8/4/2008 |
| GUZIK | SARAH M | CF000484 | 7/22/2008 |
| HANNETT | TIFFANY L | CF000592 | 8/4/2008 |
| HARRIS | GUERRY C | CF000439 | 7/14/2008 |
| HARRIS | SAMIRA B. | CF000513 | 7/28/2008 |
| HART | BARBARA J. | CF000366 | 6/24/2008 |
| HART | LEAH D. | CF000570 | 8/4/2008 |
| HAWLEY | LEIA | CF000584 | 8/4/2008 |
| HEAD | DYANNE G. | CF000583 | 8/4/2008 |
| HESSLER | KAREN | CF000409 | 7/7/2008 |
| HEYWOOD | CAREY | CF000464 | 7/14/2008 |
| HIND | SARAH E | CF000569 | 8/4/2008 |
| HOGANAS | ROWELLYN M. | CF000378 | 6/30/2008 |
| HOM | JENNIE | CF000356 | 6/23/2008 |
| HOPKINS | NANCY A. | CF000383 | 7/3/2008 |
| HOVAV | ANAT | CF000521 | 7/28/2008 |
| HOWE | TREVOR R. | CF000371 | 6/27/2008 |
| IRVINE | CAROLYNN D | CF000424 | 7/14/2008 |
| ISHIHARA | BRIAN | CF000480 | 7/17/2008 |
| JACKSON | SHERRY L | CF000396 | 7/7/2008 |
| JAYASEKARA | DILANTHIE HARSHINIE | CF000448 | 7/14/2008 |
| JIMENEZ | IRIS A | CF000598 | 8/4/2008 |
| JOHNSON | REBECCA | CF000587 | 8/4/2008 |
| JONKE | MICHELLE DIANE | CF000417 | 7/10/2008 |
| KAFKA | PATSY J | CF000462 | 7/14/2008 |
| KEITH | ANDY P | CF000547 | 7/31/2008 |
| KELLUM | GWENDOLYN ANN | CF000441 | 7/14/2008 |
| KELLY | LOLA DENISE | CF000555 | 8/1/2008 |
| KHAN | MADIHA ASIF | CF000361 | 6/23/2008 |

| LastName | FirstName | CFNumber | ReceivedDate |
|---|---|---|---|
| KHAN | OSMAN RAFI | CF000362 | 6/23/2008 |
| KITCHENS | DEANN M. | CF000509 | 7/25/2008 |
| KLINE | DEVONA ANNETTE | CF000468 | 7/17/2008 |
| KNAPE | SUZANNE I | CF000386 | 7/3/2008 |
| KOE | CLINTON J | CF000364 | 6/23/2008 |
| KOONCE | CYNTHIA L | CF000579 | 8/4/2008 |
| KOPLAR | ZOE | CF000475 | 7/22/2008 |
| KOPPEL | JUSTIN S. | CF000421 | 7/11/2008 |
| KUBACKI | KRISTEN JOY | CF000352 | 6/20/2008 |
| KWONG | EVA C | CF000438 | 7/14/2008 |
| LACHMANSINGH | RYAN L | CF000600 | 8/4/2008 |
| LAHEY | RONDA J. | CF000392 | 7/3/2008 |
| LAM | EVA Y. | CF000443 | 7/14/2008 |
| LAM | WINIFRED P | CF000524 | 7/28/2008 |
| LARES | SILVIA A | CF000574 | 8/4/2008 |
| LAU | VANESSA Y. | CF000499 | 7/24/2008 |
| LAURO | TIFFANY S. | CF000348 | 6/20/2008 |
| LAWRENCE | DIANE H | CF000496 | 7/22/2008 |
| LEE | KAREN E | CF000404 | 7/8/2008 |
| LEONARD-CORCIA | JESSIE | CF000390 | 7/3/2008 |
| LEVESTON | ROBIN RENEE | CF000593 | 8/4/2008 |
| LEVINSON | BARBARA S. | CF000460 | 7/14/2008 |
| LICCIARDI JR. | ANDREW S | CF000498 | 7/24/2008 |
| LIN | MELODY Y. | CF000607 | 8/4/2008 |
| LOCKER | GREGORY | CF000445 | 7/14/2008 |
| LUKE | MICHELE | CF000591 | 8/4/2008 |
| MACKIN | TONYA ALLEN | CF000504 | 7/25/2008 |
| MACLACHLAN | LORI L | CF000582 | 8/4/2008 |
| MARINER | NATASCHA H | CF000426 | 7/14/2008 |
| MARTIN | PAMELA J | CF000490 | 7/22/2008 |
| MAYERS | SHEILA L. | CF000541 | 7/31/2008 |
| MCCARTAN | PATRICIA A | CF000402 | 7/7/2008 |
| MCCARTY | ANN | CF000385 | 7/3/2008 |
| MCDERMOTT | KERRY A. | CF000515 | 7/28/2008 |
| MCDONALD | JENNIFER L | CF000537 | 7/30/2008 |
| MCKELVEY | AMY | CF000423 | 7/14/2008 |
| MCKENNA | KATHRYN L. | CF000399 | 7/7/2008 |
| MCMEEL | BARRY J | CF000603 | 8/4/2008 |
| MCQUILLEN | LENA M | CF000483 | 7/22/2008 |
| MCVICKER | ERIC S | CF000604 | 8/4/2008 |
| MEADE-MOONEY | PATRICIA A | CF000562 | 8/4/2008 |
| MICCHELLI | MARC ANTHONY | CF000590 | 8/4/2008 |
| MICHAEL | KATHLEEN | CF000563 | 8/4/2008 |
| MIDDLETON | EDITH C. | CF000540 | 7/31/2008 |
| MILES | STEPHEN C | CF000506 | 7/25/2008 |
| MIN | EUGENE A | CF000538 | 7/21/2008 |
| MINUCCI | ROBYN L. | CF000478 | 7/18/2008 |
| MITCHELL | JOSEPH P. | CF000576 | 8/4/2008 |
| MITCHELL | LAUREN E | CF000606 | 8/5/2008 |
| MOON | MONIQUE R | CF000546 | 7/31/2008 |
| MOON | MARY A | CF000557 | 8/1/2008 |
| MOONEY | COURTNE R. | CF000564 | 8/4/2008 |
| MOORE | JENNIFER I. | CF000436 | 7/14/2008 |
| MORPHY | LAURA F | CF000495 | 7/22/2008 |

| LastName | FirstName | CFNumber | ReceivedDate |
|---|---|---|---|
| MORRILL | CATHY J | CF000422 | 7/11/2008 |
| MULLINS | AMBER M. | CF000350 | 6/20/2008 |
| MUNRO | TERESA ROBERTS | CF000493 | 7/22/2008 |
| MURRAY | MICHELLE ANNE | CF000594 | 8/4/2008 |
| MUSSON | BENJAMIN L | CF000479 | 7/18/2008 |
| NESMITH | KAY ELLEN | CF000375 | 6/30/2008 |
| NGUYEN | TRICIA E | CF000597 | 8/4/2008 |
| NOVOSELICH | KELLY | CF000410 | 7/7/2008 |
| O'CONNOR JR. | GERALD B | CF000596 | 8/4/2008 |
| OLIVERAS | DAVID M | CF000477 | 7/18/2008 |
| ORFANO | ANGELINA MIRASOL | CF000434 | 7/14/2008 |
| OSORIO | GEORGE A | CF000440 | 7/14/2008 |
| PARIENT | AMY E. | CF000535 | 7/30/2008 |
| PEREZ | CRUZ E | CF000387 | 7/3/2008 |
| PEREZ | MARK | CF000419 | 7/11/2008 |
| PERKINS | CAREY A | CF000542 | 7/31/2008 |
| PERRY | IAN B | CF000494 | 7/22/2008 |
| PHALEN | REBECCA S. | CF000553 | 8/1/2008 |
| PICART | JOHN S. | CF000595 | 8/4/2008 |
| PLAMONDON | KEITH A. | CF000534 | 7/28/2008 |
| PLUMMER | GERALD S | CF000384 | 7/3/2008 |
| POTTER | CHRISTOPHER J | CF000486 | 7/22/2008 |
| PREWITT | RONNIE H | CF000432 | 7/14/2008 |
| PROKOPOVICH | CYNTHIA R | CF000519 | 7/28/2008 |
| PUGH | ANDREW | CF000394 | 7/3/2008 |
| QUEZADA | EMILIO A. | CF000415 | 7/10/2008 |
| QUINLAN | DANIEL N | CF000389 | 7/3/2008 |
| QUIRING | TAMILLA L. | CF000405 | 7/8/2008 |
| RAIRDEN | DAVID | CF000500 | 7/24/2008 |
| RAMIREZ | MARK | CF000599 | 8/4/2008 |
| RANEY | DAVID S | CF000369 | 6/27/2008 |
| REED | ALICIA A. | CF000470 | 7/17/2008 |
| REIBMAN HOYT | SHERYL L. | CF000367 | 6/26/2008 |
| RIVERA | STEVEN J | CF000391 | 7/3/2008 |
| RODRIGUEZ | VERONICA I | CF000455 | 7/15/2008 |
| ROGERS | ANNIE E | CF000491 | 7/22/2008 |
| ROSEBERRY | ERIC B. | CF000589 | 8/4/2008 |
| ROSETE | CONCEPCION | CF000408 | 7/7/2008 |
| RUSSELL | RYAN P | CF000457 | 7/14/2008 |
| SANTANDER | WALTER Z | CF000585 | 8/4/2008 |
| SANTELLANA | SANDRA | CF000516 | 7/28/2008 |
| SANVILLE | GREGORY S | CF000461 | 7/17/2008 |
| SARWAR | ANIQA | CF000365 | 6/24/2008 |
| SCARLETT | LINDA MIKKELSEN | CF000531 | 7/29/2008 |
| SCHNEPP | DEBRA L | CF000454 | 7/16/2008 |
| SCHNIPPER | SCOTT D | CF000363 | 6/23/2008 |
| SCHRECK | TIMOTHY J. | CF000398 | 7/7/2008 |
| SETTERGREN | CYNTHIA M | CF000558 | 8/1/2008 |
| SHEA | DEBORAH ANN | CF000372 | 6/27/2008 |
| SHUPACK | JENNIFER M | CF000397 | 7/7/2008 |
| SIMMONS | JEFF R | CF000578 | 8/4/2008 |
| SIMMS | JAMES D | CF000446 | 7/14/2008 |
| SMITH | TINISHA A | CF000549 | 7/31/2008 |
| SMITH-JOHNSON | ELLEN MARIE | CF000427 | 7/14/2008 |

| LastName | FirstName | CFNumber | ReceivedDate |
|---|---|---|---|
| SOPINKA | KYRA M | CF000588 | 8/4/2008 |
| SPICER | NICOLE L | CF000353 | 6/23/2008 |
| SPIRATOS | NICHOLAS P | CF000388 | 7/3/2008 |
| STALZER | SUZANNE E | CF000517 | 7/28/2008 |
| STANECK | JESSE | CF000565 | 8/4/2008 |
| STRAUCH | DORIS K | CF000381 | 6/30/2008 |
| STROM | WENDI R. | CF000508 | 7/25/2008 |
| STUART | IAN K. | CF000522 | 7/28/2008 |
| SULLIVAN | JAMES E | CF000487 | 7/22/2008 |
| SULLIVAN | KEVIN J. | CF000560 | 8/1/2008 |
| SUMMERS | CAROLYN A | CF000467 | 7/17/2008 |
| SWAYNE | RENNA L | CF000379 | 6/30/2008 |
| TAKACS | PAMELA T | CF000476 | 7/18/2008 |
| TANGUAY | SUSAN MARIE | CF000529 | 7/28/2008 |
| THOMAS | DARIA | CF000346 | 6/20/2008 |
| TINDALL | CHAD G | CF000577 | 8/4/2008 |
| TOOMEY | SANDRA K | CF000447 | 7/14/2008 |
| TORRES | SEFERINO STANLEY | CF000568 | 8/4/2008 |
| TRUJILLO | CARLA | CF000358 | 6/23/2008 |
| TSANG | VICKY | CF000511 | 7/28/2008 |
| UCHRIN | ALISON J. | CF000528 | 7/28/2008 |
| VAN BERGEN | NICHOLAS M | CF000360 | 6/23/2008 |
| VANDE VOORT | JANE M | CF000469 | 7/22/2008 |
| VANDEN BROEKE | JENNIFER L | CF000572 | 8/4/2008 |
| VARGAS | EILEEN | CF000474 | 7/18/2008 |
| VEGA | GEORGINA M | CF000472 | 7/18/2008 |
| VIDMAR | ALTHEA D. | CF000452 | 7/15/2008 |
| WAHL | CHRISTOPHER J | CF000380 | 6/30/2008 |
| WALSH | ALEX E | CF000581 | 8/4/2008 |
| WANG | ELAINE L | CF000525 | 7/28/2008 |
| WEGER | SCOTT ALLEN | CF000463 | 7/14/2008 |
| WEHUNT | DEBORAH L | CF000586 | 8/4/2008 |
| WEINSTEIN | AMY F. | CF000351 | 6/20/2008 |
| WEISMILLER | SUZANNE A | CF000395 | 7/3/2008 |
| WHITE | LAUREL | CF000450 | 7/14/2008 |
| WHITLEY | JULIUS M. | CF000497 | 4/28/2008 |
| WILSON | LINDA L. | CF000527 | 7/28/2008 |
| WILSON | MARK A | CF000551 | 8/1/2008 |
| WISE | BARBARA D | CF000359 | 6/23/2008 |
| WORKMON | TAMIKA D. | CF000526 | 7/28/2008 |
| WORLEY | DELLA A. | CF000503 | 7/25/2008 |
| WRIGHT | FRANCES | CF000433 | 7/14/2008 |
| WULFF | BRIAN M | CF000518 | 7/28/2008 |
| YOUNG | LINDA L | CF000425 | 7/14/2008 |
| ZAKULA | MILDRED DIANE | CF000376 | 6/30/2008 |
| ZHANG | JOHN | CF000456 | 7/15/2008 |