EXHIBIT B

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on ___7/11___, 2008, at ___San Jose___, ___California___.
                                         (city)                      (state)

___S. Addison___
(Signature)

___Stephanie Addison___
STEPHANIE L ADDISON

* 0 0 0 0 0 0 4 8 * - 004

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on July 8, 2008, at _Providence_____, _Rhode Island_____.
                                    (city)                    (state)

_Rebecca L. Allen_____          _____
(Signature)                                REBECCA L. ALLEN

||||||||||||||||||||||||| - 515
* 0 0 0 0 5 6 2 3 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _July 31_, 2008, at _Oak Brook_____, _Illinois_____.
(city)                        (state)

_____        _____
(Signature)                              KEVIN A. ANDERSON

*00000093* - 008

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on ___23ᵈᵃʸ ᵒᶠ July__, 2008, at __St Peters__,  __MO._____.
                                                    (city)                    (state)

_____                    __Casie Rena Andrews__
(Signature)                                 CASIE RENA ANDREWS

* 0 0 0 0 5 6 6 1 * - 239

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 7/2 , 2008, at SAN MATEO , CALIFORNIA .
                                         (city)                    (state)

_____        _____
(Signature)                                 VICTOR ADRIAN SALES ANTONIO

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 517
* 0 0 0 0 5 6 7 8 *

2

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on ‾7‾|‾3‾|‾, 2008, at ‾B̶o̶ T̲o̲w̲s̲o̲n̲‾, ‾m̲o̲r̲y̲l̲a̲n̲d̲‾.
                                         (city)                        (state)

DARRYL ASKEW

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾              ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
(Signature)                                            DARRYL C ASKEW

║█║▌║█║▌║▌║█║▌║█║▌║ - 006
* 0 0 0 0 5 7 2 2 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on July 24, 2008, at _The Woodlands_ _Tx_.

                             (city)               (state)

_Christina K. Bailes_                                  _____

(Signature)                                        CHRISTINA K BAILES

*00000154* - 005

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 7/29/08 , 2008, at _NY_____, _NY_____.
                                        (city)                    (state)

_Bridget L Baker_____          _____
(Signature)                                BRIDGET L BAKER

|||||||||||||||||||||||||||| - 002
* 0 0 0 0 5 7 4 6 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on ___7/22___, 2008, at ___Bethesda___, ___MD_____.
                               (city)                       (state)

_____        ___David E. Baker_____
(Signature)                            DAVID E. BAKER

*00005753* - 244

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 7/10 , 2008, at Chesterfield , Missouri .
                               (city)              (state)

_____        _____
(Signature)                              RETA L BAKER

|||||||||||||||||||||||| - 245
* 0 0 0 0 5 7 6 0 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on ⟨JUNE 18⟩, 2008, at ⟨MONROVIA⟩,    ⟨CALIFORNIA⟩.
                                    (city)              (state)


_____            _____
(Signature)                            ERINLEIGH L. BALDIVIA

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 523
* 0 0 0 0 5 7 7 7 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on ___July 29___, 2008, at ___Redwood City___, ___California___.
                                     (city)                         (state)

_____          _____
(Signature)                                SYLVIA BALDWIN

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 014
* 0 0 0 0 0 1 7 8 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on July 16, 2008, at _Vero Beach_, _Florida_.
                    (city)               (state)

_Jonna Barham_
(Signature)

_Jonna K Barham_
JONNA K BARHAM

WITNESS AS TO JONNA BARHAM 7-16-08

_Elyse M. Cute_
ELYSE M. CUTE

ELYSE M. CUTE
Notary Public - State of Florida
My Commission Expires Nov 5, 2008
Commission # DD335389
Bonded By National Notary Assn.

2

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on July 28, 2008, at ___Chicago___, ___Illinois___.

(city)     (state)

___(Signature)___

Kenya N. Barker
KENYA N. BARKER

‖‖‖‖‖‖‖‖‖‖‖‖‖ - 009
* 0 0 0 0 0 2 1 5 *

2

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 6/23 , 2008, at Goffstown                    , NH                    .
                                              (city)                              (state)

_____                    _____
(Signature)                                 EULALIE BARRAFORD

*00000246* - 021

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on __16 June__, 2008, at __Overland Park__, __Kansas_____.
                                        (city)              (state)

__Amy Barry_____                    _____
(Signature)                                      AMY L BARRY

- 022

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 7·24 , 2008, at Kiowa , Co .

_____ (city)    _____ (state)

_____
(Signature)                    PENI M BARTLETT

- 246
00005869

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _July 30_ 2008, at _San Marcos_ , _CA_ .
                                             (city)                     (state)

_____
(Signature)

KIMBERLY C BATUTIS

*00005890* - 007

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on ___7/4___, 2008, at ___Boulder___, ___Colorado___.
                              (city)                    (state)

___(Signature)___                              _____
                                               NANCY H BAUMAN

||||||||||||||||||||||||| - 529
* 0 0 0 0 5 9 0 6 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 6/28 , 2008, at Vallejo , California .
                                      (city)                            (state)

_____          _____
(Signature)                                           GLENDA F. BAUTISTA

- 025
* 0 0 0 0 0 2 8 4 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 7/1 , 2008, at ___AUSTEN___ , ___TEXAS___ .
                                          (city)                   (state)

___Km Bedfl___                ___KAREN A BEDFORD___
(Signature)                               KAREN A BEDFORD

|||||||||||||||||||||| - 028
* 0 0 0 0 0 3 1 4 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on MAY 5, 2008, at _San Jose_, _California_.

(city)                    (state)

_____      JOSEPH BELTRAN
(Signature)                    JOSEPH BELTRAN

*00000338* - 030

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on **07/28**, 2008, at **HARRISBURG**                , **PENNSYLVANIA**                    .

                             (city)                         (state)

_____                    _____
(Signature)                                  JOYCE A. BENTLEY

‖‖‖‖‖‖‖‖‖‖‖‖ - 251
* 0 0 0 0 5 9 8 2 * -

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on ___7/21___, 2008, at __ENGLEWOOD_____, ___CO_____.

                                     (city)                              (state)

_____          ___Nick Berard_____
(Signature)                          NICK S. BERARD

- 252
00005999

2

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on June 30, 2008, at LOS ANGELES, CALIFORNIA.
                              (city)          (state)

_____                    ANDREA BLAISDELL
(Signature)

                                            ANDREA BLAISDELL

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 539
* 0 0 0 0 6 0 7 1 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _June 24_, 2008, at _Durham_, _North Carolina_.
          (city)              (state)

_Rachel E Blankson_                    _Rachel E Blankson_
(Signature)                            RACHEL E BLANKSON

*00006095* - 540

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 7/14 , 2008, at Phoenix , AZ .
                              (city)               (state)

_____    JASON BLUM
(Signature)    JASON H BLUM

00000390 - 014

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on **7·16**, 2008, at ___Wayne___, ___Pennsylvania___.
      (city)                (state)

___Carol P. Bradley·___                    ___Carol P. Bradley·___
(Signature)                                CAROL P. BRADLEY

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 016
* 0 0 0 0 0 4 4 4 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 7/28 , 2008, at  Santa Rosa , California .
                                     (city)                    (state)

_____          Judalyn Breunig
(Signature)                              JUDALYN BREUNIG

|||||||||||||||||||||||||||||||||| - 545
* 0 0 0 0 6 1 9 4 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 7/8 , 2008, at Salt Lake , Utah .

(city)     (state)

(Signature)                                  REBECCA L BRUNO

||||||||||||||||||||||||| - 044
* 0 0 0 0 0 4 7 5 *

2

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on July, 15 , 2008, at San Jose , California .
                                              (city)              (state)

_Jada L. Bryant_                              _Jada L. Bryant_
(Signature)                                   JADA L. BRYANT

|||||||||||||||||||||||||| - 019
* 0 0 0 0 0 4 8 2 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 7/14 , 2008, at Newport Beach , CA .
                                    (city)                (state)

_Suzan Budak_ (Signature)                                SUZAN A BUDAK

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _July 14_, 2008, at ___Oakland___, ___California___.
                                        (city)                   (state)

_____      _____
(Signature)                                   JUNE A. BULLOCK

║█║▌║█║▌║█║▌║█║▌║ - 050
* 0 0 0 0 0 5 3 6 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 6/14 , 2008, at Strongsville , OH .
                                    (city)                (state)

*Melissa A. Campagna*
(Signature)

*Melissa A Campagna*
MELISSA A CAMPAGNA

|||||||||||||||||||||||||||||| - 055
* 0 0 0 0 0 5 8 1 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on July 9, 2008, at Neptune Beach , Florida .
                                          (city)           (state)

_____
(Signature)

ELIZABETH A. CANONICA

*00000598* - 056

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on July 24, 2008, at Boynton Beach, Florida .
                                 (city)            (state)

Candice J. Carstens-Morell            Candice J. Carstens-Morell
(Signature)                           CANDICE J. CARSTENS-MORELL

|||||| ||| ||| |||||| ||| - 025
* 0 0 0 0 0 6 1 1 -

2
**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on July 19, 2008, at _Temecula_, _California_.
                                  (city)            (state)

_____                    Shawn J. Carvalho
(Signature)                                 SHAWN J. CARVALHO

*00000635* - 026

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _____6/26/_____, 2008, at _____,    _____.
                                            (city)                              (state)

_____        _____
(Signature)                                      HILDA CASTILLO

- 558
* 0 0 0 0 6 4 6 0 *

2
CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _July 10_, 2008, at _New Windsor_, _New York_.
                                              (city)                              (state)

_____          _____
(Signature)                                        MICHAEL S. CESTONE

*00000727* - 030

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 7/10, 2008, at ___Fremont___, ___CA___.

                  (city)              (state)

_____          _Helen Cheng_
(Signature)                         HELEN C CHENG

║║║║║║║║║║║║║║║ - 034
* 0 0 0 0 0 8 0 2 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 7|4 , 2008, at Woodstock , Georgia .

(city)                                       (state)

_____                    PEGGY J. Cimino
(Signature)                                  PEGGY J CIMINO

|||||||||||||||||||||||| - 573
* 0 0 0 0 6 7 2 9 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on June 27, 2008, at ___CARMEL___ , ___CALIFORNIA___ .
                                        (city)                    (state)

_____          6/27/2008
(Signature)                                DONNA R CONNE


- 085

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on ___7/24___, 2008, at ___Minooka___, ___IL._____.
                                              (city)              (state)

___James B. Connellan  7/24/08___          _____
(Signature)                                  JAMES B. CONNELLAN

║█║▌║█║▌║█║▌║█║▌║█║▌║ - 274
* 0 0 0 0 6 8 3 5 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 7-29 , 2008, at  COLUMBUS  ,  OH O  .
                                    (city)              (state)

_____          JENNIFER M CORBY
(Signature)

- 002
* 0 0 0 0 9 4 9 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 6/16, 2008, at GLEN ALLEN, VA.
(city)    (state)

(Signature)    CAROL A CORNELL
CAROL ADAMS CORNELL

*00006873* - 581

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _MAY 12_, 2008, at _Houston_ , _Texas_ .
　　　　　　　　　　　　　　　　　(city)　　　　　　　(state)

_Martin Corral_
_____
(Signature)

_Martin Corrales_
_____
MARTIN CORRALES

▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌ - 088
* 0 0 0 0 0 9 6 3 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 7/27 , 2008, at _____Austin_____, _____Texas_____.
                                        (city)                (state)

_____                    _____
(Signature)                                     KEVIN T CORRIGAN

‖‖‖‖‖‖‖‖‖‖‖ - 277
* 0 0 0 0 6 8 8 0 -

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _July 7_, 2008, at _Chicago_____, _Illinois_____.
                                        (city)                          (state)

_Laura J. Daly_____                _Laura J. Daly_____
(Signature)                               LAURA T DALY

|||||||||||||||||||||||||||| - 098
* 0 0 0 0 1 0 6 9 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 7/29 , 2008, at ____Seattle____ , ____WA____ .
                                     (city)                    (state)

_____
(Signature)

Ben Davis
BENJAMIN DAVIS

‖‖‖‖‖‖‖‖‖‖‖ - 003
* 0 0 0 0 6 9 7 2 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 7/14 , 2008, at Sarasota , FL .
                                    (city)              (state)

_Derra Davis_
(Signature)                                    DERRA DIANE DAVIS

- 280

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM