EXHIBIT C

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on July 7, 2008, at _Haltom City_, _Texas_.
                             (city)            (state)

_____
(Signature)

_____
KATHY L DAVIS

*00001113* - 103

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on May 12, 2008, at La Quinta _____, California _____.

(city)    (state)

_____    _____

(Signature)    COURTNEY LEIGH DAWSON

*00007009* - 588

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 7/17 , 2008, at San Juan , Puerto Rico .
                                       (city)                   (state)

_____        *Monica Dihmes*
(Signature)                                  MONICA DIHMES

*00007092* - 284

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _May 13_, 2008, at ___Albany___, ___New York___.
    (city)                (state)

_Brianne M. Early_                    _Brianne M. Early_
(Signature)                           BRIANNE MARY EARLY

║║║║║║║║║║║║║║║║║║║║║║ - 120
* 0 0 0 0 1 3 0 4 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on JULY 11, 2008, at DANA POINT, CA .
                                  (city)              (state)

_____      DOUGLAS J ELLINGER
(Signature)                                   DOUGLAS J ELLINGER

‖‖‖‖‖‖‖‖‖‖‖‖‖ - 051
* 0 0 0 0 1 3 2 8 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on July 31 , 2008, at  Washington                ,  DC                              .
                                              (city)                          (state)

_____            _____
(Signature)                                                SETH A ELLISON

- 003
* D 0 0 0 1 3 4 2 *

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on ___7/18___, 2008, at ___Corte Madera___, ___CA_____.
                               (city)                (state)

_____         _____
(Signature)                                PETER N ESPIRITU

|||||||||||||||||||||||||| - 053
* 0 0 0 0 1 3 7 3 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _7TH JULY_, 2008, at _KENNESAW_ , _GEORGIA_ .
                                               (city)                         (state)

_____ .         _____
(Signature)                                     J C EVANS

|||||||||||||||||||||||||||||| - 292
* 0 0 0 0 7 3 2 0 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 7/25, 2008, at Smithtown,     New York .
(city)              (state)

Cara Calderon                    CARA Every- Calderon
(Signature)                      CARA EVERY-CALDERON

|| 0 0 0 0 7 3 3 7 || - 293

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on July 9 , 2008, at ___PLANTATION_____, ___FLORIDA_____.
                                    (city)                              (state)

_____              _____
(Signature)                                    JASMINE JONG FARNAN

||||| |||| ||| |||||| ||| - 213
* 0 0 0 0 2 2 7 1 *

2

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on July 7, 2008, at NEW YORK , NEW YORK .
                           (city)                          (state)

                                ZE G FENG
_____     _____
(Signature)                               ZE G FENG

|||||||||||||||||||||||||| - 131
* 0 0 0 0 1 4 1 0 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 7/30, 2008, at RALEIGH, NORTH CAROLINA.
(city)                (state)

(Signature)

JERRY P. FERNANDEZ

JERRY P FERNANDEZ

*00007382* - 296

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on July 10, 2008, at Houston , Texas .
                              (city)                              (state)

_____         _____
(Signature)                                     ELESE O. FISHER

|||||||||||||||||||||||||||| - 057
* 0 0 0 0 1 4 3 4 -

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on **6/25**, 2008, at ___Surprise___, ___ARIZONA___.
                              (city)              (state)

*Alyssa D Flood*
(Signature)

_____
ALYSSA D FLOOD

‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 611
* 0 0 0 0 7 4 0 5 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 7/15 , 2008, at ___Houston___ , ___Texas___ .
          (city)                    (state)

_____                    _____
(Signature)                                     JU-CHIN FU

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _24 June_, 2008, at _Reno, Nevada_, _____.
                                              (city)                          (state)

_____                    _____
(Signature)                                  LAURA EVELYN FUENTES

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 137
* 0 0 0 0 1 4 7 2 *

**CONSENT TO JOIN SETTLEMENT**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _July 29_, 2008, at _Tulsa_____, _OK_____.
                             (city)                        (state)

_____            *Sheila J. Fuller*
(Signature)                                   SHEILA J FULLER

- 061
* 0 0 0 0 1 4 8 9 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 6/3 , 2008, at Crowley , TX .
                              (city)              (state)

_____         _____
(Signature)                               BEVERLY A. GANT

- 141

2

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 7/24/, 2008, at MORRISTOWN , NEW JERSEY .
(city)        (state)

_Robert J Ganter_        _ROBERT J. GANTER_
(Signature)        ROBERT J GANTER

*00007504* - 298

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _07-24_ , 2008, at _Scottsdale_ , _Arizona_ .
                                        (city)                    (state)

_Thomas M. Gentile_
(Signature)                                    THOMAS GENTILE

*00001540* - 065

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on  7-10 , 2008, at  Rochester ,  NEW YORK .
                              (city)               (state)

(Signature)                               JOSEPH R GILL

‖‖‖‖‖‖‖‖‖‖‖‖ - 066
* 0 0 0 0 1 5 7 1 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on ___July 24th___, 2008, at ___Grafton_____, ___Wisconsin_____.
                                (city)                      (state)

_____         Bryan S. Glass
(Signature)                                BRYAN S GLASS

║█║█║█║█║█║█║█║█║█║█║ - 302
* 0 0 0 0 7 6 2 7 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _May 12_, 2008, at ___Tucson___, ___Arizona___.
                                    (city)              (state)

___Stn. Glassberg___                ___Steven Glassberg___
(Signature)                          STEVEN GLASSBERG

║█║█║║█║║█║║█║║█║ - 151
* 0 0 0 0 1 6 1 8 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _7/29_ , 2008, at _Redmond_____ , _WA_____ .
                                          (city)                    (state)

_Clara Lewin_____                    _Clara G. Lewis_____
(Signature)                                         CLARA GOMEZ-LEWIS

- 072

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 25th July 2008, at _West Covina_ , _Ca._ .
                                            (city)              (state)

_____                    _____
(Signature)                                 KATHLEEN L GONZALEZ

‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 154
* 0 0 0 0 1 6 4 9 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on June 14, 2008, at New Orleans , Louisiana .
(city)                    (state)

_Janet Goodwin_                    _Janet M. Goodwin_
(Signature)                    JANET M GOODWIN

|||||||||||||||||||||||| - 001
* 0 0 0 0 1 6 5 6 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on ___July 7___, 2008, at ___MESQUITE___, ___TEXAS___.
                                    (city)                        (state)

___Jeffrey Grizzard___                  ___JEFFREY GRIZZARD___
(Signature)                              JEFFREY L GRIZZARD

- 161

*00001717*

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 7|8|08 , 2008, at Newport Beach , California .
                           (city)           (state)

*Sarah Guzik*              *Sarah M. Guzik*
(Signature)                SARAH M GUZIK

* 0 0 0 0 1 7 6 2 * - 078

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 7-30-08, 2008, at Castro Valley, CA .
                           (city)            (state)

_____       _____
(Signature)                              LESLIE GUERIN

‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 076
* 0 0 0 0 1 7 3 1 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on July 29th, 2008, at Bonita Springs , Florida .
                            (city)          (state)

_____      Tiffany L. Hannett
(Signature)                       TIFFANY L HANNETT

|||||||||||||||||||||| - 006
* 0 0 0 0 7 8 2 5 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 7/10 , 2008, at ___AUSTIN___ , ___TX___ .
                                    (city)              (state)

___Guerry Harris___                    ___Guerry Harris___
(Signature)                            GUERRY C HARRIS

‖‖‖‖‖‖‖‖‖‖‖ - 309
* 0 0 0 0 7 8 6 3 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on July 25, 2008, at _Kansas City_, _Missouri_.
                             (city)            (state)

_____      _____
(Signature)                       SAMIRA B. HARRIS

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 637
* 0 0 0 0 7 8 7 0 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 6/18 , 2008, at Long Island City , New York .
                                   (city)                    (state)

_____        Barbara J. Hart
(Signature)                             _____
                                        BARBARA J. HART

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 7/30, 2008, at _Meridian_, _ID._ .
                                  (city)           (state)

_____          _____
(Signature)                                LEAH D. HART

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 081
* 0 0 0 0 1 8 4 7 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on July 31, 2008, at San Francisco, CAlifornia .
(city)          (state)

_____        _____  ILEIA HAWLEY
(Signature)                    LEIA HAWLEY

‖‖‖‖‖‖‖‖‖‖‖‖‖ - 004
* 0 0 0 0 7 9 3 1 *

2

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _July 22_, 2008, at _Ellenwood_____, _____Georgia_____.
                                          (city)                        (state)

_____                    _____
(Signature)                                   DYANNE G. HEAD

║▌║█║▌║█║▌║█║▌║ - 082
* 0 0 0 0 1 8 7 8 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on __5/12__, 2008, at __Rancho Murieta__    __CA_____.
                                     (city)          (state)

__Karen L Hessler__                    __Karen L Hessler__
(Signature)                               KAREN HESSLER

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 181
* 0 0 0 0 1 9 1 5 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _July 31st_, 2008, at _Greensboro_, _N C_ .
                                    (city)              (state)

_Sarah Hind_                        _Sarah E. Hind_
(Signature)                         SARAH E HIND

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on __June 24th__, 2008, at __Dublin__, __California__.
                                              (city)                    (state)

_Rowellyn Hoganas_                     ROWELLYN M. HOGANAS
(Signature)                            ROWELLYN M. HOGANAS

|||||||||||||||||||||||||| - 003
* 0 0 0 0 1 9 9 1 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on July 30th, 2008, at East Aurora , New York .
(city)                (state)

Kathleen A. Michael                    Kathleen A. Hojczyk Michael
(Signature)                            KATHLEEN A. HOJCZYK

Be advised that my name has changed
due to marriage as follows:
  From: Kathleen A. Hojczyk
  To: Kathleen A. Michael

I've attached a copy of my marriage
certificate to confirm this change.

Please adjust your records accordingly.
Thank you for your assistance.

  Sincerley,
  Kathleen A. Hojczyk
    now:
  Kathleen A. Michael

‖‖‖‖‖‖‖‖‖‖‖ - 087
* 0 0 0 0 2 0 0 4 *

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on __06 | 18__, 2008, at __HaywARD__, __CaliFoRNIA__.
                                    (city)                (state)

__Jennie Hom__                          __JEnnie Hom.__
(Signature)                             JENNIE HOM

||||||||||||||||||||||||||||| - 189
* 0 0 0 0 2 0 1 1 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on __6/30__, 2008, at ___Alongvale___ , ___CA_____.
                                (city)            (state)

_____          _____
(Signature)                                              NANCY A. HOPKINS

2

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _23 July_, 2008, at _Los Angeles_, _CA_____.
                                       (city)             (state)

_____
(Signature)

_Anat Hovav_
ANAT HOVAV

║█║║█║║█║║█║║█║║█║ - 318
* 0 0 0 0 8 1 0 5 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 6/24 , 2008, at Mesa ,  AZ .
                            (city)                (state)

_____                    _Trevor R. Howe_
(Signature)                                 TREVOR R. HOWE

||||||||||||||||||||||||||||||||| - 193
* 0 0 0 0 2 0 5 9 *

2

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on **5/25** , 2008, at *North Bend* , WASHINGTON .
                                     (city)                    (state)

_____         _____
(Signature)                          SHERYL L. REIBMAN HOYT

*00003940* - 365

2

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on July 10, 2008, at _Silverdale_, _Washington_.
                                (city)           (state)

_Carolynn D. Irvine_
(Signature)

_Carolynn D Irvine_
CAROLYNN D IRVINE

*00008174* - 321

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on <u>July 14</u>, 2008, at <u>Honolulu</u>, <u>Hawaii</u>.
<span>                                         </span>(city)                        (state)

_____         _____
(Signature)                                         BRIAN ISHIHARA



- 093

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 7/2 , 2008, at SAN DIEGO , CA .
                                       (city)                    (state)

(Signature)                                     SHERRY L JACKSON

|||||||||||||||||||| - 204
* 0 0 0 0 2 1 7 2 *

2

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on ___5/6___, 2008, at __LOS GATOS_____, __CALIFORNIA_____.
　　　　　　　　　　　　　　　　　(city)　　　　　　　　　　　　　　(state)

_Dilanthie Jayasekara_ (Signature)

_Dilanthie Harshinie Jayasekara_
DILANTHIE HARSHINIE JAYASEKARA

655

2

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _7/29_, 2008, at _Paramus_, _New Jersey_.
                                        (city)            (state)

_Iris A Jimenez_ (Signature)                    _Iris A Jimenez_
                                                IRIS A JIMENEZ

```
|||||||||||||||||||||||||||||| - 004
* 0 0 0 0 8 2 9 7 *
```

2

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**