# EXHIBIT D

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 7/31, 2008, at _Providence_, _Rhode Island_.

                    (city)              (state)

_Rebecca Johnson_
(Signature)

_Rebecca Johnson_
REBECCA JOHNSON

|| 00002257 || - 096

2

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on ___July 5___, 2008, at ___New Port Richey___, ___Florida_____.
(city)                                    (state)

___Michelle Jonke___                    ___Michelle Diane Jonke___
(Signature)                             MICHELLE DIANE JONKE

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 663
* 0 0 0 0 8 3 8 9 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on ___July 10___, 2008, at ___Ft Pierce Fl___, _____.
                                   (city)                              (state)

___Patsy J. Kafka___                  ___PATSY J. KAFKA___
(Signature)                                       PATSY J KAFKA

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 098
* 0 0 0 0 2 2 9 5 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 7/29 , 2008, at Stevensville , M T .

                            (city)                (state)

(Signature)                                      ANDY P KEITH

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 099
* 0 0 0 0 2 3 0 1 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 7|11, 2008, at ___Atlanta___, ___Georgia___.
                                   (city)                   (state)

_Gwen Kellum_
(Signature)

_Gwendolyn Ann Kellum_
GWENDOLYN ANN KELLUM

||||||||||||||||||||||| - 100
* 0 0 0 0 2 3 2 5 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on *July 29*, 2008, at *San Francisco*, *California*.
(city)     (state)

_____     *Lola Denise Kelly*
(Signature)                          LOLA DENISE KELLY

|||||||||||||||||||||||||| - 006
* 0 0 0 0 8 4 7 1 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 6/10 , 2008, at WOODLAND HILLS- , CALIFORNIA .

(city)     (state)

_____     MADIHA A. KHAN
(Signature)                      MADIHA ASIF KHAN

‖‖‖‖‖‖‖‖‖‖‖‖‖ - 002
* 0 0 0 0 8 5 0 1 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _6/10_, 2008, at _WOODLAND HILLS_, _CALIFORNIA_.
                                     (city)                  (state)

_(Signature)_                                     OSMAN RAFI KHAN

|||||||||||||||||||||||| - 003
* 0 0 0 0 8 5 1 8 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on  7-21 , 2008, at  Fort Worth ,  Texas                    .
                                (city)                    (state)

_(Signature)_                                            DEANN M. KITCHENS

‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 103
* 0 0 0 0 2 4 2 4 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on __7/14__, 2008, at __Palm Desert_____, __CA_____.
                            (city)                          (state)

_(Signature)_                          DEVONA ANNETTE KLINE

[barcode] - 337
* 0 0 0 0 8 5 9 4 *

2

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 5/20 , 2008, at Grand Rapids , Michigan .
                              (city)                  (state)

_Suzanne Knape_                         _Suzanne Knape_
(Signature)                             SUZANNE I KNAPE

*00002455* - 227

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 6/17, 2008, at LYNNWOOD, WASHINGTON.
(city)                (state)

(Signature)

CLINTON J KOE

CLINTON J KOE

|||||||||||||||||||||||||| - 228
* 0 0 0 0 2 4 6 2 *

2

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 7/29, 2008, at _Midland_, _Texas_.

(city)        (state)

_(Cindy) Cynthia L Koonce_        _Cynthia L Koonce_

(Signature)        CYNTHIA L KOONCE

- 231

* 0 0 0 0 2 4 9 3 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on ___7|14___, 2008, at ___Boulder___, ___Colorado___.
                               (city)                    (state)

___Zoe Koplar___                ___Zoe Koplar___
(Signature)                         ZOE KOPLAR

‖‖‖‖‖‖‖‖‖‖‖ - 339
* 0 0 0 0 8 6 7 9 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _July 2nd_, 2008, at _New York_, _Ny_.
                                          (city)                    (state)

_____          _____
(Signature)                              JUSTIN S. KOPPEL

- 232

*00002509*

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on *May 7*, 2008, at ___*Raleigh*___, ___*North Carolina*___.
                                        (city)                    (state)

___*Kristen Joy Kubacki*___                ___*Kristen Joy Kubacki*___
(Signature)                                KRISTEN JOY KUBACKI

|||||| |||| ||| ||||| ||| ||| - 234
* 0 0 0 0 2 5 2 3 *

2

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on ___7 / 11___, 2008, at ___SAN FRANCISCO___, ___CALIFORNIA_____.
                                       (city)                     (state)

_____         _____
(Signature)                                                          EVA C KWONG

║█║█║█║█║█║█║█║█║ - 107
* 0 0 0 0 2 5 5 4 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on JULY 31, 2008, at PLANTATION, FL.

(city)                    (state)

(Signature)

RYAN L LACHMANSINGH

||||||||||| |||||| ||| - 238
* 0 0 0 0 2 5 7 8 *

2

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _May 17_, 2008, at _Bradenton_____, _Florida_____.
                                       (city)                    (state)

_____          _____
(Signature)                         RONDA J. LAHEY

║█║║█║║█║║█║║█║║█║ - 240
* 0 0 0 0 2 5 9 2 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on July 10, 2008, at ___Danville___, ___California___.
                             (city)                (state)

_____      _____
(Signature)                                EVA Y. LAM

- 111
* 0 0 0 0 2 6 0 8 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 7/24 , 2008, at Portland ,        OR .
                                    (city)              (state)

_____              ( Print: Winifred P. Lam) Signature:
(Signature)                          WINIFRED P LAM

*00008778* - 341

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on <u>July 30</u>, 2008, at <u>Walnut Creek</u>, <u>California</u>.
                                      (city)                  (state)

_____         _____
(Signature)                              SILVIA A LARES

- 003
*00008822*

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 7/16 , 2008, at San Francisco , California .
                                   (city)               (state)

_____       _____
(Signature)                                    VANESSA Y. LAU

- 246
*00002653*

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 6/16, 2008, at ___Madisonville___ ___Louisiana___.
                                          (city)             (state)

_(Signature)_                                                 TIFFANY S. LAURO

‖‖‖‖‖‖‖‖‖‖‖ - 247
* 0 0 0 0 2 6 6 0 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on __7/16__, 2008, at __Norfolk__, __Virginia__.
                   (city)               (state)

_____
(Signature)

DIANE H LAWRENCE

║█║▌║█║▌║║█║▌║█║║║▌║█║ - 344
* 0 0 0 0 8 8 5 3 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on ___7/ 1___, 2008, at ___Danville___, ___California___.
                                        (city)                    (state)

___Karen E Lee___                      ___Karen E Lee___
(Signature)                            KAREN E LEE

|||||||||||||||||||||||||||||||| - 248
* 0 0 0 0 2 6 7 7 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 6/30 , 2008, at _Mastic_ , _New York_ .
                              (city)               (state)

_Jessie Leonard-Corcia_           Jessie Leonard-Corcia
(Signature)                              JESSIE LEONARD-CORCIA

|||||||||||||||||||| - 251
* 0 0 0 0 2 7 0 7 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on July 7, 2008, at _____Vergennes_____, _____Vermont_____.
　　　　　　　　　　　　　　　　　(city)　　　　　　　　(state)

_Barbara S. Levinson_
(Signature)

_____
BARBARA S. LEVINSON

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on ~~July 17~~, 2008, at ~~Houston~~, ~~TX~~ .
                                (city)                  (state)

_____          _____
(Signature)                                            ROBIN RENEE LEVESTON

‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 117
* 0 0 0 0 2 7 2 1 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on July 16, 2008, at ___Naples___, ___Florida___.
                                                    (city)          (state)

_____                    Andrew S. Licciardi Jr.
(Signature)                                     ANDREW S LICCIARDI JR.

* 0 0 0 0 8 9 4 5 * - 349

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on __7/30__ , 2008, at __Redwood City__     __California__                      .
                                    (city)                      (state)

_____          __Melody Y. Lin__
(Signature)                                      MELODY Y. LIN

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 001
* 0 0 0 0 2 8 0 4 *

2
**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on ___7/11___, 2008, at ___INDIO_____,    ___CALIFORNIA_____.
                                         (city)                              (state)

___Greg Locker_____    ___GREGORY LOCKER_____
(Signature)                                    GREGORY LOCKER

00009041 - 351

2

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on  7 - 9 , 2008, at ___Richmond___ , ___Va___ .
                                   (city)              (state)

___Carey Heywood___                    ___Carey Heywood___
(Signature)                             CAREY E LOWE

* 0 0 0 0 2 8 5 1 * - 265

2

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 7/24 , 2008, at  Menlo Park       California       .
                                                    (city)                          (state)

_(signature)_                                  _(signature)_
(Signature)                                    MICHELE LUKE

|||||||||||||||||||||||||||||| - 356
* 0 0 0 0 9 1 4 0 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on __07 | 21__, 2008, at __Frederick__, __Maryland__.

                        (city)                   (state)

__Tonya Allen Mackin__         __TONYA Allen MACKIN__

(Signature)                             TONYA ALLEN MACKIN

‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 705
* 0 0 0 0 9 2 0 1 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 31-07 , 2008, at ___Los Angeles___ , ___CALIFORNIA___ .
(city)                        (state)

___Lori L. MacLachlan___
(Signature)
July 31, 2008

___Lori L. MacLachlan___
LORI L MACLACHLAN

- 125

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on ___July___, 2008, at ___Alpharetta___, ___GA___.
                                          (city)                    (state)

_____                    _____
(Signature)                                     NATASCHA H MARINER

||||||||||||||||||||||||| - 127
* 0 0 0 0 2 9 4 3 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 7/16 , 2008, at Little Rock , Arkansas .

              (city)            (state)

(Signature)                            PAMELA J MARTIN

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 128
* 0 0 0 0 2 9 9 8 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _7/28_, 2008, at _Fairfield_,    _CT_    .
                                 (city)             (state)

_____    _____
(Signature)                                          SHEILA L. MAYERS

*000003049* - 004

2

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on **7/1**, 2008, at **Tinley Park**, **Illinois**.
                                (city)                (state)

*Patricia A. McCartan*
(Signature)

PATRICIA A MCCARTAN


\- 285

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 5/29, 2008, at _Portland_, _OR_.

(city)          (state)

_Ann McCarty_                    _Ann McCarty_
(Signature)                      ANN MCCARTY

|||||||||||||||||||||| - 713
* 0 0 0 0 9 3 7 9 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on *June 10th*, 2008, at _Great Neck_, _New York_ .

                            (city)                       (state)

_____       _____
(Signature)                                    KERRY A. MCDERMOTT

║█║▌║█║▌║║█║▌║█║║ - 365
* 0 0 0 0 9 4 1 6 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on ___July 29___, 2008, at ___Minneapolis___, ___MN___.

(city)                (state)

_____          _____
(Signature)                                    JENNIFER L MCDONALD

- 288
* 0 0 0 0 3 1 2 4 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on **6/30**, 2008, at _Tinley Park_, _Illinois_.
                             (city)              (state)

_Kathryn L. McKenna_
(Signature)                                       KATHRYN L. MCKENNA

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 290
* 0 0 0 0 3 1 4 8 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on July 31, 2008, at _____Chicago_____, _____Illinois_____.
                                       (city)                    (state)

_____                    _____
(Signature)                                 Barry J. McMeel
                                            BARRY J MCMEEL

║█║║█║║█║║█║║█║║█║║█║║ - 366
* 0 0 0 0 9 4 5 4 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on July 15th, 2008, at ___Redwood City___, ___CA___.
                                               (city)             (state)

_____           _____
(Signature)                                    LENA M MCQUILLEN

- 134
* 0 0 0 0 3 1 7 9 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 7/29 , 2008, at PHOENIX , ARIZONA .

                  (city)                         (state)

_____        ERIC S. MCVICKER
(Signature)                        ERIC S MCVICKER

|||||||||||||||||||||||||||| - 003
* 0 0 0 0 9 4 7 8 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

,oin the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

.ıted on _____, 2008, at _____, _____.
(city)                                    (state)

_____          _____
(Signature)                                  PATRICIA A MEADE-MOONEY

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

- 294

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 7/30, 2008, at _Aurora_ , _Colorado_ .
                                   (city)          (state)

_(Signature)_                              LAUREN E MITCHELL

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 372
* 0 0 0 0 9 5 7 7 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on __7/31__, 2008, at __SOUTHLAKE__    __TEXAS__.

(city)    (state)

_____    _____

(Signature)    MARC ANTHONY MICCHELLI

|||||||||||||||||||||||||| - 298
* 0 0 0 0 3 2 3 0 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM