# EXHIBIT E

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 7/9 , 2008, at _____Dallas_____, _____Texas_____.
                              (city)                    (state)

_____        _____
(Signature)                             EDITH C. MIDDLETON

*00003247* - 001

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 7/22 , 2008, at San Francisco , CA .
                               (city)                    (state)

_____                    _____
(Signature)                                 STEPHEN C MILES

- 369

*00009522*

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 7/21 , 2008, at  Sunnyvale , California .
                           (city)            (state)

_____       EUGENE A, MIN
(Signature)                          EUGENE A MIN

- 142
* 0 0 0 0 3 3 0 8 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 07/15, 2008, at  ORLANDO  ,  FLORIDA  .
                                (city)                (state)

(Signature)

ROBYN L. MINUCCI

*00003322* - 306

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on  7-29 , 2008, at  Smyrna ,  GA .
                                    (city)                 (state)

_____         Joseph Parker Mitchell
(Signature)                                    JOSEPH P. MITCHELL

‖‖‖‖‖‖‖‖‖‖‖‖‖ - 371
* 0 0 0 0 9 5 6 0 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _7-30_, 2008, at _Sammamish_ _WA_ _98074_.
(city)    (state)

_(Signature)_ Mary A. Moon

MARY A MOON    Mary A. Moon

- 144
* 0 0 0 0 3 3 6 0 *

2

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 7/19 , 2008, at Highland , CA .
                             (city)                     (state)

_____          Monique R. Moon

(Signature)                          MONIQUE R MOON

‖‖‖‖‖‖‖‖‖‖‖‖ - 373
* 0 0 0 0 9 6 0 7 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 7/29 , 2008, at New York , NY .
                               (city)               (state)

_____         Courtne R. Mooney
(Signature)                        COURTNE R. MOONEY

‖‖‖‖‖‖‖‖‖‖‖‖‖ - 145
* 0 0 0 0 3 3 7 7 *

2

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on July 10 2008, at Richmond , Virginia .
(city) (state)

_____
(Signature)

JENNIFER I. MOORE

00003384 - 146

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on __7/13__, 2008, at __Tracy_____, ___CA_____.
　　　　　　　　　　　　　　　　　(city)　　　　　　　　　(state)

__Araceli Arras Moreno__　　　　　　　　　_____
(Signature)　　　　　　　　　　　　　　　ARACELI ARRAS MORENO

‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 241
* 0 0 0 0 5 7 1 5 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _7/17_, 2008, at _Rochester_    _New York_    .
                              (city)                (state)

_[signature]_                          _Laura F. Morphy_
(Signature)                            LAURA F MORPHY

‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 727
* 0 0 0 0 9 6 3 8 *

2

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on **7/3**, 2008, at _Newport Beach_, _California_ .
(city)                          (state)

_Cathy J Morrill_                        _CATHY J MORRILL_
(Signature)                              CATHY J MORRILL

- 313

• 0 0 0 0 3 3 9 1 •

2

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on June 16, 2008, at _____Tulsa_____, _____Oklahoma_____.
                                    (city)                (state)

_____Amber M. Mullins_____          _____Amber M. Mullins_____
(Signature)                                       AMBER M. MULLINS

|||||||||||||||||||||||||||||||| - 316
* 0 0 0 0 3 4 2 1 *

2

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on July 18 2008, at __Atlanta__ , __Georgia__ .
(city)                                    (state)

__Theresa Roberts Munro__                _____
(Signature)                              TERESA ROBERTS MUNRO

‖‖‖‖‖‖‖‖‖‖‖‖ - 728
* 0 0 0 0 9 6 6 9 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on July 30, 2008, at ___Denver___, ___Colorado___.
                              (city)             (state)

_____       _____
(Signature)                                  MICHELLE ANNE MURRAY

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 376
* 0 0 0 0 9 6 7 6 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on ___7/15___, 2008, at ___Hayward___, ___California___.
                                        (city)              (state)

_____          _____
(Signature)                               BENJAMIN L MUSSON

‖‖‖‖‖‖‖‖‖‖‖‖ - 148
* 0 0 0 0 3 4 5 2 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on June 26, 2008, at ___Bethesda___, ___MO___.
                                    (city)            (state)

___(Signature)___                          _____
                                           KAY ELLEN NESMITH

‖‖‖‖‖‖‖‖‖ - 322
* 0 0 0 0 3 5 1 3 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on  7/29 , 2008, at ___Encino___ , ___CA___ .

(city)                              (state)

_____                    _____
(Signature)                                    TRICIA E NGUYEN

*000009768* - 379

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _6/23_, 2008, at _Akron_, _Ohio_.
                          (city)              (state)

_Kelly L Novosel_                    _Kelly Novosel_
(Signature)                          KELLY NOVOSELICH

||||||||||||||||||||||||||||||| - 326
* 0 0 0 0 3 5 5 1 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on ___July 29___, 2008, at _____Summit_____, _____New Jersey_____.
                                    (city)                       (state)

_____    _____
(Signature)                                 GERALD B O'CONNOR JR.

║█║▌║█║▌║║█║▌║█║║ - 152
* 0 0 0 0 3 5 7 5 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on JULY 14, 2008, at FARMINGDALE , NEW YORK .
                               (city)               (state)

_____          DAVID M. OLIVERAS
(Signature)                                      DAVID M OLIVERAS

‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 738
* 0 0 0 0 9 8 4 3 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on ___7/11___, 2008, at ___Woodland Hills___, ___CA___.
                               (city)              (state)

_____       _____
(Signature)                             ANGELINA MIRASOL ORFANO

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on **7 -11** , 2008, at **STRATFORD** , **CT** .

(city)         (state)

(Signature)             GEORGE A OSORIO

- 386
* 0 0 0 0 9 9 1 1 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 7/25, 2008, at Fishers , Indiana .

(city)                          (state)

(Signature)

AMY E. PARIENT

*000099966* - 388

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on June 28th, 2008, at Long Seal Beach, CA                    .
                                        (city)                (state)

_____                    _____
(Signature)                                CRUZ E PEREZ

*00003667* - 004

2

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on JULY 07, 2008, at LOS ANGELES, CALIFORNIA.

                                           (city)                      (state)

_____        _____
(Signature)                                     MARK PEREZ

*00003674* - 338

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on ___27___ , 2008, at ___DENVER___ , ___COLORADO___ .
                                    (city)                (state)

_____          ___CAREY A. PERKINS___
(Signature)                          CAREY A PERKINS

- 157

* 0 0 0 0 3 6 8 1 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 7/2/08, 2008, at ___2:30 PST___ , ___Oregon___ .
                                    (city)                    (state)

_____          _____
(Signature)                      IAN B PERRY

- 390
* 0 0 0 1 0 0 4 7 *

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on July 28, 2008, at Troy, Michigan.

(city)    (state)

(Signature)    REBECCA S. PHALEN

- 159

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on ⎯7/30⎯, 2008, at ⎯Staten Island⎯    ⎯New York⎯.
                                    (city)                    (state)

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯    ⎯John S. Picart⎯
(Signature)                          JOHN S. PICART

|||||||||||||||||||||||||| - 160
* 0 0 0 0 3 7 1 1 *

2
CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 7/23 , 2008, at Brighton , MA .
                                   (city)               (state)

(Signature)

KEITH A. PLAMONDON

00003742 - 345

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _____, 2008, at ___Chicago___, ___Illinois___.
                                          (city)           (state)

_____                    _____
(Signature)                                 GERALD S PLUMMER

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 346
* 0 0 0 0 3 7 5 9 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on July 14th, 2008, at Santa Barbara, CA.
                                         (city)            (state)

_____        Chris Potter
(Signature)                          CHRISTOPHER J POTTER

- 164
* 0 0 0 0 3 7 7 3 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 7/10 , 2008, at _AUSTIN_ , _TEXAS_ .
(city)                        (state)

_____          _____
(Signature)                                    RONNIE H PREWITT

|||||||||||||||||||||||||||| - 392
* 0 0 0 1 0 1 6 0 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on **7/23**, 2008, at _____Wayne_____, _____Pennsylvania_____.
(city)                (state)

_____                    _____
(Signature)                                  CYNTHIA R PROKOPOVICH

|||||||||||||||||||||| - 393
* 0 0 0 1 0 1 8 4 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on __6/30__, 2008, at __Laguna Hills__, __CA__.
                              (city)              (state)

_____                    _____
(Signature)                                 ANDREW PUGH

║║║║║║║║║║║║║║║║║║ - 759
* 0 0 0 1 0 2 0 7 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _July 3_, 2008, at ___Chicago___, ___Illinois___.

(city)     (state)

_Emilio A. Quezada_              _Emilio A. Quezada_
(Signature)                      EMILIO A. QUEZADA

‖‖‖‖‖‖‖‖‖‖‖‖‖ - 354
* 0 0 0 0 3 8 3 4 *

2

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 07/03 , 2008, at San Mateo                    , CA                                    .
                              (city)                  (state)

_____       _____
(Signature)                               TAMILLA L. QUIRING

|||||||||||||||||||||||||| - 356
* 0 0 0 0 3 8 5 8 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on May 31, 2008, at ___Avon___, ___CT___.
                                (city)              (state)

_____
(Signature)                                  DANIEL N QUINLAN

- 355
*00003841*

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on JULY 20, 2008, at ___SAN CARLOS___, ___CALIFORNIA___.
                                    (city)              (state)

___(Signature)___                          _____
(Signature)                                DAVID RAIRDEN

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 397
* 0 0 0 1 0 2 8 3 *

2

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _7/28_, 2008, at _San § Jose_____, _CALIFORNIA_____.
                             (city)                          (state)

_Mark G. Ramirez_____               _MARK G. RAMIREZ_____
(Signature)                                MARK RAMIREZ

‖‖‖‖‖‖‖‖‖‖‖‖‖ - 360
* 0 0 0 0 3 8 9 6 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on __6-24__, 2008, at __Seattle_____,     __WA_____.
                                        (city)                    (state)

_____          _____
(Signature)                                DAVID S RANEY

|||||||||||||||||||||||||||||| - 002
* 0 0 0 0 3 9 1 9 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on ___July 10___, 2008, at ___Maricopa_____, ___Arizona_____.
                                (city)                        (state)

_____              _____
(Signature)                                ALICIA A. REED

|||||||||||||||||||||||||| - 171
* 0 0 0 0 3 9 2 6 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on June 30, 2008, at ___Providence___, ___Rhode Island___.
            (city)              (state)

_____
(Signature)                          STEVEN J RIVERA

*00003988* - 369

2

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on  7/11 , 2008, at  Denver ,  Colorado .
                                             (city)                  (state)

(Signature)                                         Veronica I Rodriguez
                                                 VERONICA I RODRIGUEZ

*00010467* - 407

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on *April 2*, 2008, at ___*Lexington*___, ___*Kentucky*___.
(city)                    (state)

___*Amy R. McKelvey*___          ___*Amy E. Rogers*___
(Signature) *(married name)*     AMY E. ROGERS

*00004039* - 371

2

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on ___7/7___, 2008, at ___MONTEREY___, ___CALIFORNIA___.
                     (city)             (state)

_____
(Signature)                               ANNIE E ROGERS

*000004046* - 372

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on July 31, 2008, at ___Wichita___, ___Kansas___.
　　　　　　　　　　　　　　　　　(city)　　　　　　　　(state)

_____　　　　　_____
(Signature)　　　　　　　　　　　　　　ERIC B. ROSEBERRY

- 177
* 0 0 0 0 4 0 6 0 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on ___7/2___, 2008, at ___SAN FRANCISCO___  ___CALIFORNIA___.

                                       (city)                        (state)

_____            _____
(Signature)                                CONCEPCION ROSETE

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 780
* 0 0 0 1 0 5 2 8 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on July 3rd, 2008, at ___O'Fallon___, ___Illinois___.

                                (city)

_____         RYAN P Russell

(Signature)                                     RYAN P RUSSELL

- 783
* 0 0 0 1 0 5 7 3 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM