# EXHIBIT F

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 7/31/2008 , 2008, at   San Francisco                ,    California                      .
                                    (city)                    (state)

_____          _____
(Signature)                                      WALTER Z. SANTANDER

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 415
• 0 0 0 1 0 6 2 7 •

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 7/14 , 2008, at Rochester, , New York .
                              (city)                (state)

_____        **GREGORY S. SANVILLE**
(Signature)                             GREGORY S SANVILLE

*00004145* - 381

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on July 24, 2008, at Humble, Texas.
                                   (city)          (state)

_____          _____
(Signature)                        SANDRA SANTELLANA

- 179

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on **5/23**, 2008, at _Houston_, _TX_.

 (city)       (state)

_Aniqa S_____

(Signature)

_ANIQA SARWAR_

ANIQA SARWAR

JOSEPH V CIARELLA
My Commission Expires
March 7, 2009
NOTARY PUBLIC STATE OF TEXAS

Joseph V. Ciarella, Notary
Harris County, Texas
5/23/2008

|||||||||||||||||||| - 382
* 0 0 0 0 4 1 5 2 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on July 22 , 2008, at Pompano Beach , Florida .
(city)                        (state)

(Signature)                        LINDA MIKKELSEN SCARLETT

- 182
* 0 0 0 0 4 2 3 7 *

CONSENT TO JOIN SETTLEMENT

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on ___7/11___, 2008, at ___ORLAND PARK___, ___ILLINOIS___.
                                        (city)                    (state)

___(Signature)___                              ___DEBRA L SCHNEPP___

|||||||||||||||||||||||| - 417
* 0 0 0 1 0 7 2 6 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on ___16th of June__, 2008, at ___Manhattan_____,    ___New York_____.
                                        (city)                      (state)

_____        ___Scott D. Schnipper___
(Signature)                             SCOTT D SCHNIPPER

|||||||||||||||||||||||||||||| - 001
* 0 0 0 1 0 7 3 3 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on July 1, 2008, at Portland, Oregon.
                                    (city)            (state)

_____                    _____
(Signature)                                 TIMOTHY J. SCHRECK

- 394

* 0 0 0 0 4 2 9 9 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _28th July_, 2008, at _Castro Valley_, _CA_.
                                    (city)                    (state)

_____                    _____
(Signature)                                  CYNTHIA M SETTERGREN

- 188
* 0 0 0 0 4 3 6 7 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _June 4th_, 2008, at _____BOSTON_____, _____MASS_____.
                                   (city)                  (state)

_Deborah Ann Shea_
(Signature)

_____
DEBORAH ANN SHEA



- 402

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on **1 July**, 2008, at **SANTA BARBARA**, **CALIFORNIA** .
(city)                    (state)

_____        **JENNIFER SHUPACK**
(Signature)                        JENNIFER M SHUPACK

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _7/30_, 2008, at _Kingwood_,    _Texas_.
                                      (city)                (state)

_____    _Jeff R. Simmons_
(Signature)                                          JEFF R SIMMONS

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 191
* 0 0 0 0 4 4 6 6 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 7/9, 2008, at Ft Lauderdale, Florida.

(city)                (state)

(Signature)

JAMES D SIMMS

*00010887* - 798

2

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on ___7·10___, 2008, at ___La Jolla___, ___Ca___.
                                          (city)              (state)

___(Signature)___                         ___ELLEN MARIE SMITH-JOHNSON___

‖‖‖‖‖‖‖‖‖‖‖ - 420
* 0 0 0 1 0 9 3 1 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on July 30 , 2008, at  Roswell , Georgia .
                                      (city)              (state)

_____                _____
(Signature)                                     TINISHA A SMITH

|||||||||||||||||||||||||||||||| - 001
* 0 0 0 0 4 5 4 1 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 7/30, 2008, at APOPKA, FLORIDA.
(city)                              (state)

_____          KYRA M SOPINKA
(Signature)                      KYRA M SOPINKA

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 195
* 0 0 0 0 4 5 5 8 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 5/29/, 2008, at _Chicago_, _Illinois_.
(city)      (state)

_Nicole L Spicer_
(Signature)

_____
NICOLE L SPICER

*00004565* - 003

2

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 6/30 , 2008, at  PROSPECT HEIGHTS ,  ILLINOIS .
                                (city)                        (state)

_____                _____
(Signature)                                     NICHOLAS P SPIRATOS

*00010962* - 802

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on July 25, 2008, at Tinley Park, Illinois.
                                            (city)                              (state)

Suzanne E Stalzer
(Signature)

                                                            SUZANNE E STALZER

*00004589* - 421

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on **7/30**, 2008, at ___McLean___, ___Virginia___.
                   (city)            (state)

_____ 7/30/08       Jesse T. Staneck
(Signature)                           JESSE STANECK

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 006
* 0 0 0 1 0 9 9 3 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _May 19_, 2008, at _Roseville_, _CA_.
                                              (city)                    (state)

_Doris K. Strauch_                    _Doris K. Strauch_
(Signature)                            DORIS K STRAUCH

- 426
* 0 0 0 0 4 6 3 3 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on July 21, 2008, at Englewood, Colorado.

_(city)_                    _(state)_

_____                    _____
(Signature)                                WENDI R. STROM

00004640 - 198

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 7/22/, 2008, at Portland_____, OREGON_____.
                         (city)                 (state)

_____
(Signature)

IAN K. STUART

|||||||||||||||||||||||||||| - 199
* 0 0 0 0 4 6 5 7 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _May 9_ 2008, at _Oceanside NY_ , _11 572_ .
                                (city)              (state)

_(Signature)_                               JAMES E SULLIVAN

|||||||||||||||||||||| - 431
* 0 0 0 0 4 6 9 5 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 7/23 , 2008, at CHICAGO , IL .

                           (city)                        (state)

(Signature)                                    KEVIN J. SULLIVAN

║█▌║▌║█▌║▌║█║▌║█▌║▌║█║ - 201
* 0 0 0 0 4 7 0 1 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on July 12 , 2008, at ___Boulder___ , ___Colorado___ .
                                    (city)                    (state)

___Carolyn Summers___          ___Carolyn A. Summers___
(Signature)                    CAROLYN A SUMMERS

* 0 0 0 1 1 0 8 2 * - 424

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 6/25, 2008, at _Atlanta_, _Georgia_.
                                 (city)              (state)

_____
(Signature)

_____
RENNA L SWAYNE

‖‖‖‖‖‖‖‖‖‖‖‖ - 808
* 0 0 0 1 1 1 0 5 *

2

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on ___7/14___, 2008, at ___San Jose___, ___California___.
                            (city)               (state)

___(Signature)___                              PAMELA T TAKACS

- 203

* 0 0 0 0 4 7 5 6 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 7/21, 2008, at _Bristol_, _Connecticut_.
                              (city)               (state)

_(Signature)_                                        SUSAN MARIE TANGUAY

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 426
* 0 0 0 1 1 1 7 4 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _Jun 16_, 2008, at _Los Angeles_ , _California_ .
                                                        (city)                              (state)

_____                    _____
(Signature)                                                   DARIA THOMAS

*000007 34* - 001

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on ___July 28th__,2008, at ___Twin Lakes___, ___Wisconsin___.
                                  (city)            (state)

_____       ___Chad Tindall___
(Signature)                                 CHAD G TINDALL

‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 447
* 0 0 0 0 4 8 7 9 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _7-10_ , 2008, at _Quincy_ , _Illinois_ .

(city)        (state)

_Sandra K Toomey_
(Signature)

_Sandra K Toomey_
SANDRA K TOOMEY

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 207
* 0 0 0 0 4 9 0 9 *

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on ___7/30___, 2008, at ___San Francisco___, ___California___.
(city) (state)

___(Signature)___    ___SEFERINO STANLEY TORRES___

- 429

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on JUNE 20, 2008, at  MORRISON , COLORADO .
                                        (city)                    (state)

_____          CARLA TRUJILLO
(Signature)                               CARLA TRUJILLO

00011358 - 820

2

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 7|24 , 2008, at San Ramon , California .
          (city)      (state)

(Signature)          VICKY TSANG

- 430

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 7/25 , 2008, at ___Phoenix___, ___Arizona___.
                                              (city)              (state)

___(signature)___                          ___Alison J. Uchrin___
(Signature)                                ALISON J. UCHRIN

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on __06/10/__, 2008, at __Pasadena__, __California__.
                                    (city)              (state)

__Nicholas M. Van Bergen__ (Signature)                    _____
                                                          NICHOLAS M VAN BERGEN

║║║║║║║║║║║║║║║║║║ - 457
* 0 0 0 0 4 9 7 8 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 7/30 , 2008, at Blaine , MN .
                                     (city)              (state)


(Signature)                                    JENNIFER L VANDEN BROEKE

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 007
* 0 0 0 1 1 4 3 3 *

2

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _JULY 15_____, 2008, at _Fayetteville_____    _NC_____.
                                      (city)              (state)

_____                    _____
(Signature)                                  EILEEN VARGAS

00011457 - 433

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 7/14, 2008, at Sherman Oaks, CA.
                      (city)         (state)

(Signature)                                  GEORGINA M VEGA

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on **7/14** , 2008, at ___Edina_____ , ___Minnesota_____ .
                                    (city)                          (state)

_____              ___Althea D. Vidmar___
(Signature)                          ALTHEA D. VIDMAR

║█║█║█║█║█║█║█║█║ - 462
* 0 0 0 0 5 0 2 9 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 7/12 , 2008, at Kaukauna , Wisconsin .
                                    (city)                        (state)

_____          _____
(Signature)                                JANE M VANDE VOORT

*00011426* - 431

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on JULY 30 2008, at SAN RAMON , CALIFORNIA .
                                   (city)              (state)

_____                    ALEX WALSH.
(Signature)                                  ALEX E WALSH

- 830

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 7-25, 2008, at ___San Jose___, ___CA___.
                       (city)          (state)

_____
(Signature)                 ELAINE L WANG

‖‖‖‖‖‖‖‖‖‖ - 002
* 0 0 0 0 5 1 0 4 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on June 4th, 2008, at San Francisco, California.
                                (city)              (state)

_____     Christopher J. Wahl
(Signature)                                 CHRISTOPHER J WAHL

*00005067* - 465

2

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 7/11 , 2008, at Century City (Los Angeles)  CA
                                (city)                    (state)

(Signature)

Scott Allen Weger
SCOTT ALLEN WEGER

- 438
*00011587*

CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on July 30 , 2008, at ___Atlanta___ , ___Georgia___ .

                               (city)                            (state)

_____

(Signature)                                     DEBORAH L WEHUNT

‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 471
* 0 0 0 0 5 1 2 8 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 6/16, 2008, at Scottsdale, Arizona.

(city)          (state)

_Amy F. Weinstein_          _Amy F. Weinstein_
(Signature)                AMY F. WEINSTEIN

*00011594* - 832

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 6/23, 2008, at Laguna Hills    CA    92653    .
                              (city)              (state)

S. Weismiller                              S. WEISMILLER
(Signature)                                SUZANNE A WEISMILLER

|||||||||||||||||||||||||| - 833
* 0 0 0 1 6 2 4 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on _July 8_, 2008, at _Sandy Springs_, _Georgia_ _____.
                                    (city)              (state)

_Laurel White_                          _____

(Signature)                             LAUREL WHITE

‖‖‖‖‖‖‖‖‖‖‖‖ - 837
* 0 0 0 1 1 6 8 6 *

**CONSENT TO JOIN SETTLEMENT AND CLAIM FORM**