# EXHIBIT G

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on  July 18 , 2008, at   Jamaica Estates  ,   New York  .
                                             (city)              (state)

_____            _____
(Signature)                                                        JULIUS M. WHITLEY

*00005173* - 218

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 7/23, 2008, at Huntington Beach, CA.
                               (city)          (state)

*Linda L. Wilson*
(Signature)                            LINDA L. WILSON


*00005227* - 001

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on July 10, 2008, at Independence, Kentucky.
                                       (city)                    (state)

_Mark A. Wilson_
(Signature)

_Mark A. Wilson_
MARK A WILSON



I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on June 19, 2008, at Orange (city), Calif. (state).

_____  
(Signature)   BARBARA D WISE

*00005258* - 484

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on __6/18__, 2008, at __Salida__, __CA__.
                                       (city)                  (state)

_____       _____
(Signature)                                           LORETTA C WELLS BAY

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on  7/22 , 2008, at  Palo Alto       ,  CA                    .
                                               (city)              (state)

_____        TAMIKA D. WORKMON
(Signature)                                  TAMIKA D. WORKMON

*00005333* -009

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on July 14, 2008, at Melbourne, Florida.
(city) (state)

_____          _Della A. Worley_____
(Signature)                           DELLA A. WORLEY

- 227

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 7/11, 2008, at Honolulu, Hawaii.
                                  (city)                  (state)

_Frances Wright_ (Signature)    FRANCES WRIGHT

- 228

2
CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on 5-8-08, 2008, at ____Lyman____, __NJ__.
                                 (city)              (state)

_____        _____
(Signature)                                   BRIAN M WULFF

*00005371* - 495

2
CONSENT TO JOIN SETTLEMENT AND CLAIM FORM

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on __7/7__, 2008, at __Reno_____, __Nevada_____.
                              (city)                  (state)

__Linda L Young_____                __Linda L. Young_____
(Signature)                              LINDA L YOUNG

*00005425* - 002

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on June 25, 2008, at San Mateo, California.
                                  (city)              (state)

_____     _____
(Signature)                        MILDRED DIANE ZAKULA

I consent to join the *Linda Young, et al. v. Charles Schwab & Co., Inc.* action pursuant to the Fair Labor Standards Act.

Executed on July 11, 2008, at Sunnyvale, CA.
  (city)    (state)

_____  _____
(Signature)                      JOHN ZHANG

- 446