UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA YOUNG, MIKE SAFAIE, and JANICE KEVARI individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES SCHWAB & CO., INC.<br><br>Defendant. | Case No. C 07:2828 CW<br><br>[PROPOSED] ORDER DIRECTING PAYMENT TO THE CALIFORNIA LABOR AND WORKFORCE DEVELOPMENT AGENCY<br><br>Honorable Claudia Wilken |

Pursuant to Paragraph 28(a) of the Joint Stipulation of Settlement and Release, the Court finds it appropriate to order payment in the sum of $25,000.00 to the California Labor and Workforce Development Agency out of the settlement fund.

Dated: _____

                                                        Honorable Claudia Wilken
                                                        United States District Court
                                                        Northern District of California

**PROOF OF SERVICE**
Linda Young, Mike Safaie, and Janice Kevari, et al. v. Charles Schwab & Co., Inc.
United States District Court, Northern District of California
Case No. C-07:2828 CW

---

I, the undersigned, declare as follows:

I am employed in the County of Washoe, State of Nevada.

I am over the age of eighteen (18) years and not a party to the within action; my business address is 18124 Wedge Parkway, #503, Reno Nevada, 89511.

On August 21, 2008, I served the foregoing document(s) described as:

    1.    [PROPOSED] ORDER DIRECTING PAYMENT TO THE CALIFORNIA LABOR AND WORKFORCE DEVELOPMENT AGENCY

on all interested parties in this action addressed to the addressee as follows:

Diana Tabacopolous
SEYFARTH SHAW LLP
One Century Plaza, Suite 3300
2029 Century Park East
Los Angeles, CA 90067-3063
DTabacopoulos@seyfarth.com

XX  By CM/ECF. I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the above CM/ECF registrant(s).

    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

    Executed on August 21, 2008, at Reno, Nevada.

                                                      /s/ Jennifer Smith
                                                    Jennifer Smith