# EXHIBIT A



**RUST CONSULTING, INC.**
625 Marquette Ave., Suite 880
Minneapolis, MN 55402-2469
(612) 359-2000   (612) 359-2050 Fax

## EXHIBIT

8/14/08

Diana Tabacopoulos
Seyfarth Shaw LLP
One Century Plaza, Suite 3300
2029 Century Park East
Los Angeles, CA  90067-3063                  DTabacopoulos@seyfarth.com

Re:   Linda Young, Mike Safaie and Janice Kevari v. Charles Schwab & Co., Inc.                185900

CLAIMS ADMINISTRATION SERVICES
April through August 11, 2008

| | |
|---|---:|
| Database Development | $   500.00 |
| Initial Mailed Notice | 1,991.00 |
| Follow Up to Initial Notice | 4,911.46 |
| Telephone Support | 2,680.94 |
| Claims Processing | 3,035.00 |
| Project Management | 10,324.50 |
| Technical Consulting | 2,960.40 |
| Other Charges and Out-of-Pocket Expenses | 1,942.71 |
| **Project Total to Date** | **$ 28,346.01** |

Costs to Complete
    Telephone Support         $    750.00
    Fund Distribution                3,980.99
    Tax Reporting                   11,600.00
    Project Completion               5,125.00
                                                                  21,455.99

**Total Due; Informational Only**                                          **$ 49,802.00**

**Transactions**

8/14/08

Diana Tabacopoulos
Seyfarth Shaw LLP
One Century Plaza, Suite 3300
Los Angeles, CA  90067-3063

Re:  Linda Young, Mike Safaie and Janice Kevari v. Charles Schwab & Co., Inc.                      185900

April through August 11, 2008

| | | | | | |
|---|---|---|---|---|---|
| **Database Development** | | | | | |
| Receive and Process Database | | | | | $ 500.00 |
| | | | | | |
| **Initial Mailed Notice** | | | | | |
| CASS/NCOA/LACS Processing | | | | $ 500.00 | |
| Print and Mail Notice Package | 852 | Notices | $1.75 | 1,491.00 | |
| | | | | | $ 1,991.00 |
| **Follow Up to Initial Notice** | | | | | |
| Receive Undeliverables and Update Database | | | | $ 3,053.35 | |
| Address Trace | 31 | Traces | $1.00 | 31.00 | |
| Remail Notice Package | 862 | Notices | $2.00 | 1,724.00 | |
| Reminder Postcard | | | | | |
| Postcard | 491 | Cards | $0.21 | 103.11 | |
| | | | | | $ 4,911.46 |
| **Telephone Support** | | | | | |
| Telephone Support - CSRs | 3 | Months | $250.00 | $ 750.00 | |
| Additonal Telephone Support & Management | | | | 1,849.77 | |
| 800# Charges | 737.87 | Minutes | $0.11 | 81.17 | |
| | | | | | $ 2,680.94 |
| **Claims Processing** | | | | | |
| Receipt, Process and Validate Claims Forms | 607 | Claims | $5.00 | | $ 3,035.00 |
| **Costs to Complete** | | | | | |
| | | | | | |
| **Telephone Support** | | | | | |
| Telephone Support - CSRs | 3 | Months | $250.00 | | $ 750.00 |
| | | | | | |
| **Fund Distribution** | | | | | |
| Print and Mail Payments | 607 | Payments | $5.00 | $ 3,035.00 | |
| Postage - 1 Ounce First Class | 607 | Payments | $0.42 | 254.94 | |
| Check Processing | 607 | Payments | $0.15 | 91.05 | |
| Monthly Bank Account Fee | 6 | Months | $100.00 | 600.00 | |
| | | | | | $ 3,980.99 |
| **Tax Reporting** | | | | | |
| Annual Fee - QSF Income Tax Reporting | 1 | Year | $1,000.00 | $ 1,000.00 | |
| Set-Up State Tax ID's | 44 | States | $150.00 | 6,600.00 | |
| Individual Income Tax Reporting | 1 | Year | $4,000.00 | 4,000.00 | |
| | | | | | $ 11,600.00 |
| **Project Completion** | | | | | |
| Project Management | 30 | Hours | $145.00 | $ 4,350.00 | |
| Technical Consulting | 5 | Hours | $155.00 | 775.00 | |
| | | | | | $ 5,125.00 |

```
                                         Inv#     ******
                                         Date     Aug 14, 2008
                                         Client Number 1859
```

Re:   Young v Charles Schwab - Return Mail Processing         185921

For Professional Services Rendered:

```
    TIMEKEEPER                RATE        HOURS           FEES
    Processor       144   144  45.00      65.63        2,953.35
    Bryan Painter         BP  100.00       0.25           25.00
    Mica Givens           MG  100.00       0.75           75.00

Total Fees:                                            3,053.35


05/01/08  144   Processor                         0.00         0.00
05/01/08  144   Processor                         0.00         0.00
05/02/08  144   Processor                         0.19         8.55
05/07/08  MG    Date stamping and sorting received 0.25       25.00
                mail
05/08/08  144   Processor                         0.22         9.90
05/09/08  MG    Date stamping, sorting            0.25        25.00
05/12/08  MG    Date stamping, sorting            0.25        25.00
05/13/08  144   Processor                         1.43        64.35
05/14/08  144   Processor                         0.60        27.00
05/15/08  144   Processor                         1.76        79.20
05/16/08  144   Processor                         1.71        76.95
05/19/08  144   Processor                         0.93        41.85
05/20/08  144   Processor                         0.44        19.80
05/21/08  144   Processor                         0.57        25.65
05/22/08  144   Processor                         1.33        59.85
05/23/08  144   Processor                         0.53        23.85
05/27/08  144   Processor                         1.93        86.85
05/28/08  144   Processor                         0.56        25.20
05/29/08  144   Processor                         0.01         0.45
05/30/08  144   Processor                         1.08        48.60
06/03/08  144   Processor                         1.14        51.30
06/06/08  144   Processor                         1.23        55.35
06/09/08  144   Processor                         1.21        54.45
06/10/08  144   Processor                         0.34        15.30
06/12/08  144   Processor                         0.90        40.50
06/18/08  144   Processor                         0.75        33.75
06/19/08  144   Processor                         1.56        70.20
06/23/08  144   Processor                         0.81        36.45
06/24/08  144   Processor                         0.12         5.40
06/25/08  144   Processor                         5.29       238.05
07/01/08  144   Processor                         1.71        76.95
07/03/08  144   Processor                         2.08        93.60
07/06/08  144   Processor                         1.19        53.55
```

```
                                    Inv#     ******
                                    Date     Aug 14, 2008
                                    Client Number 1859

07/07/08  144  Processor                 9.48      426.60
07/08/08  144  Processor                 1.48       66.60
07/10/08  144  Processor                 0.34       15.30
07/10/08  BP   Return mail sort          0.25       25.00
07/11/08  144  Processor                 0.71       31.95
07/15/08  144  Processor                 3.25      146.25
07/19/08  144  Processor                 0.37       16.65
07/22/08  144  Processor                 3.58      161.10
07/23/08  144  Processor                 1.48       66.60
07/24/08  144  Processor                 1.23       55.35
07/25/08  144  Processor                 0.65       29.25
07/28/08  144  Processor                 2.98      134.10
07/29/08  144  Processor                 1.20       54.00
07/30/08  144  Processor                 3.85      173.25
07/31/08  144  Processor                 2.60      117.00
08/01/08  144  Processor                 0.74       33.30
08/07/08  144  Processor                 0.07        3.15


Total Services                                    3,053.35




Total Expenses                                        .00
                                              ----------------

Total This Matter                                 3,053.35
                                              ----------------
```

```
                                              Inv#      ******
                                              Date      Aug 14, 2008
                                              Client Number 1859
```

Re:   Young v Charles Schwab - Telephone Support            185914

For Professional Services Rendered:

```
    TIMEKEEPER                      RATE        HOURS           FEES
    CSR             140      140    43.00       27.64       1,188.52
    Jonathan Paul            JDP   140.00        4.50         630.00
    Louise Roberts           LR    125.00        0.25          31.25

Total Fees:                                                1,849.77


07/22/08   140   Customer Service Representative     3.70      159.10
07/22/08   JDP   Coordinate call out project         1.50      210.00
07/22/08   LR    Call Center Management              0.25       31.25
07/23/08   140   Customer Service Representative    10.44      448.92
07/23/08   JDP   Review statistics for outbound      0.50       70.00
                 calling project
07/24/08   140   Customer Service Representative     0.59       25.37
07/24/08   JDP   Coordinate call out project         1.00      140.00
07/25/08   JDP   Discuss details of call out         0.50       70.00
                 project with defense and CSR
                 manager
07/26/08   140   Customer Service Representative     8.00      344.00
07/28/08   140   Customer Service Representative     2.50      107.50
07/28/08   JDP   Coordinate call outs; provide       0.50       70.00
                 statistics to counsel
07/29/08   140   Customer Service Representative     2.41      103.63
07/29/08   JDP   Coordinate call out project         0.50       70.00


Total Services                                             1,849.77
```

Expense Detail:

```
Reference    Date       Description                        Amount
---------    ----       -----------                        ------

     Employment Call Center
         05/31/08   Employment Call Center                 250.00
         06/30/08   Employment Call Center                 250.00
         07/31/08   Employment Call Center                 250.00
                                         Subtotal         750.00
```

```
                              Inv#     ******
                              Date     Aug 14, 2008
                              Client Number 1859
```

Total Expenses                                          750.00
                                                  ----------------

Total This Matter                                      2,599.77
                                                  ----------------

Case 4:07-cv-02828-CW   Document 61-2   Filed 08/22/2008   Page 7 of 16

```
                                    Inv#      ******
                                    Date      Aug 14, 2008
                                    Client Number 1859
```

Re:   Young v Charles Schwab - Project Management            185906

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| Abigail Schwartz | AJS | 140.00 | 0.50 | 70.00 |
| Camden Herzfeld | CH | 130.00 | 1.50 | 195.00 |
| Caryn Donly | CD | 162.00 | 5.00 | 810.00 |
| CasiAnna Munneke | CM | 100.00 | 1.00 | 100.00 |
| Dennis Johnson | DHJ | 130.00 | 0.40 | 52.00 |
| Eric Bishop | EB | 190.00 | 1.75 | 332.50 |
| Eric J Christensen | EJC | 130.00 | 3.00 | 390.00 |
| Jason Fleming | JF | 130.00 | 2.50 | 325.00 |
| Jodi Belmont | JLW | 130.00 | 1.00 | 130.00 |
| Jonathan Paul | JDP | 140.00 | 48.25 | 6,755.00 |
| Mahalet Zeleke | MZ | 85.00 | 1.00 | 85.00 |
| Meredith Gaulden | MG | 80.00 | 0.25 | 20.00 |
| Sandra Feriancek | SJF | 130.00 | 1.00 | 130.00 |
| Shannon Marks | SM | 80.00 | 0.50 | 40.00 |
| Sophia Strand | SS | 100.00 | 5.00 | 500.00 |
| Zona Meyer | ZM | 130.00 | 3.00 | 390.00 |

Total Fees:                                                10,324.50

| Date | TK | Description | Hours | Fees |
|---|---|---|---|---|
| 04/10/08 | JDP | Matter setup details | 1.00 | 140.00 |
| 04/10/08 | CD | Project Set-up | 0.50 | 81.00 |
| 04/11/08 | ZM | Proofread notice materials and prepare redlines; provide comments to project manager. | 3.00 | 390.00 |
| 04/11/08 | JDP | Review proofreader comments for notice materials; request layout for mailing; request TFN | 1.50 | 210.00 |
| 04/11/08 | EB | Project setup. | 1.50 | 285.00 |
| 04/11/08 | CD | Project Start-up | 0.25 | 40.50 |
| 04/11/08 | EJC | Backup proofreading of notice materials | 1.00 | 130.00 |
| 04/11/08 | CH | Caseworx Set-up | 1.50 | 195.00 |
| 04/13/08 | JF | Initial mailed notice layout and design. | 1.50 | 195.00 |
| 04/14/08 | JDP | Review formatted notice materials; request changes to address format; review final versions and provide to parties | 1.00 | 140.00 |
| 04/14/08 | CD | Project status analysis | 0.50 | 81.00 |
| 04/14/08 | CM | Contract Administration | 1.00 | 100.00 |

```
                              Inv#      ******
                              Date      Aug 14, 2008
                              Client Number 1859

04/15/08  JF    Initial mailed notice revision.       0.50         65.00
04/15/08  DHJ   Telecom Setup & Modification          0.30         39.00
04/15/08  SJF   Telecom Setup & Modification.         0.50         65.00
                Build preliminary programming for
                case.  Send out TFN assignment
                sheet.  Up-date billing records.
04/15/08  JDP   Review changes to notice materials    0.75        105.00
                from counsel; review updates from
                layout team
04/15/08  CD    Project analysis and updates          0.25         40.50
04/17/08  CD    Initial project discussions           0.25         40.50
04/18/08  CD    Data research and review              0.25         40.50
04/21/08  CD    Project analysis and follow-up        0.50         81.00
04/22/08  MG    Project Accounting and                0.25         20.00
                Administration.
04/22/08  JDP   Review project timeline and data      0.50         70.00
                questions
04/24/08  JDP   Database setup and intake meeting     1.00        140.00
04/25/08  JDP   Review data for merge information;    1.00        140.00
                discuss details with data contact
                and defense counsel
04/25/08  EB    Review project timelines.             0.25         47.50
04/28/08  JF    Print and mail document setup.        0.50         65.00
04/28/08  JDP   Review changes from defense           0.50         70.00
                counsel; coordinate updates with
                layout team and send revised
                version to parties
04/29/08  JDP   Provide email confirmation to         2.00        280.00
                accounting; explain NCOA process
                to defense counsel; work with
                internal groups to prepare for
                mailing; add pertinent dates and
                case specifics to tracking system
04/30/08  JDP   Update materials; review data         1.00        140.00
                received for additional members;
                merge employment information for
                copy to de tense
05/01/08  DHJ   Telecom.                              0.10         13.00
05/01/08  SJF   Telecom Setup & Modification.         0.50         65.00
                Finalize programming.  Activate
                and test TFN.  Send out  notice.
05/01/08  JDP   Coordinate notice mailing; review     1.50        210.00
                and update approved documents;
                discuss data calculations
05/01/08  MZ    Project kick off meeting and          1.00         85.00
                distribute scripts/notices.
05/02/08  AJS   Complete quality review of mail       0.50         70.00
                file.
```

```
                                Inv#      ******
                                Date      Aug 14, 2008
                                Client Number 1859
```

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 05/02/08 | JDP | Review mail file and check source data to ensure accuracy; assist with mail merge of documents; send PDF copies to defense along with data statistics; prepare status report template | 2.00 | 280.00 |
| 05/02/08 | EJC | Draft CSR Script | 2.00 | 260.00 |
| 05/05/08 | JDP | Verify mailing completed; prepare and provide form cure letter for review; review and approve CSR script | 0.75 | 105.00 |
| 05/05/08 | CD | Project analysis and review | 0.50 | 81.00 |
| 05/06/08 | JDP | Explain payment calculation to call center to assist callers | 0.50 | 70.00 |
| 05/07/08 | JDP | Review and test database changes with processing team | 0.50 | 70.00 |
| 05/07/08 | CD | Project status review and analysis | 0.50 | 81.00 |
| 05/09/08 | JDP | Review and request changes to database | 0.50 | 70.00 |
| 05/12/08 | JDP | Test database and request move to production | 0.50 | 70.00 |
| 05/13/08 | JDP | Test production version of database; update remail requests from temporary database; review processing instructions and discuss form filing details with counsel | 1.00 | 140.00 |
| 05/13/08 | CD | Review Project Status | 0.50 | 81.00 |
| 05/14/08 | JDP | Review. discuss and finalize processing instructions | 1.00 | 140.00 |
| 05/15/08 | JDP | Review undeliverable's and send trace specifics to defense | 0.50 | 70.00 |
| 05/19/08 | JDP | Prepare status report; send PDF copies of disputes and preliminary analysis to defense counsel | 1.00 | 140.00 |
| 05/27/08 | JDP | Prepare status report; update dispute resolution documents and send for review | 1.00 | 140.00 |
| 06/02/08 | JDP | Prepare weekly status report | 0.50 | 70.00 |
| 06/09/08 | JDP | Prepare status report; update exclusion list; include percentage filed and work week details | 1.25 | 175.00 |
| 06/13/08 | JDP | Review reporting and send update to counsel | 0.50 | 70.00 |
| 06/16/08 | JDP | Prepare status report; calculate filing rate stats; prepare dispute list; research case upcoming duties | 1.50 | 210.00 |
| 06/18/08 | JDP | Review trace reports; request 2nd attempt and respond to counsel with status | 0.50 | 70.00 |

```
                              Inv#       ******
                              Date       Aug 14, 2008
                              Client Number 1859
```

| Date | Who | Description | Hours | Amount |
|---|---|---|---|---|
| 06/19/08 | JDP | Review internal preparation of consent forms; put plan in place to send to parties | 0.50 | 70.00 |
| 06/20/08 | JLW | Postcard layout. | 0.50 | 65.00 |
| 06/20/08 | JDP | Prepare award statistics based on filing rate; update postcard language and prepare postcard mail file; coordinate consent form mailing to clients | 2.50 | 350.00 |
| 06/20/08 | SS | Preparation of package of Consent Forms to send to Counsel. | 2.00 | 200.00 |
| 06/23/08 | JDP | Coordinate postcard mailing | 0.25 | 35.00 |
| 06/24/08 | JLW | Postcard layout. | 0.50 | 65.00 |
| 06/24/08 | JDP | Prepare status report and list of disputes for counsel; coordinate postcard mailing | 1.50 | 210.00 |
| 06/26/08 | CD | Project Status Review | 0.25 | 40.50 |
| 07/01/08 | JDP | Prepare status report; review dispute history and prepare to send report to client | 1.00 | 140.00 |
| 07/03/08 | JDP | Prepare for supplemental mailing | 1.00 | 140.00 |
| 07/07/08 | JDP | Prepare for supplemental mailing and perform quality control on mailing | 2.00 | 280.00 |
| 07/07/08 | CD | Project research and analysis | 0.50 | 81.00 |
| 07/08/08 | JDP | Project status and supplemental mailing review | 0.50 | 70.00 |
| 07/10/08 | JDP | Prepare status report and dispute report | 1.50 | 210.00 |
| 07/10/08 | CD | Project analysis and review | 0.25 | 40.50 |
| 07/11/08 | JDP | Provide counsel list of members that have not filed forms | 0.50 | 70.00 |
| 07/15/08 | JDP | Coordinate outbound calling program | 1.00 | 140.00 |
| 07/16/08 | JDP | Prepare telephone file for call out; provide options to counsel | 1.00 | 140.00 |
| 07/17/08 | JDP | Create updated call out list, status report and dispute list; research cost for call out | 1.50 | 210.00 |
| 07/18/08 | JDP | Research and prepare statistics for defense counsel | 1.00 | 140.00 |
| 07/18/08 | SS | Class member claim research. | 0.50 | 50.00 |
| 07/21/08 | JDP | Call out project preparation | 1.00 | 140.00 |
| 07/22/08 | JDP | Prepare status report and dispute details for counsel | 0.75 | 105.00 |
| 07/23/08 | JDP | Provide exclusion breakdown to defense along with top 25 award members; research requests after counsel indicated original data was not received | 1.00 | 140.00 |
| 07/24/08 | SS | Draft of Declaration in support of final approval. | 1.00 | 100.00 |

```
                                        Inv#      ******
                                        Date      Aug 14, 2008
                                        Client Number 1859
```

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 07/25/08 | JDP | Calculate and provide award amount statistics | 1.00 | 140.00 |
| 07/25/08 | SS | Draft of Declaration in support of final approval. | 1.00 | 100.00 |
| 07/25/08 | SS | Draft of template for payment instrument. | 0.25 | 25.00 |
| 07/25/08 | SS | Creation of distribution setup forms. | 0.25 | 25.00 |
| 07/28/08 | JDP | Prepare status report, exclusion list and dispute details | 0.75 | 105.00 |
| 07/30/08 | JDP | Project administration and accounting; update declaration with changes from counsel | 0.50 | 70.00 |
| 07/31/08 | JDP | Calculate and provide filing statistics | 0.50 | 70.00 |
| 08/04/08 | JDP | Update declaration with changes from counsel; review billing document for declaration insert | 0.75 | 105.00 |
| 08/04/08 | SM | Project Accounting and Administration. | 0.50 | 40.00 |
| 08/05/08 | JDP | Prepare status report, exclusion list and dispute details for counsel | 1.00 | 140.00 |

```
Total Services                                            10,324.50



Total Expenses                                                  .00
                                                    ----------------

Total This Matter                                         10,324.50
                                                    ----------------
```

```
                                        Inv#      ******
                                        Date      Aug 14, 2008
                                        Client Number 1859
```

Re:   Young v Charles Schwab - Technical Consulting         185907

For Professional Services Rendered:

```
    TIMEKEEPER                     RATE         HOURS              FEES
    F. Mike Miller        FMM     160.00         3.20            512.00
    Jesse Richards        JR      160.00         0.10             16.00
    Julie Merrild         JM       80.00         0.90             72.00
    Kathryn Pobuda        KP      160.00         2.00            320.00
    Kevin Hartman         KH      130.00         1.40            182.00
    Mike Cole             MC      160.00         0.80            128.00
    Steve States          SS      160.00         4.90            784.00
    Suraj Amatya          SA      160.00         5.69            910.40
    Troy Pettis           TP      180.00         0.20             36.00

Total Fees:                                                    2,960.40


04/11/08   FMM   Systems Management                 0.30         48.00
04/24/08   FMM   Clean Data                         0.50         80.00
04/24/08   FMM   Application Setup                  0.30         48.00
04/30/08   MC    Systems Management                 0.20         32.00
04/30/08   SA    Load Data                          0.34         54.40
05/01/08   FMM   Clean Data                         0.20         32.00
05/01/08   JR    Load Data                          0.10         16.00
05/01/08   SA    Load Data                          4.00        640.00
05/02/08   FMM   Clean Data                         0.40         64.00
05/02/08   FMM   Systems Management                 0.10         16.00
05/02/08   SA    Load Data                          1.35        216.00
05/05/08   FMM   Application Setup                  0.30         48.00
05/06/08   KH    Systems Management                 0.30         39.00
05/06/08   TP    Application Setup.                 0.20         36.00
05/06/08   SS    Application Modification           2.20        352.00
05/07/08   KH    Systems Management                 0.30         39.00
05/12/08   FMM   Application Setup                  0.30         48.00
05/12/08   KH    Systems Management                 0.40         52.00
05/12/08   SS    Load Data                          0.50         80.00
05/12/08   SS    Application Modification           0.50         80.00
05/13/08   FMM   Trace Processing                   0.20         32.00
05/13/08   FMM   Systems Management                 0.20         32.00
05/13/08   KP    Systems Management                 0.20         32.00
05/13/08   KH    Systems Management                 0.20         26.00
05/14/08   SS    Trace Processing                   0.20         32.00
05/19/08   KP    Trace Processing                   0.20         32.00
05/20/08   MC    Systems Management                 0.20         32.00
05/21/08   SS    Trace Processing                   0.20         32.00
```

```
                                        Inv#      ******
                                        Date      Aug 14, 2008
                                        Client Number 1859

05/22/08  FMM  Trace Processing              0.20      32.00
05/23/08  SS   Trace Processing              0.20      32.00
05/27/08  MC   Systems Management            0.20      32.00
05/27/08  FMM  Trace Processing              0.20      32.00
05/28/08  JM   Trace Processing              0.20      16.00
05/29/08  JM   Trace Processing              0.20      16.00
05/30/08  KP   Trace Processing              0.20      32.00
06/02/08  MC   Systems Management            0.20      32.00
06/02/08  JM   Trace Processing              0.20      16.00
06/03/08  KP   Trace Processing              0.20      32.00
06/03/08  JM   Trace Processing              0.10       8.00
06/04/08  JM   Trace Processing              0.20      16.00
06/11/08  KP   Trace Processing              0.20      32.00
06/12/08  SS   Trace Processing              0.30      48.00
06/17/08  KP   Systems Management            0.40      64.00
06/20/08  KH   Systems Management            0.10      13.00
06/20/08  SS   Application Modification      0.20      32.00
07/07/08  KH   Systems Management            0.10      13.00
07/15/08  KP   Trace Processing              0.20      32.00
07/16/08  SS   Trace Processing              0.20      32.00
07/22/08  KP   Trace Processing              0.20      32.00
07/23/08  SS   Trace Processing              0.20      32.00
07/29/08  KP   Trace Processing              0.20      32.00
07/29/08  SS   Trace Processing              0.20      32.00


Total Services                                       2,960.40



Total Expenses                                            .00
                                                 ----------------

Total This Matter                                    2,960.40
                                                 ----------------
```

```
                                          Inv#      ******
                                          Date      Aug 14, 2008
                                          Client Number 1859


Re:   Young v Charles Schwab - Expenses                     185990

For Professional Services Rendered:


      TIMEKEEPER                RATE         HOURS             FEES




Expense Detail:


Reference   Date      Description                           Amount
---------   ----      -----------                           ------

      Call Center/Telecommunications
            05/31/08  IVR 13.42 Minutes                       4.29
            05/31/08  Telecommunication System Charge       125.00
            06/30/08  IVR 13.42 Minutes                       4.29
            06/30/08  IVR System Charge                     200.00
            07/31/08  Telecom Line Maintenance Charge       250.00
            07/31/08  IVR 44.35 Minutes                      14.19
            07/31/08  IVR System Charge                     200.00
                                         Subtotal           797.77

      Postage/Federal Express
68112       05/29/08  Weekly Mail Pickup                      0.91
68115       05/29/08  Weekly Mail Pickup                      0.73
            05/31/08  Metered Postage                        517.86
            06/30/08  Metered Postage;   505 pieces          140.83
69143       07/03/08  Federal Express; 2 Pkg                  43.88
69519       07/23/08  Weekly Mail Pickup                      0.28
            07/31/08  Metered Postage; 494 pieces            365.59
70044       08/07/08  Weekly Mail Pickup                      0.23
                                         Subtotal         1,070.31

      Other
            05/31/08  Document Labels; 1,000                 15.00
            05/31/08  Bankers Boxes; 1                        2.50
            05/31/08  Red Ropes; 5                            6.25
            05/31/08  Colored Paper; 2                       12.00
            05/31/08  Barcode Labels; 335                     8.38
            06/30/08  Bankers Boxes; 1                        2.50
            06/30/08  Red Ropes; 2                            2.50
```

```
                              Inv#      ******
                              Date      Aug 14, 2008
                              Client Number 1859

06/30/08   #10 Window Envelope; 150                  7.50
07/31/08   Barcode Labels; 100                       2.50
07/31/08   Document Labels; 450                      6.75
07/31/08   Bankers Boxes; 1                          2.50
07/31/08   Red Ropes; 5                              6.25
                              Subtotal              74.63


Total Expenses                                   1,942.71
                                                ----------------

Total This Matter                                1,942.71
                                                ----------------
```