UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

YOUNG,

       Plaintiff,

  v.

CHARLES SCHWAB & CO., INC.,

       Defendant.

NO. C 07-02828 CW

**MINUTE ORDER**
Date: 8/21/08

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**    **Court Reporter:** Raynee Mercado

**Appearances for Plaintiff:**
Kevin McInerney

**Appearances for Defendant:**
Diana Tabacopoulus

                            **Motions:**

| | | |
|---|---|---|
| Plaintiffs | Mo. for final approval of settlement | Granted |
| Plaintiffs | Mo. for attorney's fees, cost, and class representative enhancements | Granted |

Further briefing due:
Order to be prepared by:  Counsel to submit orders

Notes:  No objections; no objectors present.  Counsel to submit documentation re amount for claims' administrator by tomorrow. Court will sign orders submitted by counsel.

Copies to:  Chambers