# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LINDA YOUNG,** and **MIKE SAFAIE,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**CHARLES SCHWAB & CO., INC.**<br><br>Defendant. | Case No. C 07:2828 CW<br><br>**ORDER GRANTING ATTORNEYS' FEES, LITIGATION COSTS, ENHANCEMENTS TO THE NAMED PLAINTIFFS, AND COSTS OF ADMINISTRATION**<br><br>Honorable Claudia Wilken |

The total settlement in this case is $2,125,000 (TWO MILLION ONE HUNDRED TWENTY FIVE THOUSAND). The Court has reviewed the application of Class Counsel for fees and litigation costs and finds that a fee of $537,500 is reasonable. This constitutes 25% of the overall settlement. It is apparent that the settlement achieved has been well received by the class as evidenced by the high claims rate and the lack of objections. The rate of exclusions is also low. Class Counsel brought to this case considerable litigation experience in complex and class action cases involving sophisticated wage and hour issues.

---

The Court specifically finds that this fee award is appropriate with reference to the factors discussed in *Vizcaino v. Microsoft, Inc.* 290 F.3d 1043, 1048-50 (9th Cir. 2002). The settlement has resulted in a substantial monetary award to the class, one that appears in terms of settlement pay per week worked to be equal or greater than the results achieved in other stockbroker overtime actions. This area of wage and hour law is complex and there is a dearth of precedent or appellate guidance. There was an according risk in pursuing this litigation. Class Counsel, though experienced and skilled in this area, undertook this action with no certainty of recovery and bore the inherent financial risk. Finally, Class Counsel have submitted information regarding the fee awards made in this type of case and those awards are similar to this Court's award here. It is therefore ordered that Rust Consulting, Inc. pay the total sum of $537,500 to the law firms of McInerney & Jones and Dostart Clapp Gordon & Coveney LLP within twenty (20) calendar days following the Settlement Effective Date as provided in the Joint Stipulation of Settlement and Release (Doc. 33, Paragraph 31(c)).

The Court also finds that the litigation costs in the amount of $18,544.38 appear to be reasonable and Class Counsel has represented that all these costs were necessarily incurred in furtherance of the resolution of this case. It is therefore ordered that Rust Consulting, Inc. pay the total sum of $18,544.38 to the law firms of McInerney & Jones and Dostart Clapp Gordon & Coveney LLP within twenty (20) calendar days following the Settlement Effective Date as provided in the Joint Stipulation of Settlement and Release (Doc. 33, Paragraph 31(c)). The Court further finds that an award of $15,000 each as an additional enhancement payment to Linda Young, Mike Safaie, and Janice Kevari is appropriate. Class Counsel have represented that each subordinated his or her own potential litigation and gain in favor of serving as fiduciaries for a large class. They apparently assisted Class Counsel providing information

about their respective workplaces and also accepted the risks of the assessment of litigation costs if their suit proved unsuccessful. It is therefore ordered that Rust Consulting, Inc. pay the total sum of $15,000 each to class representatives Linda Young, Mike Safaie, and Janice Kevari within twenty (20) calendar days following the Settlement Effective Date as provided in the Joint Stipulation of Settlement and Release (Doc. 33, Paragraph 31(c)).

Finally, the Court has reviewed the Declaration of Caryn Donly which sets forth the work performed and expenses incurred by the claims administrator, Rust Consulting, Inc. These appear to be reasonable and are, in fact, slightly below the estimated administrative charges of $50,000. It is therefore ordered that Rust Consulting, Inc. be paid the total sum of $49,802.

8/26/08

Dated: _____          _____
                                         Honorable Claudia Wilken
                                         United States District Court
                                         Northern District of California