# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LINDA YOUNG, MIKE SAFAIE,** and **JANICE KEVARI** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**CHARLES SCHWAB & CO., INC.**<br><br>Defendant. | Case No. C 07:2828 CW<br><br>**ORDER DIRECTING PAYMENT TO THE CALIFORNIA LABOR AND WORKFORCE DEVELOPMENT AGENCY**<br><br>Honorable Claudia Wilken |

Pursuant to Paragraph 28(a) of the Joint Stipulation of Settlement and Release, the Court finds it appropriate to order payment in the sum of $25,000.00 to the California Labor and Workforce Development Agency out of the settlement fund.

Dated: 8/26/08

_____
Honorable Claudia Wilken
United States District Court
Northern District of California

---

1
[PROPOSED] ORDER DIRECTING PAYMENT TO THE
CALIFORNIA LABOR AND WORKFORCE DEVELOPMENT AGENCY
**Case No. C 07:2828 CW**