James F. Clapp, Esq., SBN 145814
DOSTART CLAPP GORDON & COVENEY
4370 La Jolla Village Drive, Suite 970
San Diego, CA 92122
Telephone:    (858) 623-4200
Facsimile:    (858) 623-4299
jclapp@sdlaw.com

Kevin J. McInerney, Esq., SBN 46941
Charles A. Jones, Esq., SBN 224915
MCINERNEY & JONES
18124 Wedge Parkway #503
Reno, NV 89511
Telephone:    (775) 849-3811
Facsimile:    (775) 849-3866
kevin@mcinerneylaw.net
kelly@mcinerneylaw.net
caj@mcinerneylaw.net

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LINDA YOUNG, MIKE SAFAIE,** and **JANICE KEVARI,** individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**CHARLES SCHWAB & CO., INC.**<br><br>Defendant. | Case No. C 07:2828 CW<br><br>**NOTICE OF ENTRY OF JUDGMENT**<br><br>Honorable Claudia Wilken |

1  TO ALL PARTIES AND THEIR COUNSEL:

2

3      PLEASE TAKE NOTICE that judgment was entered in this action on August 26, 2008.

4  A true copy of that judgment is attached hereto as Exhibit A.

5

6

7  DATED: August 29, 2008            Respectfully submitted,

8                                             MCINERNEY & JONES

9

10                                          By:  /s/  Kevin J. McInerney
                                                   Kevin J. McInerney

11                                                   *Attorneys for Plaintiffs*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO. C 07:2828 CW                    -1-                    NOTICE OF ENTRY OF JUDGMENT

**PROOF OF SERVICE**
Linda Young, Mike Safaie, and Janice Kevari, et al. v. Charles Schwab & Co., Inc.
United States District Court, Northern District of California
Case No. C-07:2828 CW

I, the undersigned, declare as follows:

I am employed in the County of Washoe, State of Nevada.

I am over the age of eighteen (18) years and not a party to the within action; my business address is 18124 Wedge Parkway, #503, Reno Nevada, 89511.

On August 29, 2008, I served the foregoing document(s) described as:

      1. Notice of Entry of Judgment

on all interested parties in this action addressed to the addressee as follows:

Diana Tabacopolous
SEYFARTH SHAW LLP
One Century Plaza, Suite 3300
2029 Century Park East
Los Angeles, CA 90067-3063
DTabacopoulos@seyfarth.com

XX  By CM/ECF. I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the above CM/ECF registrant(s).

    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

    Executed on August 29, 2008, at Reno, Nevada.

                              /s/ Jennifer Smith
                              Jennifer Smith