# EXHIBIT A

DOSTART CLAPP GORDON & COVENEY
James F. Clapp (SBN 145814)
jclapp@sdlaw.com
4370 La Jolla Village Drive, Suite 970
San Diego, California 92122
Telephone: (858) 623-4200
Facsimile: (858) 623-4299

McINERNEY & JONES
Kevin J. McInerney (SBN 46941)
Kevin@mcinerneylaw.net
Charles A. Jones (SBN 224915)
caj@mcinerneylaw.net
18124 Wedge Parkway #503
Reno, Nevada 89511
Telephone: (775) 849-3811
Facsimile: (775) 849-3866

Attorneys for Plaintiffs
LINDA YOUNG, MIKE SAFAIE, and JANICE KEVARI

SEYFARTH SHAW LLP
Diana Tabacopoulos (SBN 128238) dtabacopoulos@seyfarth.com
2029 Century Park East, Suite 3300
Los Angeles, California 90067-3063
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Attorneys for Defendant
CHARLES SCHWAB & CO., INC.

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA YOUNG, MIKE SAFAIE, and JANICE KEVARI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CHARLES SCHWAB & CO., INC.,<br><br>Defendant. | Case No. C 07-2828 CW<br><br>ORDER GRANTING FINAL APPROVAL OF CLASS ACTION AND COLLECTIVE ACTION SETTLEMENT<br><br>Date: August 21, 2008<br>Time: 2:00 p.m.<br>Judge: Hon. Claudia Wilken<br>Dept.: 2 |

Plaintiffs' Motion for Final Approval of Settlement came on regularly for hearing on August 21, 2008. The Court has considered Plaintiffs' Motion, Defendant's Joinder thereto, the Declaration of Eden E. Anderson Regarding Compliance with Notice Requirements of the Class Action Fairness Act, the Declaration of Caryn Donly, and all other papers filed in this action, including those submitted in connection with the Motion for Preliminary Approval of Class Action Settlement. Good cause appearing therefore,

IT IS ORDERED, ADJUDGED, AND DECREED THAT:

1. All terms used herein shall have the same meaning as set forth in the Joint Stipulation of Settlement and Release (the "Settlement") executed by the Parties and filed with this Court.

2. This Court has jurisdiction over the subject matter of each of the claims asserted in the Second Amended Complaint in this Action, and has personal jurisdiction over the Parties to this Action, including all Class Members who have not filed timely Exclusion Forms.

3. Notice to Class Members, including the mailing of a Notice of Pendency of Class Action, Consent to Join Settlement and Claim Form, and Exclusion Form, has been completed in conformity with this Court's April 2, 2008 Order Granting Preliminary Approval of Class Action Settlement. The Court finds that the notice provided to Class Members provided due and adequate notice of the proceedings and the matters set forth therein, and that it fully satisfied the requirements of law and due process.

4. Plaintiffs' Motion for Final Approval of Class Action Settlement, as set forth in the Settlement signed by the parties in March of 2008, is granted.

5. In granting final approval, the Court finds that the Settlement reached between the Parties is fair, reasonable, and adequate. In making this determination, the Court has considered: (a) the strengths and weaknesses in Plaintiffs' case; (b) the risks, expense, complexity, and likely duration of further litigation; (c) the risks to Plaintiffs of establishing and maintaining class

SF1 28332033.1 / 24400-000085

action status; (d) the extent of both formal and informal discovery that has been conducted by the Parties; (e) the views of the Parties' counsel, all of whom are experienced in complex class action litigation of this nature; (f) the terms of the Settlement; (g) the absence of objectors to the proposed Settlement; and (h) the non-collusive, arms-length negotiations by the Parties.

6. For purposes of this Order, and consistent with the Settlement, the Class is hereby certified for settlement purposes pursuant to Rule 23 of the Federal Rules of Civil Procedure and under section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b).

7. The Class Representatives and all Class Members who filed a Consent to Join Settlement and Claim Form are deemed to have forever released and discharged the Class Members' Released Federal Law Claims and the Class Members' Released State Law Claims as set forth in the Settlement.

8. As of the Settlement Effective Date, the Class Representatives and all Class Members who did not file Exclusion Forms are hereby forever barred and enjoined from commencing, prosecuting, or continuing to prosecute, either directly or indirectly, against Schwab, in this or in any jurisdiction or forum any of the Class Members' Released State Law Claims as set forth in the Settlement.

9. The Settlement does not constitute an admission or concession by Schwab, nor does this Order constitute any finding of any kind as to the validity of any claims asserted in the Action or of any wrongdoing on the part of Schwab. Furthermore, the Settlement shall not be used in any way or for any purpose as an admission of any fault, omission, or wrongdoing on the part of Schwab.

10. This Court hereby dismisses this Action on the merits and with prejudice. Without affecting the finality of this Order in any way, the Court hereby retains continuing jurisdiction over the Settlement to ensure its proper administration. The Court may enter

SF1 28332033.1 / 24400-000085

1 additional orders to effectuate the fair and orderly administration of the Settlement as may from
2 time to time be appropriate.
3     IT IS SO ORDERED.

Dated: 8/26/08

_____
Honorable Claudia Wilken
United States District Judge

4
[Proposed] Order Granting Final Approval of Class Action
and Collective Action Settlement; C 07-2828 CW

SF1 28332033.1 / 24400-000085